FILED
12/20/19 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>    Debtor.<br>-----------------------------------------------<br>MICHAEL K. HERRON,<br>    Movant,<br>    v.<br>No Respondent. | Bankruptcy No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 18 |

### ORDER GRANTING
### DEBTOR'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE COMPLETED SCHEDULES AND ASSOCIATED DOCCUMENTS

Upon consideration of the Debtor's Second Motion for an Extension of Time Within Which to Completed Schedules and Associated Documents, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the deadline by which the Debtor must cure the deficiencies in his voluntary chapter 11 petition and associated documents shall be extended from December 19, 2019 to January 2, 2020.

Since the Court previously indicated that no further extensions would be allowed on the last extension the debtor sought, yet nevertheless, the Debtor seeks yet another extension, and the Court is willing to allow it, provided however, if the filing is not complete as of January 2, 2020, the case will be dismissed without further notice or hearing

Dated: December 20, 2019

                                        Thomas P. Agresti, Judge
                                      United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael K. Herron  
     Debtor

Case No. 19-24527-TPA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Dec 20, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.  
db           +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:

         Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com  
         Kevin Scott Frankel    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  
         Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee    Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                     TOTAL: 4