IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :     19-24527 TPA |
| MICHAEL K. HERRON | : |
| | :     Chapter No. 11 |
| Debtor | : |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5** ("Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 731 ROSEDALE STREET, ANNAPOLIS, MD 21401-2325 with the mortgage recorded on May 18, 2006 Book 17836, Page 401 demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property on which Creditor holds a first mortgage lien.

December 30, 2019

                                                 /s/ Jodi L. Hause, Esquire
                                                 Jodi L. Hause, Esq., Id. No.90625
                                                 Phelan Hallinan Diamond & Jones, LLP
                                                 Omni William Penn Office Tower
                                                 555 Grant Street, Suite 300
                                                 Pittsburgh, PA 15219
                                                 Phone Number: 215-563-7000 Ext 31502
                                                 Fax Number: 215-568-7616
                                                 Email: Jodi.Hause@phelanhallinan.com