**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                CASE NO.: 19-24527-TPA
                                                                                              CHAPTER 11

**Michael K. Herron ,**

   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100,**
**BOCA RATON, FL 33487**

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100,
    Boca Raton, FL 33487
    Telephone: 470-321-7112

By: /s/Sheetal Shah-Jani
    Sheetal Shah-Jani, Esquire
    Email: sshahjani@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL K. HERRON
1276 TACOMA STREET
HERNANDO, FL 34442

AND VIA ELECTRONIC MAIL TO:

AURELIUS P. ROBLETO
ROBLETO KURUCE, PLLC
6101 PENN AVENUE SUITE 201
SUITE 1306
PITTSBURGH,, PA 15206

U.S. TRUSTEELIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH,, PA 15222

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100,
    Boca Raton, FL 33487
    Telephone: 470-321-7112

    By: /s/Sheetal Shah-Jani
    Sheetal Shah-Jani, Esquire
    Email: sshahjani@rascrane.com