## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>    Debtors.<br>-----------------------------------------------<br>MICHAEL K. HERRON,<br>    Movant,<br>        v.<br>No Respondents. | Bankruptcy No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No.  1<br><br>Document No. _____ |

### STATEMENT CONCERNING EMPLOYEE INCOME RECORDS

The Debtor, through counsel, files this Statement Concerning Employee Income Records pursuant to 11 U.S.C. § 521(a)(1)(iv) as follows:

1.    The Debtor, Michael K. Herron, has no income records. The estimated $10,000 in monthly compensation appearing in the Debtor's Schedule I, is payment for the work the Debtor performs as an independent contractor, which payments are made to MICHAEL K. HERRON, LLC.

Date: January 02, 2020

By:/s/ Aurelius P. Robleto
Aurelius P. Robleto
PA I.D. No. 94633
ROBLETO KURUCE, PLLC
6101 Liberty Avenue, Suite 201
Pittsburgh, PA 15206
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

**PAWB Local Form 29 (07/13)**