## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy Case No. 19-24527-TPA

MICHAEL K. HERRON,                              Chapter 11

    Debtor.                                     Doc. No. _____

### CASH FLOW STATEMENT- 2018

|  |  |
|---|---:|
| Wages | $72,826.00 |
| Interest | $1,665.00 |
| Dividends | $252.00 |
| IRA/Pension/Annuity | $177,996.00 |
| Business Income/(Loss) | ($78,917.00) |
| Capital Gain/(Loss) | ($3,000.00) |
| Rental Income | $33,859.00 |
| | |
| TOTAL REVENUE | $204,681.00 |

|  |  |
|---|---:|
| Residence Expense | $46,200.00 |
| Other Mortgages | $59,611.08 |
| Utilities | $6,240.00 |
| Food/Housekeeping | $2,400.00 |
| Personal Expenses | $648.00 |
| Transportation | $660.00 |
| Donations | $1,800.00 |
| Insurance | $32,400.00 |
| Taxes | $12,000.00 |
| | |
| TOTAL EXPENSES | $161,959.08 |