**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | Doc. No. ____ |

## BALANCE SHEET

### ASSETS

| | |
|---|---|
| Cash/Cash Equivalents | $406,120.00 |
| Real Estate | $3,671,976.00 |
| Other Assets | $91,680.20 |

**Total Current Assets ................................................................................$4,169,776.20**

### LIABILITIES

| | |
|---|---|
| Secured Debts | $2,662,064.00 |
| Unsecured Debts | $831,693.00 |

**Total Current Liabilities............................................................................$3,493,757.00**