FILED
1/3/20 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | |
| | Related to Doc. No. 1 |
| MICHAEL K. HERRON, | |
| | Document No. 28 |
| Movant, | |
| v. | |
| No Respondent. | |

## ORDER GRANTING
## DEBTOR'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH
## TO SUBMIT DECLARATION REGARDING ELECTRONIC FILING

Upon consideration of the Debtor's Third Motion for an Extension of Time Within Which to Completed Schedules and Associated Documents, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the deadline by which the Debtor must submit the declaration regarding electronic filing shall be extended from January 02, 2020 to January 16, 2020.

Order submitted by:
Aurelius Robleto, Esq.

Dated: January 3, 2020

Thomas P. Agresti,          jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24527-TPA
Michael K. Herron                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jan 03, 2020
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.
db         +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:
      Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
       rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
      Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
       mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Jodi L. Hause    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
       jodi.hause@phelanhallinan.com,   pawb@fedphe.com
      Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
       pabk@logs.com
      Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
       sshahjani@rascrane.com
                                                                                           TOTAL: 8