IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 Bankruptcy |
| | : | |
| MICHAEL K. HERRON, | : | No. 19-24527-TPA |
| | : | |
| Debtor | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO: CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be served upon the undersigned counsel.

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

Date: January 6, 2020              By:    /s/ Lauren A. Michaels
                                          Lauren A. Michaels
                                          Deputy Attorney General
                                          Counsel to Pennsylvania
                                          Department of Revenue
                                          1251 Waterfront Place
                                          Mezzanine Level
                                          Pittsburgh, PA 15222
                                          Phone #: 412-235-9072
                                          PA I.D. # 320686
                                          Email: LMichaels@attorneygeneral.gov