**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | Related to Doc. Nos. 40, 42 |
| | Document No. _____ |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this _____ day of _____, 20___, **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion to* _____

_____ ("Motion") has been filed in the above-referenced case by _____, Counsel for the Debtor.

*On* _____, *20___* at _____ *M.* a hearing has been scheduled in _____.

*On or before* _____, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and where possible**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. Movant shall immediately file a certificate of service indicating such service.

_____
Thomas P. Agresti
United States Bankruptcy Judge