IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>    Debtor.<br>-----------------------------------------------<br>MICHAEL K. HERRON,<br>    Movant,<br>    v.<br>No Respondent. | Bankruptcy No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. <u>38, 45</u><br><br>Document No. _____ |

**CERTIFICATE OF SERVICE OF MOTION, NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION TO ENGAGE ROBLETO KURUCE, PLLC AS COUNSEL TO THE DEBTOR**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 9, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via the Court's ECF Notification System.

EXECUTED ON: January 9, 2020        Respectfully submitted:

        /s/ Aurelius Robleto
ROBLETO KURUCE, PLLC
Aurelius P. Robleto
PA ID No. 94633
6101 Liberty Avenue
Suite 201
Pittsburgh, PA 15206
Tel:   (412) 925-8194
Fax:   (412) 346-1035
apr@robletolaw.com

**19-24527-TPA Notice will be electronically mailed to:**

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Jodi L. Hause on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
jodi.hause@phelanhallinan.com, pawb@fedphe.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov