# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael K. Herron,                                            19-24527-TPA

Debtor(s).

## STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

- ( )     Debtors schedules reflect only ___ unsecured creditors.

- (X)     No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

- ( )     Insufficient response to U.S. Trustee's communication/contact for service on the committee.

- ( )     Non-operating debtor-in-possession; no creditor interest.

- ( )     Motion to convert to Chapter 7 or dismiss pending.

- ( )     Case converted or dismissed.

- ( )     Other.

ANDREW R. VARA
UNITED STATES TRUSTEE
Region 3


By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
Norma.L.Hildenbrand@usdoj.gov

Dated: January 10, 2020

cc: Aurelius P. Robleto, Esquire

Accepting Creditor(s)