**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael K. Herron** | Social Security number or ITIN **xxx–xx–3976** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter **11   11/21/19** |
| Case number: **19–24527–TPA** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael K. Herron | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1276 Tacoma Street<br>Hernando, FL 34442 | |
| 4. | **Debtor's attorney**<br>Name and address | Aurelius P. Robleto<br>Robleto Kuruce, PLLC<br>6101 Penn Avenue<br>Suite 201<br>Suite 1306<br>Pittsburgh, PA 15206 | Contact phone 412–925–8194<br><br>Email apr@robletolaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/10/20 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 19, 2020 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Liberty Center, 7th Floor, Room 725, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 4/20/20** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **5/19/20**   For a governmental unit: **5/19/20** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-24527-TPA
Michael K. Herron                                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2           Date Rcvd: Jan 10, 2020
                              Form ID: 309E           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db              +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237
aty              Brian M. Kile,    Grenen & Birsic PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
aty             +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +Jodi L. Hause,    Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                  555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
aty             +Kevin Scott Frankel,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,
                  King of Prussia, PA 19406-4702
aty             +Lauren Michaels,    1251 Waterfront Place,    Mezzanine Level,    Pittsburgh, PA 15222-4227
aty             +Sheetal Ramesh Shah-Jani,    RAS Crane LLC,    10700 Abbott's Bridge Road,    Suite 170,
                  Duluth, GA 30097-8461
cr              +Office of Attorney General, Department of Revenue,    Lauren A. Michaels,
                  1251 Waterfront Place,    Mezzanine Level,    Pittsburgh, PA 15222-4227
cr              +Wells Fargo Bank, National Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
15161403         Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
15181882        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15176816         Deutsche Bank National Trust Company, et.al.,    PHH MORTGAGE CORPORATION,
                  BANKRUPTCY DEPARTMENT,,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
15161407         Harrry Teichman,    Older Lundy & Alvarez,    1000 W Cass St,    Tampa, FL 33606-1307
15161410         Kelli Ann Lee,    McGuireWoods LLP Tower Two-Sixty,    260 Forbes Ave Ste 1800,
                  Pittsburgh, PA 15222-1892
15161412         Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15161411         Mr. Cooper,    PO Box 60516,    City of Industry, CA 91716-0516
15178613         NexTier Bank, N.A.,    c/o Brian M. Kile, Esquire,    Grenen & Birsic, PC,
                  One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
15178612        +NexTier Bank, N.A.,    101 E. Diamond Street, Suite 110,    Butler, PA 16001-5943
15161413         Phh Mortgage Servicing,    Attn: Bankruptcy Department,    PO Box 5452,
                  Mount Laurel, NJ 08054-5452
15161415        #Steve Neff,    11678 W Timberlane Dr,    Homosassa, FL 34448-3348
15161416         Steven D. Fichtman,    Law Office of Steven D. Fichtman, PLLC.,    PO Box 4290,
                  Homosassa Springs, FL 34447-4290
15174148        +Wells Fargo Bank, N.A., et al... c/o,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                  PO Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: apr@robletolaw.com Jan 11 2020 03:22:18     Aurelius P. Robleto,
                  Robleto Kuruce, PLLC,    6101 Penn Avenue,    Suite 201,    Suite 1306,    Pittsburgh, PA 15206
aty             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 11 2020 03:23:06
                  Norma Hildenbrand, on Behalf of the United States,    Office of the United States Trustee,
                  Suite 970 Liberty Center,    1001 Liberty Avenue,    Pittsburgh, PA 15222-3714
smg              EDI: IRS.COM Jan 11 2020 07:58:00     Internal Revenue Service,    Special Procedures Division,
                  P.O. Box 628,    Bankruptcy Section,    Pittsburgh, PA 15230
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:22:54     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA 17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 11 2020 03:23:06
                  Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
15180998         EDI: BECKLEE.COM Jan 11 2020 07:58:00     American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15161402         EDI: AMEREXPR.COM Jan 11 2020 07:58:00     Amex,    Correspondence/Bankruptcy,    PO Box 981540,
                  El Paso, TX 79998-1540
15161405         EDI: BANKAMER.COM Jan 11 2020 07:58:00     Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                  El Paso, TX 79998-2238
15161404        +EDI: BANKAMER.COM Jan 11 2020 07:58:00     Bank of America,    Attn: Bankruptcy NC4-105-02-77,
                  PO Box 26012,    Greensboro, NC 27420-6012
15161406         EDI: CHASE.COM Jan 11 2020 07:58:00     Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,
                  Wilmington, DE 19850-5298
15179030         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:22:54
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
15161414         E-mail/Text: bknotices@snsc.com Jan 11 2020 03:23:49     Sn Servicing Corporati,    323 5th St,
                  Eureka, CA 95501-0305
15161417         EDI: USAA.COM Jan 11 2020 07:58:00     Usaa Federal Savings Bank,    Attn: Bankruptcy,
                  10750 W Interstate 10,    San Antonio, TX 78288-1600
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
cr               NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

```
District/off: 0315-2          User: mgut                   Page 2 of 2                   Date Rcvd: Jan 10, 2020
                              Form ID: 309E                Total Noticed: 35

cr*            +NexTier Bank, N.A.,    101 E. Diamond Street, Suite 110,    Butler, PA 16001-5943
15161408*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Serice,    1000 Liberty Ave,
                 Pittsburgh, PA  15222-4004)
15161409*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Servic,    1000 Liberty Ave,
                 Pittsburgh, PA  15222-4004)
                                                                                             TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com
              Lauren  Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
               sshahjani@rascrane.com
                                                                                             TOTAL: 9
```