IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | |
| ---------------------------------------------- | Related to Doc. Nos. 38, 45 |
| MICHAEL K. HERRON, | |
| Movant, | Document No. |
| v. | |
| No Respondent. | |

**CERTIFICATE OF NO OBJECTION TO APPLICATION
TO ENGAGE ROBLETO KURUCE, PLLC AS COUNSEL TO THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on January 8, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the January 9, 2019 Order Scheduling Hearing on the Application, objections to the Application were to be filed and served no later than January 30, 2020. It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

EXECUTED ON: February 3, 2020           Respectfully submitted:

                                                                                                              /s/ Aurelius Robleto
                                                                                              Aurelius P. Robleto
                                                                                              PA ID No. 94633
                                                                                              ROBLETO KURUCE, PLLC
                                                                                              6101 Penn Ave., Ste. 201
                                                                                              Pittsburgh, PA 15206
                                                                                              Tel:   (412) 925-8194
                                                                                              Fax:  (412) 346-1035
                                                                                              apr@robletolaw.com