IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | |
| ----------------------------------------------- | Related to Doc. Nos. 39, 46 |
| MICHAEL K. HERRON, | |
| Movant, | Document No. |
| v. | |
| No Respondent. | |

**CERTIFICATE OF NO OBJECTION TO APPLICATION
TO EMPLOY DUGGAN, JOINER & COMPANY AS ACCOUNTANTS FOR DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on January 8, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the January 9, 2020 Order Scheduling Hearing on the Application, objections to the Application were to be filed and served no later than January 30, 2020. It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

EXECUTED ON: February 3, 2020        Respectfully submitted:

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:    (412) 925-8194
Fax:    (412) 346-1035
apr@robletolaw.com