**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 19-24527-TPA |
| Michael K. Herron, | ) |
| Debtor. | ) CHAPTER 11 |
| | ) HEARING DATE & TIME:   March 12, 2020 @ 10:00 a.m. |
| NexTier Bank, N.A., successor by merger to Eureka Bank, | ) |
| Movant, | ) |
| vs. | ) |
| Michael K. Herron, Debtor, | ) |
| Respondents. | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF NEXTIER BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 2, 2020, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on March 12, 2020, at 10:00 a.m. before Judge Thomas P. Agresti in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.

   If there is an issue of fact, an evidentiary hearing will be scheduled at a later date of the Court.  An order granting relief may be entered and the hearing may not be held if you do not timely file and serve a written report.

                 Respectfully submitted,

                  GRENEN & BIRSIC, P.C.

Dated: 02/12/2020        By: /s/ Brian M. Kile
                  Brian M. Kile, Esquire
                  PA ID No. 89240
                  Attorney for NexTier Bank, N.A.
                  One Gateway Center, 9th Floor
                  Pittsburgh, PA  15222
                  412-281-7650
                  Fax:  412-281-7657
                  E-mail:  bkile@grenenbirsic.com