# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Herron, Michael K.

Case No. 19-24527-TPA

Reporting Period: _NOV 21 - NOV 30 2019_

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | X | X |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Michael K Herron_  
Signature of Debtor

_10 February 2020_  
Date

_____  
Signature of Joint Debtor

_____  
Date

_____  
Signature of Preparer

_____  
Date

_____  
Printed Name of Preparer

FORM MOR (INDV)  
(10/00)

Herron, Michael K.                                                    Case No. 19-24527-TPA

        Debtor                                           Reporting Period: Nov 21 - Nov 30 2019

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 54.53 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 300.00 |  |
| **Total Receipts** |  |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities |  |  |
| Insurance | 285.94 |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses |  |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts |  |  |
| Other (attach schedule) BANK FEES | 51.00 |  |
| Total Ordinary Disbursements | 0 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items | 0 |  |
| **Total Disbursements (Ordinary + Reorganization)** |  |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** |  |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 17.59 |  |

FORM MOR-1(INDV)
(9/99)

Herron, Michael K.    Case No. 19-24527-TPA

Debtor    Reporting Period: Nov 21 - 30 Nov 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Herron, Michael K.

Debtor

Case No. 19-24527-TPA

Reporting Period: NOV 21 - 30 NOV 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
|  | | | Number of Days Past Due | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Herron, Michael K.                                                                    Case No. 19-24527-TPA
                    Debtor                                Reporting Period: _NOV 21 - 30 NOV 2019_

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

_#2 PLEASE ATTACHMENT_

FORM MOR-5
(9/99)



**Bank**

America's Most Convenient Bank®     T     STATEMENT OF ACCOUNT

3897-FTD01040120119117966



MICHAEL K HERRON
1132 SE KINGS BAY DR
CRYSTAL RIVER FL  34429

Page:                                           1 of 3
Statement Period:    Nov 01 2019-Nov 30 2019
Cust Ref #:                8602270721-350-T-###
Primary Account #:                        0721

# Private Convenience Checking

MICHAEL K HERRON                                                                                 Account #          0721

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 54.53 | Average Collected Balance | 98.43 |
| Electronic Deposits | 560.94 | Interest Earned This Period | 0.00 |
|  |  | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 546.88 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 35.00 | Days in Period | 30 |
| Service Charges | 16.00 | | |
| Ending Balance | 17.59 | | |

|  | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $175.00 |

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | eTransfer Credit, Online Xfer<br>Transfer from CK 7600718257 | 300.00 |
| 11/06 | ACH RETURNED ITEM, CONTINENTAL LIFE INS PYMT CLI6051483 | 260.94 |
|  | Subtotal: | 560.94 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | ACH DEBIT, 86301 CHESAPEAKE RETRY PYMT ***G*53804 | 25.00 |
| 11/05 | ACH DEBIT, CONTINENTAL LIFE INS PYMT CLI6051483 | 260.94 |
| 11/13 | ACH DEBIT, CONTINENTAL LIFE INS PYMT CLI6051483 | 260.94 |
|  | Subtotal: | 546.88 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | OVERDRAFT RET | 35.00 |
|  | Subtotal: | 35.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | MAINTENANCE FEE | 15.00 |
| 11/29 | PAPER STATEMENT FEE | 1.00 |
|  | Subtotal: | 16.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MICHAEL K HERRON

Page: 3 of 3
Statement Period: Nov 01 2019-Nov 30 2019
Cust Ref #: 8602270721-350-T-###
Primary Account #: ███████0721

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 10/31 | 54.53 | 11/13 | 33.59 |
| 11/05 | 68.59 | 11/29 | 17.59 |
| 11/06 | 294.53 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# United States Bankruptcy Court- Western District of Pennsylvania

Case# 19-24527

MOR Reporting Period:  **November 21 to 30, 2019**

**Explanations/Comments:**

Page One: There was a delay in setting up the DIP account, which took place in early December. Sums documented on page one of the MOR reflects minimal activity in original bank account. The account was over drawn secondary to automatic health insurance payments and an additional $300 was added.

Page Five: Q2: as above.