UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Herron, Michael K.

Case No. 19-24527-TPA

Reporting Period: DECEMBER 2019

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) |  | X |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) |  |  |
| Bank Reconciliation |  |  |  |
| Copies of bank statements |  | X |  |
| Cash disbursements journals |  |  |  |
| Copies of tax returns filed during reporting period |  |  |  |
| Summary of Unpaid Postpetition Debts | MOR-4 |  |  |
| Debtor Questionnaire | MOR-5 |  |  |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Michael K Herron_  _10 February 2020_
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Herron, Michael K.  Case No. 19-24527-TPA

Debtor  Reporting Period: DECEMBER 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 17.59 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  |  |
| **Total Receipts** | 14027.59 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities | 580.84 |  |
| Insurance | 2442.97 |  |
| Auto Expense | 105.89 |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses |  |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 16.65 |  |
| Gifts |  |  |
| Other (attach schedule) LEGAL FEE | 180.00 |  |
| Total Ordinary Disbursements | 3325.35 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items | 0 |  |
| **Total Disbursements (Ordinary + Reorganization)** |  |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** |  |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 10702.24 |  |

FORM MOR-1(INDV)
(9/99)

Herron, Michael K.                                                Case No. 19-24527-TPA

        Debtor                                           Reporting Period: DECEMBER 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| LOAN REPAYMENT | 10,000 | |
| TRANSFER / LOAN FROM LLC | 610 | |
| TRANSFER / LOAN FROM LLC | 900 | |
| TRANSFER / LOAN FROM LLC | 2000 | |
| TRANSFER / LOAN FROM LLC | 500 | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Herron, Michael K.                                                    Case No. 19-24527-TPA
                    Debtor                              Reporting Period: DECEMBER 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                          FORM MOR-4
                                                                              (9/99)

Herron, Michael K.  
Debtor

Case No. 19-24527-TPA  
Reporting Period: DECEMBER 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5  
(9/99)

**TD Bank**
America's Most Convenient Bank®                                    T        STATEMENT OF ACCOUNT

9974-FTD01040010320118121

MICHAEL K HERRON
PERSONAL BANKRUPTCY
CASE 19 24527
1132 SE KINGS BAY DR
CRYSTAL RIVER FL  34429

Page:                              1 of 2
Statement Period:      Dec 26 2019-Dec 31 2019
Cust Ref #:               4370369435-039-T-###
Primary Account #:                         9435

## Chapter 11 Checking

MICHAEL K HERRON
PERSONAL BANKRUPTCY
CASE 19 24527

Account #                9435

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 416.66 |
| Deposits | 500.00 | Interest Earned This Period | 0.00 |
|  |  | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 500.00 | Annual Percentage Yield Earned | 0.00% |
|  |  | Days in Period | 6 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27 | DEPOSIT | 500.00 |
|  | Subtotal: | 500.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/26 | 0.00 | 12/27 | 500.00 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®   T   STATEMENT OF ACCOUNT

000385715 01 AV   0.380  FTD01040010320118157 0023 34 23

MICHAEL K HERRON
1132 SE KINGS BAY DR
CRYSTAL RIVER FL 34429

Page: 1 of 3
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #: 8602270721-350-T-###
Primary Account #: 0721

## Private Convenience Checking

MICHAEL K HERRON                                                                                        Account # 0721

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17.59 | Average Collected Balance | 1,270.86 |
| Deposits | 11,510.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 2,499.15 | Days in Period | 31 |
| Electronic Payments | 826.20 | | |
| Service Charges | 1.00 | | |
| Ending Balance | 10,201.24 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $175.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | MOBILE DEPOSIT | 610.00 |
| 12/04 | MOBILE DEPOSIT | 900.00 |
| 12/30 | MOBILE DEPOSIT | 10,000.00 |
| | Subtotal: | 11,510.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | eTransfer Credit, Online Xfer Transfer from CK 7600718257 | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid**   No. Checks: 7   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/06 | 3142 | 17.10 | 12/13 | 3148 | 593.03 |
| 12/04 | 3144* | 31.71 | 12/12 | 3149 | 1,564.00 |
| 12/04 | 3146* | 72.85 | 12/12 | 3153* | 40.46 |
| 12/03 | 3147 | 180.00 | | | |
| | | | | Subtotal: | 2,499.15 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MICHAEL K HERRON

Page: 3 of 3
Statement Period: Dec 01 2019-Dec 31 2019
Cust Ref #: 8602270721-350-T-###
Primary Account #: 0721

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | ACH DEBIT, 86301 CHESAPEAKE PAYMENT ***G*53804 | 25.00 |
| 12/03 | ACH DEBIT, CONTINENTAL LIFE INS PYMT CLI6051483 | 260.94 |
| 12/05 | ELECTRONIC CK PMT-ARC, SPECTRUM - BHN CHECK PMT 3143 | 153.16 |
| 12/06 | ELECTRONIC CK PMT-ARC, DUKE OR PIEDMONT ARC 3140 | 12.35 |
| 12/06 | ELECTRONIC CK PMT-ARC, DUKE OR PIEDMONT ARC 3141 | 22.11 |
| 12/11 | ELECTRONIC CK PMT-ARC, ADT CHECK PYMT 3145 | 115.67 |
| 12/13 | ELECTRONIC CK PMT-ARC, AT&T SERVICES CHECKPAYMT 3150 | 52.67 |
| 12/19 | ELECTRONIC CK PMT-ARC, COX COMM - LOU CHECK PYMT 3151 | 83.99 |
| 12/23 | ELECTRONIC CK PMT-ARC, ENTERGY UTILITY PAYMENT 3152 | 51.62 |
| 12/24 | DEBIT POS, *****70450010241, AUT 122419 DDA PURCHASE WAL MART SUPER CENTER    HOMOSASSA    * FL | 48.69 |
| | Subtotal: | 826.20 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | PAPER STATEMENT FEE | 1.00 |
| | Subtotal: | 1.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 17.59 | 12/12 | 1,032.24 |
| 12/02 | 627.59 | 12/13 | 386.54 |
| 12/03 | 161.65 | 12/19 | 302.55 |
| 12/04 | 957.09 | 12/23 | 250.93 |
| 12/05 | 803.93 | 12/24 | 202.24 |
| 12/06 | 752.37 | 12/30 | 10,202.24 |
| 12/09 | 2,752.37 | 12/31 | 10,201.24 |
| 12/11 | 2,636.70 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# United States Bankruptcy Court- Western District of Pennsylvania

Case# 19-24527

MOR Reporting Period:  **December, 2019**

**Explanations/Comments:**

Page One: Transition from daily account to DIP account. The ending balance from original 0721 account and the new 9435 account equals the Cash-End of Month total.

Page Five: Q2: as above.