

U.S. Department of Justice

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*　　　　　　　*(412) 644-4756*
*Pittsburgh, PA   15222*　　　　　　　　　　　*fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Michael K. Herron,　　　　　　　　　　　CASE NO. 19-24527-TPA

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on February 19, 2020 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Region 3

By: /s/Norma Hildenbrand
　　　Norma Hildenbrand
　　　Trial Attorney
　　　Presiding Officer
　　　Norma.L.Hildenbrand@usdoj.gov

Date: February 19, 2020