**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-24527-TPA |
| | ) | |
| Matthew K. Herron, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| NexTier Bank, N.A., successor to Eureka Bank, | ) | Related to Doc. No. 68 |
| | ) | |
| | ) | HEARING DATE & TIME: March 12, 2020 @ 10:00 a.m. |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael K. Herron, Debtor | ) | |
| | ) | |
| Respondent. | ) | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**

The undersigned hereby certifies that agreement has been reached among all parties in interest regarding NexTier Bank N.A.'s Motion for Relief from Automatic Stay filed on February 13, 2020 at Docket No. 68 ("Motion").

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

- ☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

- ☒ No other order has been filed pertaining to the subject matter of this agreement.

- ☐ The attached document does not require a proposed order.

Dated:  3/16/2020           By:    /s/ Brian M. Kile
                                   Brian M. Kile, Esquire
                                   PA ID No. 89240
                                   Attorney for NexTier Bank, N.A.
                                   One Gateway Center, 9th Floor
                                   Pittsburgh, PA  15222
                                   412-281-7650
                                   E-mail:  bkile@grenenbirsic.com