FILED
3/17/20 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 19-24527-TPA |
| Matthew K. Herron, | ) CHAPTER 11 |
| Debtor. | ) |
| NexTier Bank, N.A., successor to Eureka Bank, | ) Related to Doc. No. 67 |
| Movant, | ) HEARING DATE & TIME: March 12, 2020 @ 10:00 a.m. |
| vs. | ) |
| Michael K. Herron, Debtor | ) |
| Respondent. | ) |

## ORDER OF COURT

*AND NOW,* this __17th__ day of __March__, *2020,* upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of NexTier Bank, Successor to Eureka Bank, the Response thereto by the Debtor, Michael K. Herron, the proposed Stipulation Resolving Motion for Relief from Stay, and with the consent of the parties it is hereby ORDERED that the Stipulation Resolving Motion for Relief from Stay between the Debtor and NexTier Bank, N.A. is approved. On or before April 15, 2020, the Debtor shall shall pay NexTier Bank, N.A., the sum of $1,663.38, representing the post-petition interest payments for the months of December 2019 through March 2020. On or before May 15, 2020, the Debtor shall pay NexTier Bank, N.A. the April 2020 and May 2020 interest payments. Beginning June 1, 2020 and continuing on the first day of each month thereafter, until such time as a Chapter 11 Plan is confirmed, the Case is dismissed or converted, or the entry of a further Order of Court, the Debtor shall make interest only payments to NexTier Bank, N.A.

BY THE COURT:

_____ vas
Thomas P. Agresti
U.S. Bankruptcy Judge

Case Administrator to serve:
    Brian M. Kile, Esq.
    Aurelius P. Robleto, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24527-TPA
Michael K. Herron                                                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: mgut            Page 1 of 1            Date Rcvd: Mar 17, 2020
                                   Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
db              +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
        Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
      rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
        Brian M. Kile    on behalf of Creditor   NexTier Bank, N.A. bkile@grenenbirsic.com,
      mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Jodi L. Hause    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
      jodi.hause@phelanhallinan.com,  pawb@fedphe.com
        Kevin Scott Frankel    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
      pabk@logs.com
        Lauren Michaels    on behalf of Creditor   Office of Attorney General, Department of Revenue
      lmichaels@attorneygeneral.gov
        Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
      Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Sheetal Ramesh Shah-Jani    on behalf of Creditor   Wells Fargo Bank, National Association
      sshahjani@rascrane.com
                                                                                                               TOTAL: 9