**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | NO. 19-24527-TPA |
| MICHAEL K. HERRON | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CREDITOR REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes William G. Cherbonnier, Jr., a creditor in interest in the bankruptcy case of the Debtor, who requests copies of all matters filed or noticed by any party herein pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a).  Copies of all such items should be addressed as follows:

William G. Cherbonnier, Jr.
2550 Belle Chasse Hwy, Ste 215
Gretna, LA 70053
Telephone: (504) 309-3304
Facsimile: (504) 309-3306
Email: wgc@billcherbonnier.com

Mover additionally requests that the Debtor and the Clerk of Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,
The Caluda Group, LLC

*/s/ William G. Cherbonnier, Jr.*
William G. Cherbonnier, Jr. (La. Bar Roll No. 4031)
P.O. Box 52017
New Orleans, LA 70152
Telephone 504-309-3304
Telecopier 504-309-3306

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | NO. 19-24527-TPA |
| MICHAEL K. HERRON | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true and correct copy of the *Creditor Request for Notices* **[Doc. 85]** on all parties appearing herein via the Court's electronic notice system on this 19th day of May, 2020.

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Jodi L. Hause on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
jodi.hause@phelanhallinan.com, pawb@fedphe.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com,rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

                                                                  */s/William G. Cherbonnier, Jr.*
                                                                    William G. Cherbonnier, Jr.