FILED
5/20/20 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL K. HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | Related to Doc. Nos. 86, 87 |

### ORDER

On May 19, 2020 the Debtor filed his ***Debtor's Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated May 19, 2020*** (Doc. 86) and ***Disclosure Statement to Accompany Debtor's Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated May 19, 2020*** ("Disclosure Statement"). However, the Debtor failed to file a separate Plan Summary as required by *Local Rule 3016-2*. The Debtor also failed to provide Historical Income/Cash Flow Statements for the twelve months prior to Plan filing, Income/Cash Flow Projections for the twelve months after Plan filing, and a chart showing Plan Feasibility for the twelve months after Plan filing, as required by the Court and as indicated in the charts attached to *Local Form 13*. Therefore,

**AND NOW** this **20th** day of **May 2020,** for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **on or before May 26, 2020,** the Debtor shall file:

(1) Charts showing **Historical Cash Flow**, **Cash Flow Projections** and **Plan Feasibility** as an Exhibit to the *Disclosure Statement* with the appropriate caption; and

(2) A ***Plan Summary*** in accordance with *W.PA.LBR 3016-2*.

_____vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Aurelius Robleto, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24527-TPA
Michael K. Herron                                                       Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1            Date Rcvd: May 20, 2020
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db              +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
        Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
         rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
        Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
         mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         pabk@logs.com
        Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
         lmichaels@attorneygeneral.gov
        Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
         Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
         sshahjani@rascrane.com
        Thomas Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. pawb@fedphe.com
                                                                                                                     TOTAL: 9