# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

MICHAEL K. HERRON,

    Debtor.

-----------------------------------------------

MICHAEL K. HERRON,

    Movant,

v.

No Respondent.

Bankruptcy No. 19-24527-TPA

Chapter 11

Related to Doc. No.  1, 26

Document No. _____

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition – *Specify reason for amendment- County of residence added.*

    <u>Official Form 5 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_X\_\_ Schedule A – Real Property
\_\_X\_\_ Schedule B – Personal Property
\_\_X\_\_ Schedule C – Property Claimed as Exempt
\_\_\_\_\_ Schedule D – Creditors holding Secured Claims
        Check one:
           \_\_\_\_ Creditor(s) added
           \_\_\_\_ NO creditor(s) added
           \_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E – Creditors Holding Unsecured Priority Claims
        Check one:
           \_\_\_\_ Creditor(s) added
           \_\_\_\_ NO creditor(s) added
           \_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F – Creditors Holding Unsecured Nonpriority Claims
        Check one:
           \_\_\_\_ Creditor(s) added
           \_\_\_\_ NO creditor(s) added
           \_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G – Executory Contracts and Unexpired Leases
        Check one:
           \_\_\_\_ Creditor(s) added
           \_\_\_\_ NO creditor(s) added
           \_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I – Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J – Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

\_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_    Other: _____

Page 1 of 2

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bank.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

**19-24527-TPA Notice will be electronically mailed to:**

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov


**BY U.S. MAIL:**

SEE ATTACHED MATRIX

Date:  May 26, 2020

    /s/ Aurelius P. Robleto
Aurelius P. Robleto
PA ID No. 94633
Renée M. Kuruce
PA ID No. 314691
ROBLETO KURUCE, PLLC
6101 Penn Avenue, Suite 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com

**Fill in this information to identify your case and this filing:**

Debtor 1: **Michael K. Herron**
First Name | Middle Name | Last Name

Debtor 2: (Spouse, if filing)
First Name | Middle Name | Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION**

Case number: **19-24527-TPA**

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**1132 SE Kings Bay Dr**
Street address, if available, or other description

**Crystal River** | **FL** | **34429-4645**
City | State | ZIP Code

County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Structure destroyed in hurricane; requires demolition**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $400,000.00

**Current value of the portion you own?** $400,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

Debtor 1  **Herron, Michael K.**  Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**731 Rosedale St**
Street address, if available, or other description

**Annapolis**  **MD**  **21401-2325**
City        State    ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$477,000.00**  **$477,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**7167 Ross Garden Rd**
Street address, if available, or other description

**Pittsburgh**  **PA**  **15206-1224**
City        State    ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Property has been sold, but debtor subsequently named as additional defendant in foreclosure case.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$54,000.00**  **$0.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest Only**

☐ **Check if this is community property** (see instructions)

---

Debtor 1  **Herron, Michael K.**                                                                                  Case number *(if known)*

**If you own or have more than one, list here:**

1.4

**340 Roup Ave**
Street address, if available, or other description

**Pittsburgh**        **PA**        **15232-1012**
City                  State         ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$315,000.00**                            **$315,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.5

**155 Chesterfield Rd**
Street address, if available, or other description

**Pittsburgh**        **PA**        **15213-2513**
City                  State         ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
**$135,000.00**                            **$135,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☐ **Check if this is community property** (see instructions)

Debtor 1    **Herron, Michael K.**    Case number *(if known)*

### 1.6 If you own or have more than one, list here:

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Street address:** 237 Chesterfield Rd
**City:** Pittsburgh   **State:** PA   **ZIP Code:** 15213-2515
**County:** Allegheny

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $155,000.00
**Current value of the portion you own?** $155,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

### 1.7 If you own or have more than one, list here:

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

**Street address:** 145 Chesterfield Rd
**City:** Pittsburgh   **State:** PA   **ZIP Code:** 15213-2513
**County:** Allegheny

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $150,000.00
**Current value of the portion you own?** $150,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Debtor 1 **Herron, Michael K.**   Case number *(if known)*

**If you own or have more than one, list here:**

1.8

**3700 Orpwood St**
Street address, if available, or other description

**Pittsburgh**   **PA**   **15213-4512**
City   State   ZIP Code

**Allegheny**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$173,000.00**   **$173,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.9

**414 Fern St**
Street address, if available, or other description

**New Orleans**   **LA**   **70118-3828**
City   State   ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
**$425,000.00**   **$425,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

---

Official Form 106A/B   Schedule A/B: Property   page 5
Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1   **Herron, Michael K.**                                                                 Case number *(if known)*

### 1.10

**If you own or have more than one, list here:**

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**1122 SE Kings Bay Dr**
Street address, if available, or other description

**Crystal River**   **FL**   **34429-4645**
City                State    ZIP Code

County

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $100,000.00
**Current value of the portion you own?** $100,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Equitable Interest**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Unimproved parcel of land held by Adele Benjamin, LLC (an entity in which the Debtor holds a 90% membership interest)**

### 1.11

**If you own or have more than one, list here:**

**3655 S Suncoast Blvd**
Street address, if available, or other description

**Homosassa**   **FL**   **34448-2625**
City              State    ZIP Code

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☒ Other   **Commercial property (bowling alley)**

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $852,000.00
**Current value of the portion you own?** $852,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Equitable Interest**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Commercial property (bowling alley) held by Sun Today, LLC (an entity in which the Debtor holds a 90% membership interest)**

Debtor 1 **Herron, Michael K.**      Case number *(if known)*

**If you own or have more than one, list here:**

### 1.12

**Street address, if available, or other description:** 1276 W Tacoma St

**City:** Hernando    **State:** FL    **ZIP Code:** 34442-3237

**County:**

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Debtor's residence, held by Sun Today, LLC (an entity in whcih the Debtor holds a 90% membership interest).**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $344,976.00

**Current value of the portion you own?** $344,976.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**     **$3,526,976.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
- Make: **Ford**
- Model: **F150 Pickup 2WD**
- Year: **2008**
- Approximate mileage: **90000**
- Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $6,000.00
**Current value of the portion you own?** $6,000.00

**3.2**
- Make: **Kia**
- Model: **Sorento 2WD**
- Year: **2013**
- Approximate mileage: **70000**
- Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $8,200.00
**Current value of the portion you own?** $8,200.00

---

Debtor 1  **Herron, Michael K.** _____   Case number *(if known)* _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........=>   **$14,200.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....
   
   furniture and household goods — **$20,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....
   
   electronics including televisions, computers, audio equipment, radiology equipment — **$5,000.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....
   
   various — **$2,000.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....
    
    clothing — **$2,300.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....
    
    jewerly, rings, watches, etc — **$10,000.00**

Debtor 1  **Herron, Michael K.** _____   Case number *(if known)* _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................... | **$39,300.00** |

---

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...................................................................................................
    **Cash on hand**                                                                              **$125.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................
    Institution name:

    17.1.  **Checking Account**  Checking                                                        **$294.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Sun Today, LLC** | 90.00 | % | $0.90 |
| **Adele Benjamin, LLC** | 90.00 | % | $0.90 |
| **Enimreh, LLC** | 90.00 | % | $0.90 |
| **Michael K. Herron, LLC** | 100.00 | % | $1.00 |
| **Sugar Mill Diagnostic Imaging, LLC** | 100.00 | % | $1.00 |
| **County Radiology, LLC** | 100.00 | % | $1.00 |
| **Ted Sloan, LLC (no longer operating)** | 50.00 | % | $0.50 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No

Debtor 1   **Herron, Michael K.**                                                                                   Case number *(if known)*

☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k) or Similar Plan** | **Morgan Stanley 401K** | **$154,000.00** |
| | **American Equity Insurance/Annuity** | **$125,000.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| **Electic** | **Landlord Security Deposit** | **$1,700.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

    **Michael K. Herron Irrevocable Trust**                                                                          **unknown**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                                                                   **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

| Debtor 1 | **Herron, Michael K.** | Case number *(if known)* |
|---|---|---|

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

    | claim for loan repayment against Sugar Mill Diagnostics and County Radiology | $125,000.00 |
    |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................**   $406,125.20

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here ...................................**   $0.00

Debtor 1    **Herron, Michael K.**                                                       Case number *(if known)*

### Part 8:  List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | | **$3,526,976.00** |
| 56. | **Part 2: Total vehicles, line 5** | $14,200.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $39,300.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $406,125.20 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $459,625.20 | Copy personal property total | $459,625.20 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $3,986,601.20 |

**Fill in this information to identify your case:**

Debtor 1: **Michael K. Herron**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Ford**<br>**F150 Pickup 2WD**<br>**2008**<br>**90000**<br>Line from *Schedule A/B*: **3.1** | $6,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Ford**<br>**F150 Pickup 2WD**<br>**2008**<br>**90000**<br>Line from *Schedule A/B*: **3.1** | $6,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Kia**<br>**Sorento 2WD**<br>**2013**<br>**70000**<br>Line from *Schedule A/B*: **3.2** | $8,200.00 | ■ $3,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Kia**<br>**Sorento 2WD**<br>**2013**<br>**70000**<br>Line from *Schedule A/B*: **3.2** | $8,200.00 | ■ $906.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Debtor 1  **Herron, Michael K.**     Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **furniture and household goods**<br>Line from *Schedule A/B*: **6.1** | $20,000.00 | ■ $13,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(3)** |
| **electronics including televisions, computers, audio equipment, radiology equipment**<br>Line from *Schedule A/B*: **7.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(5)** |
| **various**<br>Line from *Schedule A/B*: **8.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(5)** |
| **jewerly, rings, watches, etc**<br>Line from *Schedule A/B*: **12.1** | $10,000.00 | ■ $1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(4)** |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $125.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(5)** |
| **Checking**<br>Line from *Schedule A/B*: **17.1** | $294.00 | ■ $294.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(5)** |
| **Morgan Stanley 401K**<br>Line from *Schedule A/B*: **21.1** | $154,000.00 | ■ $154,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(12)** |
| **American Equity Insurance/Annuity**<br>Line from *Schedule A/B*: **21.2** | $125,000.00 | ■ $125,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **11 USC § 522(d)(12)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

```
Label Matrix for local noticing        Bank of America Mortgage, a Division of Bank    Duggan, Joiner and Company
0315-2                                  c/o Aldridge Pite, LLP                          334 N.W. 3rd Avenue
Case 19-24527-TPA                       4375 Jutland Drive, Suite 200                   Ocala, FL 34475-8828
WESTERN DISTRICT OF PENNSYLVANIA        P.O. Box 17933
Pittsburgh                              San Diego, CA 92177-7921
Tue May 26 17:59:55 EDT 2020

M.J. Realty Corporation                 NexTier Bank, N.A.                              Office of Attorney General, Department of Re
2147 Ardmore Blvd.                      101 E. Diamond Street, Suite 110                Lauren A. Michaels
Pittsburgh, PA 15221-4813               Butler, PA 16001-5943                           1251 Waterfront Place
                                                                                        Mezzanine Level
                                                                                        Pittsburgh, PA 15222-4227

Wells Fargo Bank, National Association  2                                               American Express National Bank
Robertson, Anschutz & Schneid, P.L.     U.S. Bankruptcy Court                           c/o Becket and Lee LLP
6409 Congress Ave., Suite 100           5414 U.S. Steel Tower                           PO Box 3001
Boca Raton, FL 33487-2853               600 Grant Street                                Malvern  PA 19355-0701
                                        Pittsburgh, PA 15219-2703

Amex                                    Bank of America                                 (p)BANK OF AMERICA
Correspondence/Bankruptcy               4909 Savarese Cir                               PO BOX 982238
PO Box 981540                           Tampa, FL 33634-2413                            EL PASO TX 79998-2238
El Paso, TX 79998-1540

Bank of America                         Bank of America, N.A.                           Bank of America, N.A.
Attn: Bankruptcy NC4-105-02-77          P O Box 982284                                  PO Box 31785
PO Box 26012                            El Paso, TX 79998-2284                          Tampa, FL 33631-3785
Greensboro, NC 27420-6012

(p)JPMORGAN CHASE BANK  N A             Deutsche Bank National Trust Company, et.al.    Harrry Teichman
BANKRUPTCY MAIL INTAKE TEAM             PHH MORTGAGE CORPORATION                        Older Lundy & Alvarez
700 KANSAS LANE FLOOR 01                BANKRUPTCY DEPARTMENT,                          1000 W Cass St
MONROE LA 71203-4774                    P.O. BOX 24605                                  Tampa, FL 33606-1307
                                        WEST PALM BEACH FL 33416-4605

(p)INTERNAL REVENUE SERVICE             Kelli Ann Lee                                   Mr. Cooper
CENTRALIZED INSOLVENCY OPERATIONS       McGuireWoods LLP Tower Two-Sixty                Attn: Bankruptcy
PO BOX 7346                             260 Forbes Ave Ste 1800                         8950 Cypress Waters Blvd
PHILADELPHIA PA 19101-7346              Pittsburgh, PA  15222-1892                      Coppell, TX  75019-4620

Mr. Cooper                              NexTier Bank, N.A.                              Office of the United States Trustee
PO Box 60516                            c/o Brian M. Kile, Esquire                      Liberty Center.
City of Industry, CA  91716-0516        Grenen & Birsic, PC                             1001 Liberty Avenue, Suite 970
                                        One Gateway Center, 9th Floor                   Pittsburgh, PA 15222-3721
                                        Pittsburgh, PA  15222

Pennsylvania Department of Revenue      Phh Mortgage Servicing                          Sn Servicing Corporati
Bankruptcy Division PO Box 280946       Attn: Bankruptcy Department                     323 5th St
Harrisburg, PA  17128-0946              PO Box 5452                                     Eureka, CA  95501-0305
                                        Mount Laurel, NJ  08054-5452

Steve B. Neff                           Steve Neff                                      Steven D. Fichtman
11050 Halls River Road                  11678 W Timberlane Dr                           Law Office of Steven D. Fichtman, PLLC.
Homosassa, FL 34448-3421                Homosassa, FL  34448-3348                       PO Box 4290
                                                                                        Homosassa Springs, FL  34447-4290
```

| | | |
|---|---|---|
| Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 W Interstate 10<br>San Antonio, TX  78288-1600 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P.O. Box 619096<br>Dallas TX 75261-9096 | Wells Fargo Bank, N.A., et al... c/o<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy, Ste 215<br>Gretna, LA 70053-6758 | Aurelius P. Robleto<br>Robleto Kuruce, PLLC<br>6101 Penn Avenue<br>Suite 201<br>Suite 1306<br>Pittsburgh, PA 15206-3926 | Michael K. Herron<br>1276 Tacoma Street<br>Hernando, FL 34442-3237 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX  79998-2238 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Internal Revenue Serice<br>1000 Liberty Ave<br>Pittsburgh, PA  15222-4004 |
| (d)Internal Revenue Servic<br>1000 Liberty Ave<br>Pittsburgh, PA  15222-4004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al | (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| (d)NexTier Bank, N.A.<br>101 E. Diamond Street, Suite 110<br>Butler, PA 16001-5943 | (d)William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy<br>Ste. 215<br>Gretna, LA 70053-6758 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     5<br>Total                  40 |