# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

MICHAEL K. HERRON,

Debtor.

Bankr. No. 19-24527-TPA

Chapter 11

Related to Doc. Nos. 92-93

Doc. No. 94

## CHAPTER 11 PLAN SUMMARY

Michael K. Herron (the "*Debtor*"), a debtor-in-possession in case under chapter 11 of the United States Bankruptcy Code, has proposed a Plan of Reorganization, dated May 26, 2020 (the "*Plan*"). This Chapter 11 Plan Summary contains a concise description of (i) the provisions of the Plan; (ii) any releases that would be granted to parties other than the Debtor under the Plan and any consideration provided in return; and (iii) any liens to be avoided under the Plan.

***Events Leading to the Filing of the Debtor's Bankruptcy***. The Debtor determined to reorganize under chapter 11 because of financial distress resulting from (i) a drastic and prolonged reduction in income caused by his active-duty service as a naval reservist; (ii) the insolvency of a prior employer of the Debtor; and (iii) inaccurate tax advice, which resulted in an extraordinary tax liability.

***Description of Plan Provisions***. The Debtor's Plan provides for the following payments to creditors:

(i) ***Mortgage Lien Claims – Current Accounts Held Directly*** (**Class 1**). Allowed claims in this class shall be paid regular monthly debt service payments in accordance with existing contractual terms. However, the Debtor may also sell property securing claims in this class, in which case, such secured claims would be fully paid from the proceeds of sale.

(ii) ***Mortgage Lien Claims – Current Accounts Held Indirectly*** (**Class 2**). Allowed claims in this class shall be paid regular monthly debt service payments in accordance with existing contractual terms.

(iii) ***Mortgage Lien Claims – Undersecured*** (**Class 3**). The Debtor will ask the Bankruptcy Court to determine the value of the collateral securing allowed claims in this Class, then bifurcate each claim into secured and unsecured components. The Debtor will pay the secured portion of claims in this class according to existing contractual terms, recalculated to repay only the newly determined secured portion of the claim.

(iv) ***Mortgage Lien Claims – Delinquent on the Petition Date*** (**Class 4**). Allowed claims in this class shall be paid regular monthly debt service payments in accordance with existing contractual terms. The Debtor will pay the delinquent portion of claims in this class within 60

months.  Provided, however, that the Debtor may also sell property securing claims in this class, in which case, such secured claims would be fully paid from the proceeds of sale.

(v) ***Mortgage Lien Claim – Debtor Holds No Interest* (Class 5)**.  The Debtor will surrender his interest in property securing claims in this class in full satisfaction of such claims.

(vi) ***Secured Tax Claims* (Class 6)**.  The Debtor will ask the Bankruptcy Court to determine the value of the collateral securing allowed claims in this Class, then bifurcate each claim into secured and unsecured components.  The Debtor will also seek a determination of the dischargeability of claims in this class.  The Debtor will fully pay the secured portion of claims in this class within five years.

(vii) ***Non-Tax Priority Claims* (Class 7)**.  The Debtor will fully pay the holders of claims in this class within five years.

(viii) ***General Unsecured Claims*** (**Class 8**). Allowed claims in this class will receive a pro-rata distribution from a fund of $10,000.00.

(ix) ***Administrative Expense Claims and Statutory Fees***.  Administrative Expense claims will be paid in full on the later of (i) the Effective Date of the Plan, or (ii) the last date on which they are due and may be timely paid.

(x) ***Priority Tax Claims***.  The Debtor will pay priority tax claims within 60 months.

*Description of Releases*.  The Debtor seeks a discharge pursuant to 11 U.S.C. § 1141(d).

Dated:  May 26, 2020                                Respectfully submitted,

 /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:  (412) 925-8194
Fax:  (412) 346-1035
apr@robletolaw.com