**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| Michael K. Herron | : CHAPTER 11 |
| | : CASE NO: 19-24527-TPA |
| Debtor, | : |
| -------------------------------------------- | : |
| | : 11 *U.S.C.* § 362(d) |
| U.S. Bank Trust National Association, as | : |
| Trustee of the Bungalow Series III Trust | : |
| | : |
| | : Date and Time of Hearing: |
| | :    Thursday, July 16, 2020 at 9:30 a.m. |
| Movant | : |
| v. | : |
| | : |
| Michael K. Herron | : Response Due:  June 22, 2020 |
| Debtor | : |
| | : |
| Respondent | : |
| -------------------------------------------- | : |

**CERTIFICATE OF SERVICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION AND NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE**

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading and the Notice of Hearing on the parties at the addresses specified below on:  June 5, 2020

**SERVICE BY Notice of Electronic Filing:**

Aurelius P. Robleto, Esq.
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Suite 1306
Pittsburgh, PA 15206
(apr@robletolaw.com)

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(*Norma.L.Hildenbrand@usdoj.gov*)*

**SERVICE BY First-Class Mail:**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**U.S. TRUSTEE**

Aurelius P. Robleto, Esq.
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Suite 1306
Pittsburgh, PA 15206
**DEBTOR'S ATTORNEY**

Michael K. Herron
1276 Tacoma Street
Hernando, FL 34442
**DEBTOR**

LIST OF THE UNSECURED CREDITORS
**SERVICE BY First-Class Mail:**

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420

Bank of America
Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998-2238

Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Internal Revenue Servic
1000 Liberty Ave
Pittsburgh, PA 15222-4004

Mr. Cooper
PO Box 60516
City of Industry, CA 91716-0516

Usaa Federal Savings Bank
Attn: Bankruptcy
10750 W Interstate 10
San Antonio, TX 78288-1600


EXECUTED ON:   June 5, 2020

By:    /s/  Brian E. Caine
       Brian E. Caine, Esq.
       bcaine@parkermccay.com
       PA Attorney ID 86057
       PARKER McCAY P.A.
       9000 Midlantic Drive, Suite 300
       Mount Laurel, New Jersey  08054
       (p) 856-985-4059
       (fax) 856-596-3427
       *Attorney for Movant, U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust*