**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| Michael K. Herron | : CHAPTER 11 |
| | : CASE NO: 19-24527-TPA |
| Debtor, | : |
| -------------------------------------------------- | : |
| | : 11 *U.S.C.* § 362(d) |
| U.S. Bank Trust National Association, as | : |
| Trustee of the Bungalow Series III Trust | : |
| | : |
| | : Date and Time of Hearing: |
| | :   Thursday, July 16, 2020 at 9:30 a.m. |
| Movant | : |
| v. | : |
| | : |
| Michael K. Herron | : Response Due:  June 22, 2020 |
| Debtor | : |
| | : |
| Respondent | : |
| -------------------------------------------------- | : |

**NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 22, 2020** [*seventeen (17) days after the date of service below*], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A telephonic hearing* will be held on **Thursday, July 16, 2020 at 9:30 a.m.** before Judge Thomas P. Agresti in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. ***All attorneys and Parties may only appear telephonically*** and must comply with Judge Agresti's Modified Telephonic Procedures which can be found at http://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date. Pro se Parties may participate by phone at no charge by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

Date of Service:   June 5, 2020

                                                       **/s/Brian E. Caine, Esq.**
                                                       Brian E. Caine, Esq.
                                                       *Attorney for Movant*
                                                       PA Attorney ID 86057
                                                       PARKER McCAY P.A.
                                                       9000 Midlantic Drive, Suite 300
                                                       Mount Laurel, New Jersey  08054
                                                       (p) 856-985-4059
                                                       (fax) 856-596-3427
                                                       bcaine@parkermccay.com