# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

MICHAEL K. HERRON,

        Debtor.

-----------------------------------------------------------

MICHAEL K. HERRON,

        Movant,

        v.

No Respondents.

Bankr. No. 19-24527-TPA

Chapter 11

Related to Doc. Nos. 92, 94, 96 and 110

Doc. No. 111

**CERTIFICATE OF SERVICE OF (i) ORDER CONDITIONALLY APPROVING AMENDED DISCLOSURE STATEMENT AND SCHEDULING; (ii) AMENDED PLAN; (iii) AMENDED DISCLOSURE STATEMENT; (iv) AMENDED PLAN SUMMARY; and (v) BALLOTS**

        I certify under penalty of perjury that I caused the above captioned pleadings to be served on the parties at the addresses specified below or on the attached list on the date below.

        The types of service made on the parties was via electronic notification the PACER/ECF system and first-class mail.

EXECUTED ON: June 24, 2020        By:

        /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue
Suite 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov

```
Label Matrix for local noticing         Bank of America Mortgage, a Division of Bank    Duggan, Joiner and Company
0315-2                                  c/o Aldridge Pite, LLP                          334 N.W. 3rd Avenue
Case 19-24527-TPA                       4375 Jutland Drive, Suite 200                   Ocala, FL 34475-8828
WESTERN DISTRICT OF PENNSYLVANIA        P.O. Box 17933
Pittsburgh                              San Diego, CA 92177-7921
Tue May 26 17:59:55 EDT 2020


M.J. Realty Corporation                 NexTier Bank, N.A.                              Office of Attorney General, Department of Re
2147 Ardmore Blvd.                      101 E. Diamond Street, Suite 110                Lauren A. Michaels
Pittsburgh, PA 15221-4813               Butler, PA 16001-5943                           1251 Waterfront Place
                                                                                        Mezzanine Level
                                                                                        Pittsburgh, PA 15222-4227


Wells Fargo Bank, National Association  ~~2~~                                           American Express National Bank
Robertson, Anschutz & Schneid, P.L.     ~~U.S. Bankruptcy Court~~                       c/o Becket and Lee LLP
6409 Congress Ave., Suite 100           ~~5414 U.S. Steel Tower~~                       PO Box 3001
Boca Raton, FL 33487-2853               ~~600 Grant Street~~                            Malvern  PA 19355-0701
                                        ~~Pittsburgh, PA 15219-2703~~


Amex                                    ~~Bank of America~~                             (p)BANK OF AMERICA
Correspondence/Bankruptcy               ~~4909 Savarese Cir~~                           PO BOX 982238
PO Box 981540                           ~~Tampa, FL  33634-2413~~                       EL PASO TX 79998-2238
El Paso, TX  79998-1540


~~Bank of America~~                     ~~Bank of America, N.A.~~                       Bank of America, N.A.
~~Attn: Bankruptcy NC4-105-02-77~~      ~~P O Box 982284~~                              PO Box 31785
~~PO Box 26012~~                        ~~El Paso, TX 79998-2284~~                      Tampa, FL 33631-3785
~~Greensboro, NC 27420-6012~~


(p)JPMORGAN CHASE BANK  N A             Deutsche Bank National Trust Company, et.al.    Harrry Teichman
BANKRUPTCY MAIL INTAKE TEAM             PHH MORTGAGE CORPORATION                        Older Lundy & Alvarez
700 KANSAS LANE FLOOR 01                BANKRUPTCY DEPARTMENT,                          1000 W Cass St
MONROE LA 71203-4774                    P.O. BOX 24605                                  Tampa, FL  33606-1307
                                        WEST PALM BEACH FL 33416-4605


(p)INTERNAL REVENUE SERVICE             Kelli Ann Lee                                   ~~Mr. Cooper~~
CENTRALIZED INSOLVENCY OPERATIONS       McGuireWoods LLP Tower Two-Sixty                ~~Attn: Bankruptcy~~
PO BOX 7346                             260 Forbes Ave Ste 1800                         ~~8950 Cypress Waters Blvd~~
PHILADELPHIA PA 19101-7346              Pittsburgh, PA  15222-1892                      ~~Coppell, TX  75019-4620~~


~~Mr. Cooper~~                          ~~NexTier Bank, N.A.~~                          Office of the United States Trustee
~~PO Box 60516~~                        ~~c/o Brian M. Kile, Esquire~~                  Liberty Center.
~~City of Industry, CA  91716-0516~~    ~~Grenen & Birsic, PC~~                         1001 Liberty Avenue, Suite 970
                                        ~~One Gateway Center, 9th Floor~~               Pittsburgh, PA 15222-3721
                                        ~~Pittsburgh, PA  15222~~


Pennsylvania Department of Revenue      ~~Phh Mortgage Servicing~~                      Sn Servicing Corporati
Bankruptcy Division PO Box 280946       ~~Attn: Bankruptcy Department~~                 323 5th St
Harrisburg, PA  17128-0946              ~~PO Box 5452~~                                 Eureka, CA  95501-0305
                                        ~~Mount Laurel, NJ  08054-5452~~


Steve B. Neff                           ~~Steve Neff~~                                  Steven D. Fichtman
11050 Halls River Road                  ~~11678 W Timberlane Dr~~                       Law Office of Steven D. Fichtman, PLLC.
Homosassa, FL 34448-3421                ~~Homosassa, FL  34448-3348~~                   PO Box 4290
                                                                                        Homosassa Springs, FL  34447-4290
```

| | | |
|---|---|---|
| Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 W Interstate 10<br>San Antonio, TX  78288-1600 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P.O. Box 619096<br>Dallas TX 75261-9096 | Wells Fargo Bank, N.A., et al... c/o<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy, Ste 215<br>Gretna, LA 70053-6758 | Aurelius P. Robleto<br>Robleto Kuruce, PLLC<br>6101 Penn Avenue<br>Suite 201<br>Suite 1306<br>Pittsburgh, PA 15206-3926 | Michael K. Herron<br>1276 Tacoma Street<br>Hernando, FL 34442-3237 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX  79998-2238 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Internal Revenue Serice<br>1000 Liberty Ave<br>Pittsburgh, PA  15222-4004 |
| (d)Internal Revenue Servic<br>1000 Liberty Ave<br>Pittsburgh, PA  15222-4004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al | (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| (d)NexTier Bank, N.A.<br>101 E. Diamond Street, Suite 110<br>Butler, PA 16001-5943 | (d)William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy<br>Ste. 215<br>Gretna, LA 70053-6758 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients    5<br>Total                  40 |