# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| Michael K. Herron | : CHAPTER 11 |
| | : CASE NO: 19-24527-TPA |
| Debtor, | : |
| --------------------------------------------------- | : |
| | : 11 *U.S.C.* § 362(d) |
| U.S. Bank Trust National Association, as | : |
| Trustee of the Bungalow Series III Trust | : |
| | : |
| | : Date and Time of Hearing: |
| | :     Thursday, July 16, 2020 at 9:30 a.m. |
| Movant | : |
| v. | : |
| | : |
| Michael K. Herron | : Response Due:  June 22, 2020 |
| Debtor | : |
| | : |
| Respondent | : |
| --------------------------------------------------- | : |

## CERTIFICATE OF SERVICE OF ORDER DATED JULY 13, 2020

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned Order (docket number 119) on the parties at the addresses specified below on:  July 13, 2020

**SERVICE BY Email:**

Aurelius P. Robleto, Esq.
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Suite 1306
Pittsburgh, PA 15206
(apr@robletolaw.com)

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(*Norma.L.Hildenbrand@usdoj.gov*)*

**SERVICE BY Facimile**

Aurelius P. Robleto, Esq.
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Suite 1306
Pittsburgh, PA 15206
(Fax: 412-346-1035)

**SERVICE BY First-Class Mail:**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**U.S. TRUSTEE**

Aurelius P. Robleto, Esq.
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Suite 1306
Pittsburgh, PA 15206
**DEBTOR'S ATTORNEY**

Michael K. Herron
1276 Tacoma Street
Hernando, FL 34442
**DEBTOR**

LIST OF THE UNSECURED CREDITORS
**SERVICE BY First-Class Mail:**

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420

Bank of America
Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998-2238

Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Internal Revenue Servic
1000 Liberty Ave
Pittsburgh, PA 15222-4004

Mr. Cooper
PO Box 60516
City of Industry, CA 91716-0516

Usaa Federal Savings Bank
Attn: Bankruptcy
10750 W Interstate 10
San Antonio, TX 78288-1600


EXECUTED ON:   July 14, 2020

By:     /s/  Brian E. Caine
Brian E. Caine, Esq.
bcaine@parkermccay.com
PA Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
*Attorney for Movant, U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust*