Case 19-24527-TPA    Doc 121    Filed 07/16/20    Entered 07/16/20 11:47:43    Desc Main
Document    Page 1 of 1

FILED
7/16/20 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  19-24527-TPA |
| | : | |
| Michael K. Herron | : | Chapter:  11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:  7/16/2020 |
| | : | Time:  09:30 |

### PROCEEDING MEMO

**_MATTER_:**   #97 MFRS (US Bank)
                #114 Resp. by Debtor

**_APPEARANCES_:**

Debtor:     Aurelius P. Robleto
IRS:        Jill Locnikar
US Bank:    Mark Pecarchik

**_NOTES_:**

Pecarchik: This is regarding property locating in New Orleans, Louisiana. The loan was taken out in 2006. No payments have been made to the lender, which are approximately 8 mortgage payments. There is value in the property.

Robleto: We have been in discussions with counsel for the creditor. We were close to a resolution. My proposal for now pending plan confirmation that we have an order directing payments. It is not their residence. I know that the debtor and his spouse use it but I do not know if it is an income property. I believe the debtor paid his 2019 within the last couple of days. He is a physician specializing in radiology.

Locnikar: We do have almost a million dollar tax lien. We have a secured claim in the amount of over $800,000. The estimated administrative claim will be significantly higher.

J.: All the secured and IRS debt must be paid before the plan term.

**_OUTCOME_:**  Chambers to enter order continuing hearing to July 30, 2020 at 10:00 A.M.

jlm