UNITED STATES BANKRUPTCY COURT
WESTEREN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL K. HERRON,<br><br>     Debtor.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br>     Objecting Party<br> v.<br><br>MICHAEL K. HERRON,<br><br>     Respondent. | Bankruptcy 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 92 |

## OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 11 PLAN

**COMES NOW**, WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11 ("Secured Creditor"), by and through its undersigned attorney, hereby objects to Debtor's Amended Chapter 11 Plan (DE# 92) and states as follows:

1. Debtor, Michael K. Herron ("Debtor"), filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on November 21, 2019.

2. Secured Creditor holds a first lien security interest in the Debtor's real property located at 3700 Orpwood Street, Pittsburgh, PA 15213 (the "Property"), by virtue of a

Mortgage recorded on December 28, 2005 under Instrument Number 2005-156190 of the Allegheny County, PA. Said Mortgage secures a Note in the amount of $98,000.00.

3. Secured Creditor filed Proof of Claim of 7-1 on January 20, 2020, asserting a total claim of $155,396.52, with pre-petition arrears in the amount of $81,977.12.

4. On May 26, 2020, Debtor filed an Amended Chapter 11 Plan (the "Plan").

5. The Plan fails to specifically identify Secured Creditor's claim nor does it specify any proposed treatment. Secured Creditor requests that the Debtor provide more specific mention and treatment of Secured Creditor's claim.

6. The Plan fail to provide adequate information within meaning of 11 USC 1125(a)(1) to allow Secured Creditor the opportunity to understand the proposed treatment of its claim in the Plan.

7. Secured Creditor further contends that the interest rate should be subject to interest pursuant to the Supreme Court's decision in Till v. SCS Credit Corp., 124 S. Ct. 1951 (2004).

8. This objection constitutes rejection or non-acceptance of Debtor's Plan pursuant to 11 U.S.C. §1126(a).

9. Secured Creditor reserves the right to amend and/or supplement this objection as needed and/or in response to any additional filings by the Debtor.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

                                Robertson, Anschutz, Schneid & Crane, LLC.

                                By: /s/Charles Wohlrab
                                    Charles Wohlrab, Esquire
                                    PA Bar No. 314532
                                    425 Commerce Drive, Suite 150
                                    Fort Washington, PA  19034
                                    Telephone: 973-575-0707
                                    Facsimile: 973-404-8886
                                    cwohlrab@rascrane.com

UNITED STATES BANKRUPTCY COURT
WESTEREN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re: | Bankruptcy 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | Related to Doc. No. 92 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br>Objecting Party<br>v.<br>MICHAEL K. HERRON,<br>Respondent. | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2020, the foregoing Objection to Confirmation of Debtor's Amended Chapter 11 Plan was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

By First-Class Mail:

Aurelius P. Robleto
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201/1306
Pittsburgh, PA 15206

Michael K. Herron
1276 Tacoma Street
Hernando, FL 34442

Norma Hildenbrand
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

United States Trustee
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 940
Pittsburgh, PA 15222

                                        **Robertson, Anschutz, Schneid & Crane, LLC.**

                                        By: /s/Charles Wohlrab
                                            Charles Wohlrab, Esquire
                                            PA Bar No. 314532
                                            425 Commerce Drive, Suite 150
                                            Fort Washington, PA  19034
                                            Telephone: 973-575-0707
                                            Facsimile: 973-404-8886
                                            cwohlrab@rascrane.com