Case 19-24527-TPA    Doc 128    Filed 07/31/20    Entered 07/31/20 12:25:37    Desc Main
Document      Page 1 of 1

FILED
7/31/20 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  19-24527-TPA |
| | : | |
| Michael K. Herron | : | Chapter:  11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:  7/30/2020 |
| | : | Time:  10:00 |

### PROCEEDING MEMO

**MATTER:**  #97 Cont. MFRS by U.S. Bank Trust, N.A.

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Aurelius P. Robleto |
| IRS: | Jill Locnikar |
| U.S. Bank: | Mark Pecarchik |
| PA Dept. of Rev.: | Lauren Michaels |
| Nextier Bank: | Brian Kile |
| Bank of America: | Thomas Song |
| Wells Fargo: | Keri Ebeck |

**NOTES:**

Pecarchick: I do, and our objections are the same. With respect to the motion for relief we have not worked anything out. We are paying the forced place insurance.

Robleto: I believed that we had it and passed it along to Mr. Pecarchick.

**OUTCOME:** Chambers to enter order. MFRS continued generally to track plan confirmation.

*[signature]*

vas