FILED
7/31/20 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/30/2020 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**_MATTER:_**    #92, 96 Approval of Amd. Disclosure and Confirmation
#103 Obj. to Plan by Nationstar Mortgage
#104 Obj. to Plan by Nationstar Mortgage
#105 Obj. to Plan by Nationstar Mortgage
#109 Obj. to Plan by IRS
#116 Obj. to Discl. Stmt by Bank of America
#117 Obj. to Plan by Bank of America
#118 Obj. to Plan and Discl. Stmt by PA Dept. of Revenue
#124 Obj. to Plan by Wells Fargo Bank
#125 Obj. to Plan by Wells Fargo Bank

**_APPEARANCES:_**

| | |
|---|---|
| Debtor: | Aurelius P. Robleto |
| IRS: | Jill Locnikar |
| Bank of America: | Thomas Song |
| PA Dept. Rev.: | Lauren Michaels |
| Wells Fargo Bank: | Keri Ebeck |
| Nextier Bank: | Brian Kile |
| U.S. Bank: | Mark Pecarchick |

**_NOTES:_**

Loncikar:    Our claim is almost a million dollar IRS claim. The estimated administrative claim is $35,000 but the actual claim may be much higher. The plan did not properly provide for our claim.

Michaels:    At this point we are missing at least three years of returns. He does have rental properties in Pennsylvania.

Ebeck:    I am here on two Pittsburgh properties. Our objections are that it is very hard to determine the plan treatment. The classifications of claims do not specifically address the claims. We do not have enough information

Song:    Bank of America filed a claim, and I will echo Mr. Ebeck's

comments.   It is very difficult to nail down the Bank of America claim.   It does look like they are proposing a 506 action, and we would like the opportunity to perform an appraisal.   If they are proposing a 506 they do not indicate the proposed secured value or reduced regular payment amount.

Robleto:

Both the federal and state returns are on extension but the estimated returns have been paid.   The Debtor thought all returns had been filed.   The two properties for Wells Fargo we would like to engage a realtor and market those properties and make adequate protection payments.   We will also file the necessary 506 actions.   His primary residence is the property on Tacoma Street in Florida.

Kile:

Nextier has mortgages on the Chesterfield properties.   We are to be paid according to the contractual terms.

***OUTCOME:***

Plan Confirmation  DENIED.   Chambers to enter order.

vas