**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankr. No. 19-24527-TPA |
| MICHAEL K. HERRON, | |
|     Debtor. | Chapter 11 |
| -------------------------------------------------------- | Related to Doc. No. 131 |
| MICHAEL K. HERRON, | |
|     Movant, | Doc. No. 132 |
|       v. | |
| No Respondents. | |

**CERTIFICATE OF SERVICE OF PROOF OF INSURANCE FOR THE**
**DEBTOR'S REAL PROPERTY SITUATE IN NEW ORLEANS, LOUISIANNA**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 31, 2020.

| | |
|---|---|
| Mark Pecarchik, Esq. | Brian Caine, Esq. |
| pecarchik1@msn.com | bcaine@parkermccay.com |

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  electronic mail.

EXECUTED ON:  July 31, 2020                     /s/ Aurelius Robleto
                                                                Aurelius Robleto
                                                                PA ID No. 94633
                                                                ROBLETO KURUCE, PLLC
                                                                6101 Penn Ave., Ste. 201
                                                                Pittsburgh, PA 15206
                                                                (412) 925-8194
                                                                (412) 346-1035 Facsimile
                                                                apr@robletolaw.com

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov