FILED
7/31/20 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | Related to Doc. Nos. 92, 96 |

## ORDER

A hearing was held this date on final approval of the Debtor's ***Amended Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated May 26, 2020*** ("Disclosure Statement") (Doc. 96) and confirmation of the ***Debtor's Amended Plan of Reorganization under Chapter 11 of the United States Bankruptcy Code Dated May 26, 2020*** ("Plan") (Doc. 92). At the hearing, the objecting creditors appeared, and the consensus was that the Debtor has not provided adequate information in his *Disclosure Statement* to allow for creditors to understand the proposed treatment of their claims under the *Plan.* The Court agrees that the information provided in the *Disclosure Statement* is woefully inadequate. The United States Internal Revenue Service informed the Court that the Debtor is still missing his 2019 tax return, and the Commonwealth of Pennsylvania Department of Revenue informed the Court that it has not received tax returns for the years 2015, 2016, 2017, and 2019, and tax returns were due to be filed as a result of the Debtor's significant rental income he receives from his Pittsburgh, Pennsylvania properties.

The Court shares these concerns and must also point out that the Debtor is delinquent on his June 2020 Monthly Operating Report, which the Debtor will need to file immediately. Based on the Monthly Operating Reports and the number of claims proposed to be paid through the *Plan*, the Court has serious doubts regarding the feasibility of this case. Counsel for the Debtor explained that the Debtor has realized some property will need to be sold in order

1

to make this case work, which the Court will require to occur in an expeditious manner.  The Court reminds Counsel for the Debtor of its policy that all sales of real estate must occur within a year from the date of case filing.  Counsel for the Debtor also stated he may need to file various 506 actions, which the Court will require be done in the next thirty days.  The Court also notes at the time of the hearing, Counsel for the Debtor brought up the issue of this case's small business designation.  After reviewing the petition and claims in this case, the Court agrees that this case is improperly designated as small business, and will direct the Clerk to remove the designation, below.  Therefore,

*AND NOW* this *30th* day of *July 2020,* for the reasons stated above and at today's hearing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)     Final approval of the Debtor's **Amended Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated May 26, 2020** (Doc. 96) and confirmation of the **Debtor's Amended Plan of Reorganization under Chapter 11 of the United States Bankruptcy Code Dated May 26, 2020** (Doc. 92) is **DENIED.**

(2)     The Debtor shall **immediately** file all delinquent tax returns with the Pennsylvania Department of Revenue.

(3)     The Debtor shall **immediately** file his June 2020 Monthly Operating Report.

(4)     **On or before August 31, 2020,** the Debtor shall file all 506 actions.

(5)     **On or before August 31, 2020,** the Debtor shall file a motion to employ a realtor which includes a listing agreement for all the properties the Debtor seeks to sell in this case.

2

(6)      The Clerk is directed to remove the Small Business designation from the above-captioned case.

(7)      **On or before August 31, 2020**, the Debtor shall file a **Report of Tax Claims and Properties** containing the information that should have been identified in the Disclosure Statement, including the details of each tax claim and the details of each parcel of property owned by the Debtor.  The Debtor shall use the following form for each tax claim and each piece of property in his report:

<u>Tax Claim</u>

Secured  –              $X

Priority  –              $X

Unsecured  –          $X

Proposed Treatment of Claim –        (Narrative of proposed treatment)

<u>Address of Property</u>

Debtor's Valuation     –                        $X

Appraised Valuation  –                        $X

Fair Market Valuation –                        $X

Debt as stated on Proof of Claim –          $X

Debtor according to Debtor's calculation –   $X

Lienholder –                      (Ex. Wells Fargo)

Proposed Plan Treatment –     (Narrative of proposed treatment)

(8)     Upon the Court's receipt of the *Report of Tax Claims and Properties,* as required in Paragraph 7, above, a subsequent order scheduling hearing on the *Report of Tax Claims and Properties* will be issued.

(9)     In the course of reviewing the various objections filed by creditors in this case, the Court has also become concerned as to whether the Western District of Pennsylvania is a proper venue for this case under 28 U.S.C. Section 1408.  The Debtor is a resident of Florida and as far as the Court can tell based on the Schedules filed with the Debtor's petition Florida is also the state in which the largest portion of the Debtor's assets by value is located.  The Court will therefore require that ***on or before August 31, 2020,*** the Debtor shall file a Statement in support of the position that this Court is a proper venue for this case, and ***on or before September 14, 2020*** any interested party may file a response to such Statement.  Upon receipt and review of the Debtor's Statement and any responses that may be filed the Court will issue a further order as necessary on the question of venue.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
        Aurelius Robleto, Esq.
        Jill Locnikar, Esq.
        Lauren Michaels, Esq.
        Brian Kile, Esq.
        Keri Ebeck, Esq.
        Thomas Song, Esq.
        Debtor

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael K. Herron                                                    Case No. 19-24527-TPA
        Debtor                                                       Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1           Date Rcvd: Jul 31, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db          +Michael K. Herron,   1276 Tacoma Street,   Hernando, FL 34442-3237
            +Keri Ebeck, Esq.,   707 Grant St.,   Ste. 2200 Gulf Tower,   Pittsburgh, PA 15219-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
          Aurelius P. Robleto   on behalf of Debtor Michael K. Herron apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
          Brian E. Caine   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the
          Bungalow Series III Trust bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Brian M. Kile   on behalf of Creditor   NexTier Bank, N.A. bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          Charles Griffin Wohlrab   on behalf of Creditor   Wells Fargo Bank, National Association
           cwohlrab@rascrane.com
          James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Kevin Scott Frankel   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           pabk@logs.com
          Kristen D. Little   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           pabk@logs.com, klittle@logs.com
          Lauren Michaels   on behalf of Creditor   Office of Attorney General, Department of Revenue
           lmichaels@attorneygeneral.gov
          Mark J. Pecarchik   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of
          the Bungalow Series III Trust pecarchikl@msn.com,  FedPhe@hotmail.com
          Norma Hildenbrand,  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
          Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Sheetal Ramesh Shah-Jani   on behalf of Creditor   Wells Fargo Bank, National Association
           sshahjani@rascrane.com
          Thomas Song   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. pawb@fedphe.com
          Thomas Song   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
                                                                           TOTAL: 15