FILED
7/31/20 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL K. HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST, | : | Related to Doc. No. 97 |
| *Movant,* | : | |
| v. | : | |
| MICHAEL K. HERRON, | : | |
| *Respondent.* | : | |

## ORDER

A continued hearing was held this date on the ***Motion of U.S. Bank Trust National Association, As Trustee of the Bungalow Series III Trust for Relief from the Automatic Stay Under Section 362 and Bankruptcy Rule 4001 or in the Alternative for Adequate Protection*** ("Motion") (Doc. 97). At the hearing Counsel for U.S. Bank appeared and explained that an agreement had not been reached, and the lender was currently paying for forced placed insurance. The Court will direct the Debtor to immediately provide proof of insurance of the property located at 414 Fern Street, New Orleans, LA to Counsel for the Lender. Based on the agreement of the Parties at today's hearing, the Court will continue further hearing on the *Motion* to the hearing on the ***Report of Tax Claims and Properties,*** which is to be filed by the Debtor. Therefore,

*AND NOW*, this **30**[th] day of ***July, 2020***, for the reasons stated at today's hearing on the ***Motion of U.S. Bank Trust National Association, As Trustee of the Bungalow Series III Trust for Relief from the Automatic Stay Under Section 362 and Bankruptcy Rule 4001 or in the Alternative for Adequate Protection*** (Doc. 97), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1

(1)     The Debtor shall *immediately* provide Counsel for U.S. Bank proof of insurance for the property located at 414 Fern Street, New Orleans, LA.

(2)     Hearing on the *Motion of U.S. Bank Trust National Association, As Trustee of the Bungalow Series III Trust for Relief from the Automatic Stay Under Section 362 and Bankruptcy Rule 4001 or in the Alternative for Adequate Protection* (Doc. 97) is *continued generally.* A subsequent order will be issued scheduling hearing for the same date and time as the hearing on the Debtor's *Report of Tax Claims and Properties.*

_____vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Aurelius Robleto, Esq.
    Brian Cane, Esq.
    Mark Pecarchick, Esq.
    Jill Locnikar, Esq.
    U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-24527-TPA
Michael K. Herron                                                               Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut              Page 1 of 1           Date Rcvd: Jul 31, 2020
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.
db          +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:
      Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
       rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
      Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
       Bungalow Series III Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
      Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
       mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
      Charles Griffin Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association
       cwohlrab@rascrane.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
       Internal Revenue Service jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
      Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
       pabk@logs.com
      Kristen D. Little    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
       pabk@logs.com,   klittle@logs.com
      Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
       lmichaels@attorneygeneral.gov
      Mark J. Pecarchik    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
       the Bungalow Series III Trust pecarchik1@msn.com,    FedPhe@hotmail.com
      Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
       sshahjani@rascrane.com
      Thomas Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. pawb@fedphe.com
      Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
                                                                         TOTAL: 15