IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> MICHAEL K. HERRON, <br>     Debtor, <br><br> WELLS FARGO NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA, ALTERNATIVE LOAN TRUST 2005-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11, <br>     Movant, <br><br> v. <br><br> MICHAEL K. HERRON and <br>     Respondents. | Bankruptcy No.  19-24527-TPA <br><br> Chapter 11 <br><br><br> Doc. No. |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE ON MOTION OF WELLS FARGO NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA, ALTERNATIVE LOAN TRUST 2005-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11 FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Friday, August 21, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

*A Zoom Video Conference Hearing* will be held on **Thursday, September 3, 2020, at 10:00 a.m.** before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/1602130488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer. Atty. Courtney Neer, at 814-464-9781.

*All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Modified Telephonic Procedures* at
http://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances

Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: August 4, 2020

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck,
PA ID No. 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219-1900
T: (412) 456-8112
F: (412) 456-8135

Counsel for Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11