**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br>   MICHAEL K. HERRON, <br>       Debtor. <br> ------------------------------------------------------ <br> MICHAEL K. HERRON, <br>      Plaintiff, <br>          v. <br> UNITED STATES OF AMERICA, <br>      Defendant. | Bankr. No. 19-24527-TPA <br><br> Chapter 11 <br><br> Related to Claim No. 16 <br><br> Related to Doc. Nos. 149-50 <br><br> Doc. No. |

**_AMENDED AND SUPPLEMENTAL_ CERTIFICATE OF SERVICE OF OBJECTION AND NOTICE OF HEARING RELATED TO OBJECTION TO PROOF OF CLAIM NUMBER 16 OF THE UNITED STATES OF AMERICA FOR 2019 FEDERAL INCOME TAX LIABILITY**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 31, 2020 and September 1, 2020, as indicated.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via the ECF Notification System and first-class mail.

EXECUTED ON:  September 1, 2020          /s/ Aurelius Robleto
                                                                    Aurelius Robleto
                                                                    PA ID No. 94633
                                                                    ROBLETO KURUCE, PLLC
                                                                    6101 Penn Ave., Ste. 201
                                                                    Pittsburgh, PA 15206
                                                                    (412) 925-8194
                                                                    (412) 346-1035 Facsimile
                                                                    apr@robletolaw.com

**September 1, 2020 Service List**

**Service via first-class mail:**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

**August 31, 2020 Service List**

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov