Case 19-24527-TPA Doc 155 Filed 09/08/20 Entered 09/08/20 12:51:06 Desc Main
Document Page 1 of 1

FILED
9/8/20 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/3/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #136 MFRS (Wells Fargo)
#141 Resp. by Debtor

**APPEARANCES:**
Debtor:  Aurelius P. Robleto
Wells Fargo:  Keri Ebeck

**NOTES:**

Ebeck:  This motion is concerning 340 Roup Avenue in Pittsburgh, Pennsylvania. The Plan recently filed was quite confusing, and it was denied. At this point, we have not received any payments. The Debtor has the current valuation at $315,000. No payments are being made, so they are kind of sitting idle.

Robleto:  The Court may have seen our application to engage a realtor as well as our supplement that does clarify our intent to sell this property. I would think this property would sell fairly quickly.

**OUTCOME:**  Chambers to enter order allowing an opportunity to sell the property and continued to November 19, 2020 at 10:00 A.M.

jlm