IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | |
| WELLS FARGO NATIONAL | : | Related to Doc. No. 136 |
| ASSOCIATION, AS TRUSTEE | : | |
| FOR BANK OF AMERICA, | : | |
| ALTERNATIVE LOAN TRUST | : | |
| 2005-11, MORTGAGE PASS- | : | |
| THROUGH CERTIFICATES, | : | |
| SERIES 2005-11, | : | |
| *Movant,* | : | |
| v. | : | |
| MICHAEL K. HERRON, | : | Hearing: Nov. 19, 2020 at 10:00 A.M. |
| *Respondent.* | : | |

## **ORDER**

A hearing was held on September 3, 2020 on the ***Motion for Relief from the Automatic Stay*** (Doc 136) filed by Wells Fargo for the property located at 340 Roup Ave, Pittsburgh, PA. At the hearing, Counsel for Wells Fargo argued that relief from the automatic stay should be granted due to the Debtor's lack of payments on the property, with the last payment being made by the Debtor in December 2019. Counsel for the Debtor stated the Debtor intends to sell the property at issue and based on the motion to approve realtor which has been filed and the current real estate market, such sale should occur relatively quickly. The Court reminded Counsel of its longstanding policy that when the sale of property is the linchpin of a case, the sale must occur within a year from the date the case was filed. The above-captioned Chapter 11 case was filed on November 21, 2019. Therefore, the Court will continue this matter for a date closer to the deadline for the sale of property in this case and based on the progress of the Debtor at that time, re-evaluate whether relief from stay is warranted.

*AND NOW*, this *8th* day of *September, 2020*, for the reasons stated at the September 3rd hearing and above, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1) The hearing on the ***Motion for Relief from the Automatic Stay*** (Doc. 136) is continued to ***November 19, 2020 at 10:00 A.M.*** to be held by the ***Zoom Video Conference Application***. All Attorneys and Parties must participate remotely by using the ***Zoom Video Conference Application*** (hereinafter "Zoom") and comply with Judge Agresti's Temporary Modified Appearance Procedures, which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

                                                                    _____
                                                                    Thomas P. Agresti, Judge         jlm
                                                                    United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Aurelius Robleto, Esq.
    Keri Ebeck, Esq.
    Jill Locnikar, Esq.
    U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24527-TPA
Michael K. Herron                                                     Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jmar                Page 1 of 1              Date Rcvd: Sep 08, 2020
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
db             +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Aurelius P. Robleto    on behalf of Plaintiff Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Bungalow Series III Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Charles Griffin Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association
               cwohlrab@rascrane.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo National Association, as Trustee for Banc of
               America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com,   klittle@logs.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Mark J. Pecarchik    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               the Bungalow Series III Trust pecarchik1@msn.com,    FedPhe@hotmail.com
              Norma Hildenbrand    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
               sshahjani@rascrane.com
              Thomas Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. pawb@fedphe.com
              Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
                                                                                              TOTAL: 17