FILED
9/11/20 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MICHAEL K. HERRON<br>*Debtor* | Case No. 19-24527-TPA<br>Chapter 11 |
| MICHAEL K. HERRON<br>*Movant* | |
| v. | Related to Document No. 147 |
| NO RESPONDENT | |

## ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this **11th** day of **September, 2020,** upon consideration of the *Application to Engage Michae Kelly of MJ Kelly Realty as Real Estate Broker*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1)    *Michael Kelly, 2147 Ardmore Blvd., Pittsburgh Pennsylvania*, of *MJ Kelly Realty* is hereby appointed, as of the date of filing the *Application*, as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Application* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at *340 Roup Avenue, Pittsburgh, Pennsylvania 15232* and *3700 Orpwood Street, Pittsburgh, Pennsylvania 15213*. Listing Agreements are limited by Court's policy of property sales being completed within a year of filing. A realtor commission in the amount of *6%* on the sale price is tentatively approved, subject to final Court order. 6% commission is fair. **Movant shall serve the within Order on all interested parties and file a certificate of service.**

(2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

(3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

vas

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 19-24527-TPA
Michael K. Herron                                                                Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 1             Date Rcvd: Sep 11, 2020
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db             +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237
r              +Michael Kelly,   MJ Kelly Realty,    2147 Ardmore Blvd.,    Pittsburgh, PA 15221-4813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Plaintiff Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Charles Griffin Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association
               cwohlrab@rascrane.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo National Association, as Trustee for Banc of
               America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
               kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com,  klittle@logs.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Mark J. Pecarchik    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               the Bungalow Series III Trust pecarchik1@msn.com,  FedPhe@hotmail.com
              Norma Hildenbrand,    on Behalf of the United States Trustee by   on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
               sshahjani@rascrane.com
              Thomas Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. pawb@fedphe.com
              Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
                                                                                             TOTAL: 17