FILED
9/11/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON | : | Case No. 19-24527-TPA |
| *Debtor* | : | Chapter 11 |
| | : | |
| | : | Document Nos. 142 and 143 |
| | : | Hearing: October 8, 2020 at 9:30 A.M. |

## ORDER

On August 31, 2020, a ***Supplement to Disclosure Statement - Report of Tax Claims and Properties*** at Document No. 142 and ***Statement in Support of Venue*** at Document No. 143, ("Supplements") have been filed in the above-referenced case by ***Aurelius P. Robleto, Esq.,*** Counsel for ***Debtor.***

*AND NOW*, this **11th day of September, 2020**, for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED**:

(1)    ***On October 8, 2020*** at ***9:30 A.M.*** a hearing has been scheduled to be held by the ***Zoom Video Conference Application***.

(2)    ***On or before October 2, 2020, Responses*** to the *Supplements* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

(3)    ***Appearances:***    All Attorneys and Parties must participate remotely by using the ***Zoom Video Conference Application*** (hereinafter "Zoom").

1

(4) ***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781.

                                                                          Thomas P. Agresti, Judge
                                                                          United States Bankruptcy Court

Case Administrator to Serve:
    Aurelius P. Robleto, Esq.
    Jill Locnikar, Esq.
    Lauren Michaels, Esq.
    Keri P. Ebeck, Esq.
    Brian M. Kile, Esq.
    Thomas Song, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24527-TPA
Michael K. Herron                                                     Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1              Date Rcvd: Sep 11, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db             +Michael K. Herron,    1276 Tacoma Street,    Hernando, FL 34442-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Aurelius P. Robleto    on behalf of Plaintiff Michael K. Herron apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Bungalow Series III Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Brian M. Kile    on behalf of Creditor    NexTier Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              Charles Griffin Wohlrab    on behalf of Creditor    Wells Fargo Bank, National Association
               cwohlrab@rascrane.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo National Association, as Trustee for Banc of
               America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               pabk@logs.com,   klittle@logs.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Mark J. Pecarchik    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               the Bungalow Series III Trust pecarchik1@msn.com,    FedPhe@hotmail.com
              Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Sheetal Ramesh Shah-Jani    on behalf of Creditor    Wells Fargo Bank, National Association
               sshahjani@rascrane.com
              Thomas Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. pawb@fedphe.com
              Thomas Song    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
                                                                                              TOTAL: 17