# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>    Debtor.<br>-----------------------------------------------------<br>MICHAEL K. HERRON,<br>    Movant,<br>    v.<br>UNITED STATES OF AMERICA,<br>    Respondent. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Claim No. 16<br><br>Related to Doc. No. 157<br><br>Doc. No. |

## ORDER SUSTAINING AMENDED OBJECTION TO PROOF OF CLAIM NUMBER 16 OF THE UNITED STATES OF AMERICA FOR 2019 FEDERAL INCOME TAX LIABILITY

Upon consideration of the Debtor's Amended Objection to Proof of Claim Number 16 of the United States of America, Department of Treasury, Internal Revenue Service ("*IRS*") for the Debtor's 2019 Federal Income Taxes, and notice appearing appropriate, and good cause appearing therefor, it is hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Claim of the IRS, appearing at claim number 16 in the claims register is hereby DISALLOWED; and it is further

ORDERED that nothing in this Order shall affect any other claim of the IRS, including its claim at claim number 11 in the claims register; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

ENTERED:

THOMAS P. AGRESTI,
UNITED STATES BANKRUPTCY JUDGE