# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>Debtor.<br>--------------------------------------------------------<br>MICHAEL K. HERRON,<br>Movant,<br>v.<br>WELLS FARGO BANK, N.A., UNITED STATES OF AMERICA,<br>Respondents. | Bankr. No. 19-24527-TPA<br>Chapter 11<br>Related to Doc. No. 184<br>Doc. No.<br>Hearing Date: October 29, 2020 at 11:30 a.m |

**NOTICE OF HEARING ON MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS**

To the creditors and parties in interest of the above-named Debtor:

NOTICE IS HEREBY GIVEN THAT the Debtor has filed a Motion to Sell Property Free and Divested of Liens the following property:

***3700 Orpwood Street***
***Pittsburgh, PA 15213***

To Oakland Planning and Development Corporation at 235 Atwood Street, Pittsburg, PA 15213 for $240,000.00 according to the terms set forth in the *Motion for Sale*.

On or before **October 21, 2020 (14 days after date of this Order)**, any ***Objections*** to the sale shall be filed with the U.S. Bankruptcy Court: 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 with a copy served on all interested parties.

You should take this Notice and the Motion to a lawyer at once.

*A Zoom Video Conference Hearing* will be held on October 29, 2020 at 11:30 a.m. before Judge Thomas P. Agresti via the ***Zoom Video Conference Application*** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. ***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Dated: October 7, 2020

Respectfully submitted,

 /s/ Aurelius P Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave, Ste. 201
Pittsburgh, PA 15206
Tel: (412) 925-8194
fax: (412) 346-1035
apr@robletolaw.com

Arrangements for inspection prior
to said sale hearing may be made with:
**Attorney Aurelius Robleto**
*Robleto Kuruce, PLLC*
*6101 Penn Avenue, Suite 201*
*Pittsburgh, PA 15206*