FILED
10/8/20 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| Michael K. Herron | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 10/8/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #97 Cont. MFRS in Alternative for Adequate Protection (US Bank)

**APPEARANCES:**

Debtor:         Aurelius P. Robleto
IRS:            Jill Locnikar
US Bank:        Mark Pecarchik
PA Dept. of Rev.: Lauren Michaels
Wells Fargo:    Keri Ebeck

**NOTES:**

Pecarchik: We are still at an impasse. The bank was in fact paying forced place insurance, and we are up to over $16,000 in postpetition arrears. The obligation to change the payee information is up to the Debtor. Our payment is $1,484.33. Projected payoff of over $303,000.

Robleto: We immediately provided proof of insurance to U.S. Bank on July 31st. The properties are subject to an adversary proceeding which the result could be funds available for unsecured claims. The purchaser of the property on Roup street it is the neighbor. I am hopeful we will see some competitive bidding at the time of sale.

J.: He is going to have to start making payments.

Ebeck: The two properties that counsel file a motion to sell on our my client's mortgage, so we are happy to see those motions to sell.

Locnikar: I have nothing to add with respect to what is happening. The amount of taxes the Debtor owns is over $830,000, so we are closely watching and listening.

Michaels: Our tax returns have been filed and our claim has been largely paid.

**OUTCOME:** Chambers to issue order.

jlm