FILED
10/8/20 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/8/2020 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**     #142 Supplement/Addendum to Disclosure Statement - Report of Tax Claims and Properties (Debtor)

#143 Supplement/Addendum to Petition in Support of Venue

**APPEARANCES:**

Debtor:             Aurelius P. Robleto
IRS:                Jill Locnikar
US Bank:            Mark Pecarchik
PA Dept. of Rev.:   Lauren Michaels
Wells Fargo:        Keri Ebeck

**NOTES:**

SEE NOTES ON PROCEEDING MEMO FOR HEARING HELD 10/8/2020 ON U.S. BANK MOTION FOR RELIEF FROM STAY AT DOC. NO. 97.

**OUTCOME:**

Chambers to enter order requiring an additional supplement on or before October 16, 2020.

jlm