FILED
10/8/20 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | |
| U.S. BANK TRUST NATIONAL | : | Related to Doc. No. 97 |
| ASSOCIATION, AS TRUSTEE OF | : | |
| BUNGALOW SERIES III TRUST, | : | |
| *Movant,* | : | |
| v. | : | |
| MICHAEL K. HERRON, | : | Hearing: Nov. 19, 2020 at 10:00 A.M. |
| *Respondent.* | : | |

**ORDER**

*AND NOW*, this **8th** day of **October, 2020**, for the reasons stated at today's hearing on the ***Motion of U.S. Bank National Association, as Trustee of the Bungalow Series III Trust for Relief from the Automatic Stay under Section 362 and Bankruptcy Rule 4001 or In the Alternative for Adequate Protection*** ("Motion") (Doc. 97), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

(1)    The hearing on the *Motion* is continued to **November 19, 2020** at **10:00 A.M.** to be held by the **Zoom Video Conference Application.** All Attorneys and Parties must participate remotely by using the **Zoom Video Conference Application** (hereinafter "Zoom") and comply with Judge Agresti's Temporary Modified Appearance Procedures, which can be found at: http://www.pawb.uscourts.gov/sites/ default/files/pdfs/tpa-proc-appearances.pdf.

(2)    ***Initializing Zoom Hearing:***    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing

time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781.

Thomas P. Agresti, Judge          jlm
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Aurelius Robleto, Esq.
    Keri Ebeck, Esq.
    Jill Locnikar, Esq.
    U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24527-TPA |
| Michael K. Herron | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jmar | Page 1 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID      Recipient Name and Address**
db             + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

**Name**              **Email Address**

Aurelius P. Robleto
　　on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
　　rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
　　on behalf of Debtor Michael K. Herron apr@robletolaw.com
　　rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
　　on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine
　　on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust
　　bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
　　on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

| | |
|---|---|
| Catriona Madalyn Coppler | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov |
| Charles Griffin Wohlrab | on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@rascrane.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@rascrane.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  klittle@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov |
| Mark J. Pecarchik | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com |
| Thomas Song | on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

TOTAL: 22