Case 19-24527-TPA    Doc 202    Filed 10/15/20    Entered 10/16/20 01:46:06    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
10/13/20 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>  MICHAEL K. HERRON,<br>       Debtor.<br>---------------------------------------------------<br>MICHAEL K. HERRON,<br>       Movant,<br>       v.<br>UNITED STATES OF AMERICA,<br>       Respondent. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Claim No. 16<br><br>Related to Doc. No. 157, 188<br><br>Doc. No. |

**ORDER GRANTING MOTION TO WITHDRAW**
**OBJECTION TO PROOF OF CLAIM NUMBER 16 OF THE**
**UNITED STATES OF AMERICA FOR 2019 FEDERAL INCOME TAX LIABILITY**

Upon consideration of the Debtor's Motion (the "*Motion*") to Withdraw his Objection to Proof of Claim Number 16 (the "*Objection*") of the United States of America, Department of Treasury, Internal Revenue Service for the Debtor's 2019 Federal Income Taxes, and notice appearing appropriate, and good cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Objection is hereby WITHDRAWN WITHOUT PREJUDICE; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Dated: October 13, 2020

_____ vas
THOMAS P. AGRESTI,
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 19-24527-TPA
Michael K. Herron Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2
Date Rcvd: Oct 13, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian M. Kile | on behalf of Creditor NexTier Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |

Catriona Madalyn Coppler
　　on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
　　Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab
　　on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@rascrane.com

Charles Griffin Wohlrab
　　on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
　　Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@rascrane.com

Christopher A. DeNardo
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com

Jill Locnikar
　　on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
　　patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
　　on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
　　Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com

Kristen D. Little
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  klittle@logs.com

Kristen D. Little
　　on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com

Kristen D. Little
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com

Lauren Michaels
　　on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Mark J. Pecarchik
　　on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com,
　　FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
　　on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani
　　on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song
　　on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song
　　on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com

Thomas Song
　　on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

TOTAL: 23