**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MICHAEL K. HERRON,<br><br>Debtor. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 96, 130, 142, 193<br><br>Doc. No. |

**SUPPLEMENT TO DISCLOSURE STATEMENT - REPORT OF DEBTOR OWNED PROPERTIES TO BE RETAINED WITH MONTHLY PAYMENTS TO CREDITORS**

Through its Order dated October 8, 2020, this Court required the Debtor to submit a Report of Properties to be Retained with Monthly Payment to Creditors. This Supplement responds to that directive.

Below is a list of Debtor owned properties which will be retained and list of adequate protection payments. These payments were proposed by the Debtor and have been conveyed to each creditor's representative. The Debtor is awaiting responses from the creditors, who may be in the midst of reviewing the proposals with their attorneys.

| Property | Lender/Claim | Proposed Payments Pending Plan Confirmation (or Explanations of No Proposals) |
|---|---|---|
| 1132 SE Kings Bay Dr., Crystal River Florida 33429 | Bank of America N.A Claim No. 8 | $500.00 |
| 731 Rosedale St., Annapolis, MD 21401 | Deutsche Bank National Trust Co. Claim No. 2 | $2,169.99 |
| 155 Chesterfield Rd., Pittsburgh, PA 15213 | Wells Fargo Claim No. 13 | $399.34 |
| 237 Chesterfield Rd., Pittsburgh, PA 15213 | Wells Fargo Bank, N.A. Claim No. 10 | $359.00 |
| 414 Fern Street, New Orleans, LA 70118 | No POC Filed | $1,484.33 |
| 1122 SE Kings Bay Dr., Crystal River, FL 33429 | Wells Fargo Bank, N.A. Claim No. 9 | $500.00 |
| 145, 155 and 237 Chesterfield Rd. | Nextier Mortgage (Cross-Collateralized) | n/a – AP arrangements already in place. Doc. No. 78 |
| 3655 Suncoast Blvd., Hermosa, FL 33448 | Steven Neff Claim No. 15 | n/a – debt service payments paid by primary obligor |
| 1276 W Tacoma St., Hernando, FL 34442 | No POC / no secured debt | n/a – no claim against debtor secured by this property |
| 7167 Ross Garden Road, Pittsburgh, PA 15206 | Bank of America, N.A. Claim No. 6 | n/a – surrendered, debtor has no remaining interest in the property |