UNITED STATES BANKRUPTCY COURT
WESTEREN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL K. HERRON,<br><br>                Debtor.<br><br>MICHAEL K. HERRON,<br><br>                Movant.<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>                Respondent. | Bankruptcy 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 184<br><br>Doc. No.<br><br>Hearing Date: October 29, 2020 at 11:30 a.m. |

**AMENDED RESPONSE TO DEBTOR'S MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS PURSUANT TO 11 U.S.C. §363(b)**

    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11 ("Secured Creditor"), by and through the undersigned counsel, and files the within Response to Debtor's Motion to Sell Property Free and Divested of Liens Pursuant to 11 U.S.C. §363(b) (ECF Doc.: 184), and, in support thereof, states as follows:

1. Debtor, Michael K. Herron ("Debtor"), filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on November 21, 2019.

2. Secured Creditor holds a first lien security interest in the Debtor's real property located at 3700 Orpwood Street, Pittsburgh, PA 15213 (the "Property"), by virtue of a Mortgage recorded on December 28, 2005 under Instrument Number 2005-156190 of the Allegheny County, PA. Said Mortgage secures a Note in the amount of $98,000.00.

3. According to Debtor's Motion For Sale of Property, the Debtor intends to sell the real property located at 3700 Orpwood Street, Pittsburgh, PA 15213, for a total sale price of $240,000.00.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an updated payoff quote.

5. The estimated payoff of Secured Creditor's lien is $162,896.48 as of June 22, 2020. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

6. Secured Creditor is filing this Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the Property absent payment in full of the Secured Creditor's security interest on the Property or receipt of all funds included in any short sale approval and all other conditions of short sale having been met.

7. Furthermore, Secured Creditor requests that failure to complete the sale within 90-days of entry of this Order.

**WHEREFORE**, Secured Creditor requests that any Order Granting the Debtor's Motion be subject to strict compliance with all terms and conditions included herein and for such other and further relief that this Court deems just and proper.

Date: October 28, 2020

**Robertson, Anschutz, Schneid & Crane, LLC.**

By: /s/ Charles G. Wohlrab
Charles Wohlrab, Esquire
PA Bar No. 314532
425 Commerce Drive, Suite 150
Fort Washington, PA  19034
Telephone: 973-575-0707
Facsimile: 973-404-8886
cwohlrab@rascrane.com

UNITED STATES BANKRUPTCY COURT
WESTEREN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re: | Bankruptcy 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | Related to Doc. No. 184 |
| | Doc. No. |
| MICHAEL K. HERRON, | Hearing Date: October 29, 2020 at 11:30 a.m. |
| Movant. | |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11, | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 28, 2020, the foregoing Amended Response To Debtor's Motion To Sell Property Free And Divested Of Liens Pursuant To 11 U.S.C. §363(B) was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

By First-Class Mail:

Aurelius P. Robleto
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201/1306
Pittsburgh, PA 15206

Michael K. Herron
1276 Tacoma Street
Hernando, FL 34442

Norma Hildenbrand
Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

United States Trustee
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 940
Pittsburgh, PA 15222

        **Robertson, Anschutz, Schneid & Crane, LLC.**

       By: /s/ Charles G. Wohlrab
        Charles Wohlrab, Esquire
        PA Bar No. 314532
        425 Commerce Drive, Suite 150
        Fort Washington, PA  19034
        Telephone: 973-575-0707
        Facsimile: 973-404-8886
        cwohlrab@rascrane.com