**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br> MICHAEL K. HERRON, <br>    Debtor. | Case No. 19-24527-TPA <br><br> Chapter 11 <br><br> Related to Doc. Nos. 181, 182 <br><br> Doc. No. ____ |

**PROOF OF PUBLICATION – PITTSBURGH LEGAL JOURNAL- 340 ROUP AVE**

Dated: October 28, 2020

    /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue, Suite 201
Pittsburgh, PA 15222
Tel:    (412) 925-8194
Fax:   (412) 346-1035
apr@robletolaw.com

Bankruptcy Notice. Case Number: 20-24527-TPA. Debtor: Michael K. Herron

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania  } SS:
County of Allegheny,  }

I, Janet M. Dalton, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

**Oct 14, 2020**

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

Date: 10/14/20

Notary Public: [signature] Janet M. Dalton

Renee M. Kuruce
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Pittsburgh, PA 15206

### Bankruptcy Notice

In the United States Bankruptcy Court for the Western District of Pennsylvania In re: Michael K. Herron, Debtors (Case No.: 20-24527-TPA

Property to be sold: 340 Roup Avenue; Pittsburgh, Pennsylvania 15232; Allegheny County, Book Volume No. 37, Page No. 130 and 131; Block and Lot No. 51-D-139.

A Zoom Video Conference Hearing will be held on October 29, 2020 at 11:30 a.m. before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. Additional information may be available online at https://www.pawb.uscourts.gov/easi.htm. Arrangements for inspection prior to said sale hearing may be made with: Aurelius P. Robleto, Esq., 6101 Penn Avenue, Suite 201, Pittsburgh, PA 15206 (412) 925-8194.

Initial Offer: $400,000.00 in cash, with a $10,000 escalation clause permitted by the buyer.

Higher and better offers will be considered at the above described hearing.

Sale is "as is" and "where is" with no contingencies

A successful bidder must bring $5,000 in readily available funds (cashier's check or money order) as a deposit and have proof of the capacity to close and fund the transaction in full by November 21, 2020.

20-03829 Oct 14, 2020

---

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Janet M. Dalton, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 8, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

---

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates | $276.00 |
| Proof Fees | $0.00 |
| Total | $276.00 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 20-03829
**PAID**