# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> MICHAEL K. HERRON, <br> Debtor. | Case No. 19-24527-TPA <br><br> Chapter 11 <br><br> Related to Doc. Nos. 184, 185 <br><br> Doc. No. _____ |

**PROOF OF PUBLICATION – PITTSBURGH POST GAZETTE- 3700 ORPWOOD STREET**

Dated: October 28, 2020

　　　　　　　　　　　　　　　　　　　　/s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue, Suite 201
Pittsburgh, PA 15206
Tel:    (412) 925-8194
Fax:   (412) 346-1035
apr@robletolaw.com

No.

# Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

---

Commonwealth of Pennsylvania, County of Allegheny, ss **KFlaherty**, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the Pittsburgh Post-Gazette edition and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**11 of October, 2020**

Affidavit further deposes the he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the aforesaid notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*[signature]*
PG Publishing Company
Sworn to and subscribed before me this day of:
October 22, 2020

*[signature]*

Commonwealth of Pennsylvania - Notary Seal
Elizabeth R. Chmura, Notary Public
Allegheny County
My commission expires February 8, 2022
Commission number 1326781
Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**
ROBLETO LAW
401 LIBERTY AVE STE 1306
THREE GATEWAY CENTER
PITTSBURGH, PA 15222-1004

To PG Publishing Company

Total    $ 430.00

Client:

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
Clinton, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of the Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____
Attorney For

**COPY OF NOTICE OR PUBLICATION**

NOTICE OF SALE - IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. In re: Michael K. Herron, Debtors (Case No. 20-24527-TPA). Property to be sold: 3700 Orpwood Street; Pittsburgh, Pennsylvania 15213; Allegheny County, Book Volume No. 13, Page No. 9; Block and Lot No. 29-H-83. A Zoom Video Conference Hearing will be held on October 29, 2020 at 11:30 a.m. before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. Arrangements for inspection prior to said sale hearing may be made with: Aurelius P. Robleto, Esq., 6101 Penn Avenue, Suite 201, Pittsburgh, PA 15206 (412) 925-8194. Initial Offer: $240,000.00 in cash. Higher and better offers will be considered at the above described hearing. Sale is "as is" and "where is" with no contingencies. A successful bidder must bring $5,000 in readily available funds (cashier's check or money order) as a deposit and have proof of the capacity to close and fund the transaction in full by November 21, 2020.