**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/29/2020 |
| | : | Time: | 11:30 |

**PROCEEDING MEMO**

**MATTER**        #181 Motion For Sale (Debtor)
                #206 Obj. by Dep. of Rev.
                ***(Posted on EASI on 10/8/20)***

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Aurelius P. Robleto |
| Wells Fargo: | Charles Wohlrab |
| IRS: | Jill Locnikar |
| Nextier: | Brian Kile |
| Nationstart/U.S. Bank, N.A.: | Mark Pecarchik |
| Dep. of Rev.: | Lauren Michaels |

**NOTES:**

J.: Currently, these sales are not subject to waiver of the transfer tax since the plan cannot be confirmed at this time.

Robleto: We have included a waterfall of payments based on a $400,000 sale price. We have also included an element for our professional fees.

Wohlrab: I can get an updated figure with per diem.

**OUTCOME:** GRANTED / OE upon receipt of amended sale order on or before Monday November 2, 2020.

jlm