**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/30/20 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| Michael K. Herron | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 10/29/2020 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**     #184 Motion For Sale (Debtor)
              #205 Resp. by Wells Fargo
              #207 Obj. by Dep. of Rev.
              *(Posted on EASI on 10/8/20)*

**APPEARANCES:**

   Debtor:              Aurelius P. Robleto
   Nextier:             Brian Kile
   Wells Fargo:         Charles Wohlrab
   Nationstar/ US Bank: Mark Pecarchik
   Dep. of Rev:         Lauren Michaels

**NOTES:**

Robleto:    Yes $240,000 with no contingencies. We have received a request that the sale occur on December 4th. The board has approved the purchase. This was listed with our realtor so there would be a commission along the same guidelines as the first sale. Yes 45 days should be plenty of time to wrap it up.

Wohlrab:    I will get a payoff and per diem for this case as well which will be aligned with the closing date that the Court thinks is appropriate.

**OUTCOME:**    GRANTED / OE upon receipt of amended proposed order which the Debtor shall file on or before November 2, 2020.

*[Signature]*
jlm