**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/30/20 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| Michael K. Herron | : | Chapter: | 11 |
| *Debtor(s).* | : | | |
| | : | Date: | 10/29/2020 |
| | : | Time: | 11:30 |

**PROCEEDING MEMO**

*MATTER*     #92 Amended Plan Dated May 26, 2020

#96 Amended Chapter 11 Small Business Disclosure Stmt.

*APPEARANCES:*

Debtor:        Aurelius P. Robleto
IRS:           Jill Locnikar
Dep. of Rev.:  Lauren Michaels
NexTier Bk:    Brian M. Kile
Nationstar/
U.S. Bank:     Mark J. Pecarchik

*NOTES:*

Robleto:    I did want to report that in the interim we did file a report of properties with the proposed adequate protection payments. We did attempt to discuss this with each other attorneys. They are based on the prepetition regular payments. The debtor made all of those payments on October 26th.

Locnikar:   I think all of our issues are resolved except for the 3% interest not being reflected. I just have not received a full confirmation from the IRS.

Michaels:   We had filed an objection which is now resolved. We have no oustanding objections for plan treatment.

Pecarchik:  All four clients have stated they have not received adequate protection payments.

*OUTCOME:*   DENIED second amended plan to be filed. Chambers to enter order.

jlm