Case 19-24527-TPA    Doc 241    Filed 11/20/20    Entered 11/20/20 14:42:34    Desc Main
Document    Page 1 of 1

FILED
11/20/20 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/19/2020 |
| | : | Time: | 10:00 |

**PROCEEDING MEMO**

*MATTER*    #136 Cont. Motion for Relief from Stay by Wells Fargo National Association

*APPEARANCES:*

Debtor:    Aurelius P. Robleto
Wells Fargo: Keri Ebeck

*NOTES:*

Ebeck:    I would like to withdraw my motion.

*OUTCOME:*    Oral request to withdraw GRANTED, Chambers to enter order.

[signature]
asg