FILED
11/20/20 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| | : | |
| WELLS FARGO NATIONAL | : | Related to Doc. Nos. 136 |
| ASSOCIATION, AS TRUSTEE FOR | : | |
| BANC OF AMERICA, | : | |
| ALTERNATIVE LOAN TRUST | : | |
| 2005-11, MORTGAGE PASS- | : | |
| THROUGH CERTIFICATES, | : | |
| SERIES 2005-11, | : | |
| *Movant,* | : | |
| v. | : | |
| MICHAEL HERRON, | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW** this *19th* day of *November, 2020*, in light of Counsel for Wells Fargo's

oral motion to withdraw the ***Motion for Relief from the Automatic Stay*** filed on August 4, 2020

at today's continued hearing on the same, it is hereby **ORDERED, ADJUDGED,** and **DECREED**

that Wells Fargo's oral motion to withdraw the *Motion for Relief from the Automatic Stay* (Doc.

136) is **GRANTED.**

asg
_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Keri Ebeck, Esq.
    Aurelius Robleto, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-24527-TPA

Michael K. Herron                                                                    Chapter 11
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: mgut | Page 1 of 2
--- | --- | ---
Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

**Recip ID**              **Recipient Name and Address**
db                        +  Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

**Name**                          **Email Address**

Alexander R. Kalyniuk
                              on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov,
                              Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov

Aurelius P. Robleto
                              on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
                              rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
                              on behalf of Debtor Michael K. Herron apr@robletolaw.com
                              rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
                              on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine
                              on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust

bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile

on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@rascrane.com

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@rascrane.com

Christopher A. DeNardo

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck

on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com

Kristen D. Little

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com
klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich

on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mark J. Pecarchik

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com,
FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani

on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song

on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com

Thomas Song

on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com


TOTAL: 25