Case 19-24527-TPA    Doc 244    Filed 11/23/20    Entered 11/23/20 13:47:25    Desc Main
Document    Page 1 of 1

FILED
11/23/20 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-24527-TPA |
| Michael K. Herron | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 11/20/2020 |
| | : | Time: 10:00 |

### PROCEEDING MEMO

**MATTER**   #97 Cont. MFRS in Alternative for Adequate Protection (US Bank)

**APPEARANCES:**

Debtor:       Aurelius P. Robleto
IRS:          Alexander Kalyniuk
U.S. Bank:    Mark Pecarchik
Wells Fargo:  Kristen Little

**NOTES:**

Pecarchik:   At the last hearing Counsel stated that the first adequate protection payment was made That was three weeks ago and my client reported that just last week they received their first payment. The next payment would be for November.

J.:   I will issue an affidavit of default procedure as to this property. If November is not paid on time, Mr. Pecarchik will have to file an affidavit of default and we will have a hearing on it.

**OUTCOME:**   Chambers to enter affidavit of default order.

*[signature]*
asg