UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Herron, Michael K.

Case No. 19-24527-TPA

Reporting Period: OCT 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_Michael K Herron_    20 November 2020
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Pg 1

0721

Herron, Michael K.

Debtor

Case No. 19-24527-TPA

Reporting Period: Oct 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 100.00 |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income | 5067.88 |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) |  |  |
| Total Receipts | 5067.88 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities |  |  |
| Insurance |  |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses |  |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts |  |  |
| Other (attach schedule) |  |  |
| Total Ordinary Disbursements | 0.00 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items | 0.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 0.00 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 5067.88 |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 5167.88 |  |

FORM MOR-1(INDV)
(9/99)

Pg 2

Herron, Michael K.  
Debtor

Case No. 19-24527-TPA  
Reporting Period: Oct 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Pg 3

Herron, Michael K.                                              Case No. 19-24527-TPA

9435

Debtor                                              Reporting Period: Oct 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1207.36 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 22,000.00 |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 1678.50 |  |
| **Total Receipts** | 23689.06 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 2284.33 |  |
| Rental Payment(s) |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities | 1459.00 |  |
| Insurance | 919.68 |  |
| Auto Expense | 26.46 |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses | 85.13 |  |
| Household Expenses |  |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) | 1019.15 |  |
| Travel and Entertainment | 500.15 |  |
| Gifts |  |  |
| Other (attach schedule) | 40.25 |  |
| **Total Ordinary Disbursements** | 6334.15 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees | 650.00 |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** | 650.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 6984.15 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 16704.91 |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 17912.27 |  |

FORM MOR-1(INDV)
(9/99)

Pg4

Herron, Michael K.

Debtor

1435

Case No. 19-24527-TPA

Reporting Period: Oct 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| ANNAPOLIS, MD RENT | 1678.50 | |
| **Other Taxes** | | |
| EST PERSONAL TX | 1000.00 | |
| 2019 PERSONAL TX SHORTAGE | 19.15 | |
| **Other Ordinary Disbursements** | | |
| PITTSBURGH CITY CITATION | 40.25 | |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Pg 5

Herron, Michael K.

Debtor

Case No. 19-24527-TPA

Reporting Period: Oct 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Pg 6

Herron, Michael K.

Debtor

Case No. 19-24527-TPA

Reporting Period: OCT 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Pg 7

# TD Bank
America's Most Convenient Bank®

AB 01 031005 11528 B 74 A
MICHAEL K HERRON
DIP CASE 19-24527 WDPA
1132 SE KINGS BAY DR
CRYSTAL RIVER FL  34429-4645

Page: 1 of 2
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #:
Primary Account #: 0721

## Chapter 11 Checking

MICHAEL K HERRON
DIP CASE 19-24527 WDPA

Account # 0721

| | | |
|---|---|---|
| Beginning Balance | 100.00 | Average Collected Balance  2,797.42 |
| Electronic Deposits | 5,067.88 | Interest Earned This Period  0.00 |
| | | Interest Paid Year-to-Date  0.00 |
| Ending Balance | 5,167.88 | Annual Percentage Yield Earned  0.00% |
| | | Days in Period  31 |

### Electronic Deposits

| Date | Description | Amount |
|---|---|---|
| 10/01 | ACH DEPOSIT, DFAS-CLEVELAND RET NET ****43976 | 2,533.94 |
| 10/30 | ACH DEPOSIT, DFAS-CLEVELAND RET NET ****43976 | 2,533.94 |
| | Subtotal: | 5,067.88 |

| | | | | |
|---|---|---|---|---|
| 09/30 | 100.00 | 10/30 | | 5,167.88 |
| 10/01 | 2,633.94 | | | |

# TD Bank
America's Most Convenient Bank®

AB 01 030701 11528 B 74 A

MICHAEL K HERRON
DIP CASE 19-24527 WDPA
1132 SE KINGS BAY DR
CRYSTAL RIVER FL 34429-4645

Page: 1 of 3
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: -###
Primary Account #: 9435

## Chapter 11 Checking

MICHAEL K HERRON
DIP CASE 19-24527 WDPA

Account # 9435

| | | | |
|---|---|---|---|
| Beginning Balance | 1,207.36 | Average Collected Balance | 5,702.89 |
| Deposits | 10.56 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 23,678.50 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,656.52 | Days in Period | 31 |
| Electronic Payments | 2,327.63 | | |
| Ending Balance | 17,912.27 | | |

### Deposits

| | | |
|---|---|---|
| 10/08 | MOBILE DEPOSIT | 10.56 |
| | Subtotal: | 10.56 |

### Electronic Deposits

| | | |
|---|---|---|
| 10/01 | eTransfer Credit, Online Xfer Transfer from CK 7600718257 | 500.00 |
| 10/14 | ACH DEPOSIT, ANNAPOLIS PROPER ACH ***-*70-5929 | 1,678.50 |
| 10/14 | eTransfer Credit, Online Xfer Transfer from CK 7600718257 | 5,000.00 |
| 10/26 | eTransfer Credit, Online Xfer Transfer from CK 7600718257 | 16,500.00 |
| | Subtotal: | 23,678.50 |

### Checks Paid   No. Checks: 9

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| | | | | | |
|---|---|---|---|---|---|
| 10/14 | 238 | 40.46 | 10/22 | 246* | 800.00 |
| 10/21 | 239 | 68.66 | 10/27 | 247 | 1,484.33 |
| 10/21 | 240 | 1,000.00 | 10/27 | 248 | 40.25 |
| 10/21 | 241 | 19.15 | 10/30 | 255* | 650.00 |
| 10/16 | 243* | 553.67 | | | |
| | | | | Subtotal: | 4,656.52 |

# TD Bank
America's Most Convenient Bank®

MICHAEL K HERRON
DIP CASE 19-24527 WDPA

Page: 3 of 3
Statement Period: Oct 01 2020-Oct 31 2020
Cust Ref #: -###
Primary Account #: 9435

## Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 10/01 | ELECTRONIC CK PMT-ARC, DUKE OR PIEDMONT ARC 233 | 503.89 |
| 10/01 | ELECTRONIC CK PMT-ARC, DUKE OR PIEDMONT ARC 230 | 387.83 |
| 10/01 | ELECTRONIC CK PMT-ARC, BRIGHT HOUSE CHECKPMT 0234 | 173.80 |
| 10/01 | ELECTRONIC CK PMT-ARC, COX COMM - LOU CHECK PYMT 0232 | 149.10 |
| 10/01 | ELECTRONIC CK PMT-ARC, DUKE OR PIEDMONT ARC 235 | 18.87 |
| 10/05 | ACH DEBIT, CONTINENTAL LIFE INS PYMT CLI6051483 | 260.94 |
| 10/06 | ELECTRONIC CK PMT-ARC, ADT CHECK PYMT 0236 | 140.67 |
| 10/15 | DEBIT CARD PAYMENT, *****30077211829, AUT 101420 VISA DDA PUR NETFLIX COM    NETFLIX COM   * CA | 13.59 |
| 10/19 | ELECTRONIC CK PMT-ARC, COX COMM - LOU CHECK PYMT 0245 | 308.76 |
| 10/19 | ACH DEBIT, CONTINENTAL LIFE INS PYMT CLI6438090 | 105.07 |
| 10/20 | ELECTRONIC CK PMT-ARC, ENTERGY UTILITY PAYMENT 0244 | 131.33 |
| 10/22 | DEBIT CARD PURCHASE, *****30077211829, AUT 102120 VISA DDA PUR WM SUPERCENTER 1029    HOMOSASSA   * FL | 67.84 |
| 10/26 | DEBIT POS, *****30077211829, AUT 102520 DDA PURCHASE SPEEDWAY 300 E BUENA VIS    LAKE BUENA VI * FL | 26.46 |
| 10/26 | DEBIT POS, *****30077211829, AUT 102520 DDA PURCHASE WM SUPERC WAL MART SUP    INVERNESS   * FL | 11.59 |
| 10/26 | DEBIT POS, *****30077211829, AUT 102520 DDA PURCHASE LOWE S  1853    INVERNESS   * FL | 5.70 |
| 10/26 | DEBIT CARD PURCHASE, *****30077211829, AUT 102420 VISA DDA PUR USA CANTEEN VENDING    ORLANDO   * FL | 4.00 |
| 10/30 | ELECTRONIC CK PMT-ARC, DUKE OR PIEDMONT ARC 259 | 18.19 |
|  | Subtotal: | 2,327.63 |

| Date | Balance | Date | Balance |
|---|---|---|---|
| 09/30 | 1,207.36 | 10/19 | 5,739.77 |
| 10/01 | 473.87 | 10/20 | 5,608.44 |
| 10/05 | 212.93 | 10/21 | 4,520.63 |
| 10/06 | 72.26 | 10/22 | 3,652.79 |
| 10/08 | 82.82 | 10/26 | 20,105.04 |
| 10/14 | 6,720.86 | 10/27 | 18,580.46 |
| 10/15 | 6,707.27 | 10/30 | 17,912.27 |
| 10/16 | 6,153.60 | | |