### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

In re:

  MICHAEL K. HERRON,

           Debtor.

--------------------------------------------------------

  MICHAEL K. HERRON,

           Movant,

           v.

  WELLS FARGO BANK, N.A., UNITED
  STATES OF AMERICA,

           Respondents.

_____

Bankr. No. 19-24527-TPA

Chapter 11

Related to Doc. No.

Doc. No.

### CERTIFICATE OF SERVICE OF
### REPORT OF SALE FOR 3700 ORPWOOD STREET

      I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 15, 2020.

      The types of service made on the parties was electronic notification the PACER/ECF system.

EXECUTED ON: December 15, 2020     By:

                      /s/ Aurelius Robleto
                    Aurelius Robleto
                    PA ID No. 94633
                    ROBLETO KURUCE, PLLC
                    6101 Penn Avenue
                    Suite 201
                    Pittsburgh, PA 15206
                    (412) 925-8194
                    (412) 346-1035 Facsimile
                    apr@robletolaw.com

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Catriona Madalyn Coppler on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Christopher A. DeNardo on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, logsecf@logs.com

Keri P. Ebeck on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Alexander R. Kalyniuk on behalf of Defendant Internal Revenue Service, United States of America
Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Defendant WELLS FARGO BANK, N.A.
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Maria Miksich on behalf of Creditor BANK OF AMERICA, N.A.
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor BANK OF AMERICA, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Mark J. Pecarchik on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
pecarchik1@msn.com, FedPhe@hotmail.com

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.

cincompass.com

Aurelius P. Robleto on behalf of Plaintiff Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.
cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor BANK OF AMERICA, N.A.
pawb@fedphe.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

Thomas Song on behalf of Defendant BANK OF AMERICA N.A
pawb@fedphe.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo Bank, National Association
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America,
Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
cwohlrab@rascrane.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States
Trustee