**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

MICHAEL K. HERRON,

    Debtor.

Bankr. No. 19-24527-TPA

Chapter 11

Related to Doc. Nos. 265, 267, and 270-71

Doc. No. 272

**CERTIFICATE OF SERVICE OF (i) ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SCHEDULING FINAL HEARING; (ii) SECOND AMENDED CHAPTER 11 PLAN, DATED DECEMBER 15, 2020; (iii) SECOND AMENDED DISCLOSURE STATEMENT; (iv) SECOND AMENDED CHAPTER 11 PLAN SUMMARY; and (v) OFFICIAL BALLOTS (Form 14)**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 18, 2020.

    The types of service made on the parties was electronic notification the PACER/ECF system and U.S. Mail.

EXECUTED ON: December 18, 2020    By:

    /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue
Suite 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Catriona Madalyn Coppler on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Christopher A. DeNardo on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, logsecf@logs.com

Keri P. Ebeck on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Alexander R. Kalyniuk on behalf of Defendant Internal Revenue Service, United States of America
Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Defendant WELLS FARGO BANK, N.A.
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Maria Miksich on behalf of Creditor BANK OF AMERICA, N.A.
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor BANK OF AMERICA, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Mark J. Pecarchik on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
pecarchik1@msn.com, FedPhe@hotmail.com

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.

cincompass.com

Aurelius P. Robleto on behalf of Plaintiff Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor BANK OF AMERICA, N.A.
pawb@fedphe.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

Thomas Song on behalf of Defendant BANK OF AMERICA N.A
pawb@fedphe.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo Bank, National Association
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
cwohlrab@rascrane.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee

**SERVICE BY U.S. MAIL**

PHH MORTGAGE CORPORATION
MAILSTOP SBRP, P.O. BOX 5469
MT. LAUREL NJ 08054-7458

U.S. Bank
c/o Brian E. Caine, Esq.
PARKER McCAY P.A.
Mount Laurel, NJ 08054

Bank of America, N.A.
PO Box 660933
Dallas, TX 75266-0933

Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

[ CONTINUED ON THE FOLLOWING PAGES ]

```
Label Matrix for local noticing          Bank of America Mortgage a Division of Bank    Duggan, Joiner and Company
0315-2                                   c/o Aldridge Pite, LLP                         334 N.W. 3rd Avenue
Case 19-24527-TPA                        4375 Jutland Drive, Suite 200                  Ocala, FL 34475-8828
WESTERN DISTRICT OF PENNSYLVANIA         P.O. Box 17933
Pittsburgh                               San Diego, CA 92177-7921
Tue May 26 17:59:55 EDT 2020

M.J. Realty Corporation                  NexTier Bank, N.A.                             Office of Attorney General, Department of Re
2147 Ardmore Blvd.                       101 E. Diamond Street, Suite 110               Lauren A. Michaels
Pittsburgh, PA 15221-4813                Butler, PA 16001-5943                          1251 Waterfront Place
                                                                                        Mezzanine Level
                                                                                        Pittsburgh, PA 15222-4227

Wells Fargo Bank, National Association   ~~2~~                                          American Express National Bank
Robertson, Anschutz & Schneid, P.L.      ~~U.S. Bankruptcy Court~~                      c/o Becket and Lee LLP
6409 Congress Ave., Suite 100            ~~5414 U.S. Steel Tower~~                      PO Box 3001
Boca Raton, FL 33487-2853                ~~600 Grant Street~~                           Malvern  PA 19355-0701
                                         ~~Pittsburgh, PA 15219-2703~~

Amex                                     ~~Bank of America~~                            (p)BANK OF AMERICA
Correspondence/Bankruptcy                ~~4909 Savarese Cir~~                          PO BOX 982238
PO Box 981540                            ~~Tampa, FL 33634-2413~~                       EL PASO TX 79998-2238
El Paso, TX 79998-1540

~~Bank of America~~                      ~~Bank of America, N.A.~~                      Bank of America, N.A.
~~Attn: Bankruptcy NC4-105-02-77~~       ~~P O Box 982284~~                             PO Box 31785
~~PO Box 26012~~                         ~~El Paso, TX 79998-2284~~                     Tampa, FL 33631-3785
~~Greensboro, NC 27420-6012~~

(p)JPMORGAN CHASE BANK  N A              Deutsche Bank National Trust Company, et.al.   Harrry Teichman
BANKRUPTCY MAIL INTAKE TEAM              PHH MORTGAGE CORPORATION                       Older Lundy & Alvarez
700 KANSAS LANE FLOOR 01                 BANKRUPTCY DEPARTMENT,                         1000 W Cass St
MONROE LA 71203-4774                     P.O. BOX 24605                                 Tampa, FL  33606-1307
                                         WEST PALM BEACH FL 33416-4605

(p)INTERNAL REVENUE SERVICE              Kelli Ann Lee                                  ~~Mr. Cooper~~
CENTRALIZED INSOLVENCY OPERATIONS        McGuireWoods LLP Tower Two-Sixty               ~~Attn: Bankruptcy~~
PO BOX 7346                              260 Forbes Ave Ste 1800                        ~~8950 Cypress Waters Blvd~~
PHILADELPHIA PA 19101-7346               Pittsburgh, PA  15222-1892                     ~~Coppell, TX  75019-4620~~

~~Mr. Cooper~~                           ~~NexTier Bank, N.A.~~                         Office of the United States Trustee
~~PO Box 60516~~                         ~~c/o Brian M. Kile, Esquire~~                 Liberty Center.
~~City of Industry, CA  91716-0516~~     ~~Grenen & Birsic, PC~~                        1001 Liberty Avenue, Suite 970
                                         ~~One Gateway Center, 9th Floor~~              Pittsburgh, PA 15222-3721
                                         ~~Pittsburgh, PA  15222~~

Pennsylvania Department of Revenue       ~~Phh Mortgage Servicing~~                     Sn Servicing Corporati
Bankruptcy Division PO Box 280946        ~~Attn: Bankruptcy Department~~                323 5th St
Harrisburg, PA  17128-0946               ~~PO Box 5452~~                                Eureka, CA  95501-0305
                                         ~~Mount Laurel, NJ  08054-5452~~

Steve B. Neff                            ~~Steve Neff~~                                 Steven D. Fichtman
11050 Halls River Road                   ~~11678 W Timberlane Dr~~                      Law Office of Steven D. Fichtman, PLLC.
Homosassa, FL 34448-3421                 ~~Homosassa, FL  34448-3348~~                  PO Box 4290
                                                                                        Homosassa Springs, FL  34447-4290
```

| | | |
|---|---|---|
| Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 W Interstate 10<br>San Antonio, TX  78288-1600 | ~~WELLS FARGO BANK, NATIONAL ASSOCIATION~~<br>P.O. Box 619096<br>Dallas TX 75261-9096 | ~~Wells Fargo Bank, N.A., et al... c/o~~<br>~~Nationstar Mortgage LLC d/b/a Mr. Cooper~~<br>~~PO Box 619096~~<br>~~Dallas, TX 75261-9096~~ |
| William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy, Ste 215<br>Gretna, LA 70053-6758 | ~~Aurelius P. Robleto~~<br>~~Robleto Kuruce, PLLC~~<br>~~6101 Penn Avenue~~<br>~~Suite 201~~<br>~~Suite 1306~~<br>~~Pittsburgh, PA 15206-3926~~ | ~~Michael K. Herron~~<br>~~1276 Tacoma Street~~<br>~~Hernando, FL 34442-3237~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ~~Bank of America~~<br>~~Attn: Bankruptcy~~<br>~~PO Box 982238~~<br>~~El Paso, TX  79998-2238~~ | ~~Chase Card Services~~<br>~~Attn: Bankruptcy~~<br>~~PO Box 15298~~<br>~~Wilmington, DE  19850-5298~~ | ~~Internal Revenue Serice~~<br>~~1000 Liberty Ave~~<br>~~Pittsburgh, PA  15222-4004~~ |
| (d)Internal Revenue Servic<br>1000 Liberty Ave<br>Pittsburgh, PA  15222-4004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| ~~(u)BANK OF AMERICA, N.A.~~ | ~~(u)DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al~~ | ~~(u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER~~ |
| ~~(d)NexTier Bank, N.A.~~<br>~~101 E. Diamond Street, Suite 110~~<br>~~Butler, PA 16001-5943~~ | ~~(d)William G. Cherbonnier, Jr.~~<br>~~2550 Belle Chasse Hwy~~<br>~~Ste. 215~~<br>~~Gretna, LA 70053-6758~~ | ~~End of Label Matrix~~<br>~~Mailable recipients    35~~<br>~~Bypassed recipients     5~~<br>~~Total                  40~~ |