**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

MICHAEL K. HERRON,

    Debtor.

Bankr. No. 19-24527-TPA

Chapter 11

Related to Doc. Nos. 265, 267, 270-71, and 273

Doc. No. 273

**SUPPLEMENTAL**
**CERTIFICATE OF SERVICE OF (i) ORDER CONDITIONALLY APPROVING**
**DISCLOSURE STATEMENT AND SCHEDULING FINAL HEARING;**
**(ii) SECOND AMENDED CHAPTER 11 PLAN, DATED DECEMBER 15, 2020;**
**(iii) SECOND AMENDED DISCLOSURE STATEMENT; (iv) SECOND**
**AMENDED CHAPTER 11 PLAN SUMMARY; and (v) OFFICIAL BALLOTS (Form 14)**

I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on December 18, 2020 (in addition to those served on the Certificate of Service appearing at doc. no. 272).

WELLS FARGO BANK, NATIONAL ASSOCIATION
P.O. Box 619094
Dallas TX 75261-9096

The type of service made on the party was U.S. Mail.

EXECUTED ON: December 18, 2020    By:

    /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue
Suite 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com