## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>    Debtor.<br>---------------------------------------------------------<br>MICHAEL K. HERRON,<br>    Movant,<br>    v.<br>No Respondents. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 265, 267, 270 & 271<br><br>Doc. No. 290 |

### REPORT OF BALLOTING FOR THE DEBTOR'S SECOND AMENDED
### CHAPTER 11 PLAN OF REORGANIZATION DATED DECEMBER 15, 2020

Michael K. Herron, debtor in possession (the "*Debtor*") and proponent of the Amended Chapter 11 Plan of Reorganization Dated May 26, 2020 (the "*Plan*"), hereby submits this Report in compliance with this Court's Order dated June 23, 2020.

1. As defined in the Plan, claims in Class 3, Class 4, Class 5, and Class 8 are impaired under the Plan and the holders of claims in those classes are entitled to vote to accept or reject the Plan. Exemplars of those ballots are attached hereto as *Exhibit A*.

2. The Debtor's counsel issued ballots to all holders of claims in each of those four classes of impaired claims. In cases where creditors held claims in more than one impaired class, the Debtor's counsel issued multiple ballots.

3. One creditor in Class 8 timely returned its ballot in support of the Plan. Consequently, Class 8 has voted in favor of the Plan. A copy of that returned ballot is attached hereto as *Exhibit B*.

Dated: January 7, 2021

/s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com