# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL K. HERRON,<br><br>        Debtor.<br>---<br>ROBLETO KURUCE, PLLC,<br><br>        Movant,<br><br>v.<br><br>MICHAEL K. HERRON,<br><br>        Respondent. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 277, 278, 283<br><br>Doc. No. ____<br><br>Hearing Date: January 28, 2021 at 10:00 a.m. |

## CERTIFICATE OF NO OBJECTION TO FIRST INTERIM APPLICATION OF ROBLETO KURUCE, PLLC FOR APPROVAL OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF NECESSARY EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on December 23, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the December 28, 2020 Amended Hearing Notice related to the Application, objections to the Application were to be filed and served no later than January 11, 2021. It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

EXECUTED ON: January 12, 2020

Respectfully submitted:

/s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
Tel:　(412) 925-8194
Fax:　(412) 346-1035
apr@robletolaw.com