Case 19-24527-TPA    Doc 297    Filed 01/15/21    Entered 01/15/21 09:50:52    Desc Main
Document      Page 1 of 1

FILED
1/15/21 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-24527-TPA |
| Michael K. Herron | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 1/14/2021 |
| | : | Time: 10:00 |

**PROCEEDING MEMO**

*MATTER*  # 255 Motion for Entry of Corrective Orders of Sale
#281 Obj. by Dept. of Rev.

*APPEARANCES:*
Debtor: Aurelius P. Robleto
Nationstar/US Bank: Mark Pecarchik
Nextier Bank: Brian Kile
Bank of America: Maria Miksich
Dept. of Rev.: Lauren Michaels
IRS: Alexander Kalyniuk, Elizabeth Bruce

*NOTES:*

Robleto: We forgot to add the 3% to the buyer's agent in the order. I agree the language should not be in there.

Michaels: Yes, that is correct, out objection is just to the transfer tax langauge.

*OUTCOME:* GRANTED / MOE

asg