FILED
1/15/21 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                : Case No.:   19-24527-TPA
                                      :
Michael K. Herron                     : Chapter:    11
                                      :
    *Debtor(s).*                      :
                                      : Date:       1/14/2021
                                      : Time:       10:00

### PROCEEDING MEMO

**MATTER**   #265 Second Amended Chapter 11 Plan dated 12/5/2020
             #289 Obj. by U.S. BK
             #291 Obj. by Nationstar Mortgage

**APPEARANCES:**

Debtor:              Aurelius P. Robleto
Nationstar/US Bank:  Mark Pecarchick
Nextier Bank:        Brian Kile
Bank of America:     Maria Miksich
Dept. of Rev.:       Lauren Michaels
IRS:                 Alexander Kalyniuk, Elizabeth Bruce

**NOTES:**

Robleto:    Yes the proposed stipulation appears at Doc. 293. If the valuation on the appraisal comes in higher than we anticipate, we will surrender the property. We received only one vote.

Court:      The Court needs a summary of each class and how they voted.

Pecarchik:  Yes that is accurate.

Kile        No your honor. The plan provides Nextier to be paid according to its contractual terms, so I am fine with the plan.

Kalyniuk:   No objection was filed because the plan calls for payment of our claim in full.

**OUTCOME:**   *On or before January 18, 2020,* the Debor shall file an amended summary of ballots. TO to be entered.
Stipulation with US Bank at Doc. No. 295 GRANTED/ MOE.
Stipulation with Nationstar at Doc No. 293 GRANTED/ OE.

asg