**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MICHAEL K. HERRON,<br>      Debtor in Possession.<br><br>MICHAEL K. HERRON,<br>      v.<br>BANK OF AMERICA, N.A., CHERON SHELTON and CHANNEL FALLS. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 303<br><br>Doc. No. |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF DEBTOR TO COMPROMISE CLAIM OF BANK OF AMERICA, N.A.**

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than February 1, 2021 [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on February 18, 2021 at 10:00 a.m. before Judge Thomas P. Agresti via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: January 15, 2021

                                        /s/ Aurelius Robleto
                                      Aurelius P. Robleto
                                      PA ID No. 94633
                                      ROBLETO KURUCE, PLLC
                                      6101 Penn Ave., Ste. 201
                                      Pittsburgh, PA 15206
                                      Tel:    (412) 925-8194
                                      Fax:   (412) 346-1035
                                      apr@robletolaw.com