# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>  Debtor.<br>--------------------------------------------------------<br>MICHAEL K. HERRON,<br>  Movant,<br>      v.<br>No Respondents. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 265, 267, 270-71 & 305<br><br>Doc. No. 306 |

### AMENDED REPORT OF BALLOTING FOR THE DEBTOR'S SECOND
### AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED DECEMBER 15, 2020

Michael K. Herron, debtor in possession (the "*Debtor*") and proponent of the Amended Chapter 11 Plan of Reorganization Dated May 26, 2020 (the "*Plan*"), hereby submits this Amended Report in compliance with this Court's Order dated January 15, 2021.

1.  As defined in the Plan, claims in Class 3, Class 4, Class 5, and Class 8 are impaired under the Plan and the holders of claims in those classes are entitled to vote to accept or reject the Plan.

2.  The Debtor's counsel issued ballots to all holders of claims in each of those four classes of impaired claims. In cases where creditors held claims in more than one impaired class, the Debtor's counsel issued multiple ballots.

3.  *Class 3*. The Debtor issued ballots to the following holders of claims in Class 3:

| | |
|---|---|
| Bank of America, N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 | Claim 8-1 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P.O. Box 619094<br>Dallas TX 75261-9096 | Claim 9-1 |

4.  Copies of the ballots issued to the holders of claims in Class 3 are attached hereto as *Exhibit A*.

5. No holder of a claim in Class 3 returned a ballot.

6. *Class 4*. The Debtor issued ballots to the following holders of claims in Class 4:

| | |
|---|---|
| PHH MORTGAGE CORPORATION<br>MAILSTOP SBRP, P.O. BOX 5469<br>MT. LAUREL NJ 08054-7458 | Claim 2-1 |
| U.S. Bank<br>c/o Brian E. Caine, Esq.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive, Suite 300<br>Mount Laurel, NJ 08054 | *No Claim on File*<br>(mortgagee for 414 Fern St.,<br>New Orleans, LA 70118) |
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P.O. Box 619094<br>Dallas TX 75261-9096 | Claim 1-1 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P.O. Box 619094<br>Dallas TX 75261-9096 | Claim 12-1 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>P.O. Box 619094<br>Dallas TX 75261-9096 | Claim 13-1 |

7. Copies of the ballots issued to the holders of claims in Class 3 are attached hereto as *Exhibit B*.

8. No holder of a claim in Class 4 returned a ballot.

9. *Class 5*. The Debtor issued one ballot to the holder of a claim in Class 5:

Bank of America, N.A.
PO Box 660933
Dallas, TX 75266-0933

10. A copy of the ballot issued to the holder of a claim in Class 5 is attached hereto as *Exhibit C*.

11. The holder of a Claim in Class 5 did not return a ballot.

12. *Class 8*. The Debtor issued ballots to the following holders of claims in Class 8:

2

| | |
|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>Malvern  PA 19355-0701 | Claim 4-1 |
| Bank of America, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 5-1 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA  17128-0946 | Claim 3-2 |
| Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Claim 11-2 |
| William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy, Ste 215<br>Gretna, LA 70053-6758 | Claim 14-1 |

13. Copies of the ballots issued to the holders of claims in Class 3 are attached hereto as *Exhibit D*.

14. Only one creditor in Class 8 timely returned its ballot in support of the Plan. Consequently, Class 8 has voted in favor of the Plan. A copy of that returned ballot is attached hereto as *Exhibit E*.

15. ***Certification.*** Pursuant to W.PA.LBR 3018-1, the undersigned hereby certifies that all ballots received have been accounted for and tabulated and that the summary is an accurate representation of the ballots received.

Dated: January 15, 2021

/s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

3