**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

MICHAEL K. HERRON.,

    Debtor.

Address:    1276 W Tacoma St
                 Hernando, FL 34442-3237

SSN:    xxx-xx-3976

Bankr. No. 19-24527-TPA

Chapter 11

**CLASS 3 BALLOT FOR ACCEPTING OR REJECTING
SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 15, 2020**

Michael K. Herron (the "*Debtor*") filed a Second Amended Plan of Reorganization dated December 15, 2020 (the "*Plan*") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "*Disclosure Statement*"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Aurelius Robleto, Esq., ROBLETO KURUCE, PLLC, 6101 Penn Ave., Ste. 201, Pittsburgh, PA 15206; telephone: (412) 925-8194.

Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by the Debtor's counsel, Aurelius Robleto, Esq., ROBLETO KURUCE, PLLC, 6101 Penn Ave., Ste. 201, Pittsburgh, PA 15206, on or before January 7, 2021, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $_____.

*Check one box only*
   ❑     **Accepts the plan**
   ❑     **Rejects the plan**

Dated: _____           Signature: _____
                                                                  Print or type name: _____
                                                                  Title (if corporation or partnership): _____
                                                                  Address: _____

**Return this ballot to:**

Aurelius Robleto, Esq., ROBLETO KURUCE, PLLC, 6101 Penn Ave., Ste. 201, Pittsburgh, PA 15206

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

MICHAEL K. HERRON.,

    Debtor.

Address:   1276 W Tacoma St
Hernando, FL 34442-3237

SSN:   xxx-xx-3976

Bankr. No. 19-24527-TPA

Chapter 11

**CLASS 3 BALLOT FOR ACCEPTING OR REJECTING
SECOND AMENDED PLAN OF REORGANIZATION DATED DECEMBER 15, 2020**

Michael K. Herron (the "*Debtor*") filed a Second Amended Plan of Reorganization dated December 15, 2020 (the "*Plan*") for the Debtor in this case. The Court has conditionally approved a disclosure statement with respect to the Plan (the "*Disclosure Statement*"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel, Aurelius Robleto, Esq., ROBLETO KURUCE, PLLC, 6101 Penn Ave., Ste. 201, Pittsburgh, PA 15206; telephone: (412) 925-8194.

Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by the Debtor's counsel, Aurelius Robleto, Esq., ROBLETO KURUCE, PLLC, 6101 Penn Ave., Ste. 201, Pittsburgh, PA 15206, on or before January 7, 2021, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $_____.

*Check one box only*
- ❑ **Accepts the plan**
- ❑ **Rejects the plan**

Dated: _____

Signature: _____
Print or type name: _____
Title (if corporation or partnership): _____
Address: _____
_____
_____

**Return this ballot to:**

Aurelius Robleto, Esq., ROBLETO KURUCE, PLLC, 6101 Penn Ave., Ste. 201, Pittsburgh, PA 15206

WF, Claim 9-1
1122 SE Kings Bay Dr, Crystal River, FL 34429