IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON, | : | Case No. 19-24527-TPA |
| *Debtor.* | : | Chapter 11 |
| ROBLETO KURUCE, PLLC, | : | Related to Doc. Nos. 277 |
| *Movant,* | : | |
| v. | : | |
| MICHAEL K. HERRON, | : | |
| *Respondent.* | : | |

## ORDER

*AND NOW* this **13th** day of ***January, 2021***, in light of the ***Certificate of No Objection*** (Doc. 292) filed regarding the ***First Interim Application of Robleto Kuruce, PLLC for Approval of Compensation for Services and Reimbursement of Necessary Expenses*** ("Fee Application") (Doc 277) it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the *Fee Application* is **GRANTED** as follows:

(1)  The approved compensation totals $39,195.00 in legal fees and $726.70 in expenses for the period of November 21, 2019 through December 18, 2020.

(2)  The Court shall retain jurisdiction over interpretation and enforcement of this Order.

(3)  Counsel is authorized to seek immediate payment of the approved compensation as long as payment of said compensation does not negatively impact the Debtor's ability to reorganize.

_____ asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Aurelius Robleto, Esq.
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael K. Herron  
    Debtor

Case No. 19-24527-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2  
Date Rcvd: Jan 13, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | on behalf of Defendant Internal Revenue Service United States of America Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | on behalf of Attorney ROBLETO KURUCE PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian E. Caine | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian M. Kile | |
| | on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Catriona Madalyn Coppler | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | |
| | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com |
| Kristen D. Little | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | |
| | on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Michaels | |
| | on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov |
| Maria Miksich | |
| | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Mark J. Pecarchik | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | |
| | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Sheetal Ramesh Shah-Jani | |
| | on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com |
| Thomas Song | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

TOTAL: 27