## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>        Debtor.<br>--------------------------------------------------------<br>MICHAEL K. HERRON,<br>        Movant,<br>        v.<br>WELLS FARGO BANK, N.A. and<br>UNITED STATES OF AMERICA,<br>        Respondents. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 184 |

### ORDER CONFIRMING SALE OF PROPERTY FREE AND DIVESTED OF LIENS

*AND NOW*, this **14th** day of ***January, 2021***, on consideration of the ***Debtor's Motion for Sale of Property Free and Divested of Liens***, filed at Document No. 184, to Oakland Planning and Development Corporation for $240,000.00, after hearing held via Zoom Video Conference application this date, the Court finds:

    (1)    That service of the *Notice of Hearing* and *Order* setting hearing on said *Motion/Complaint* for private sale of real property free and divested of liens of the above-named Respondents, was effected on the following secured creditors whose liens are recited in said *Motion/Complaint* for private sale, viz:

| **DATE OF SERVICE** | **NAME OF LIENOR AND SECURITY** |
|---|---|
| October 7, 2020 | *Lienor*: WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11<br><br>*Security*: 3700 ORPWOOD ST, PITTSBURGH, PA 15213 |
| October 7, 2020 | *Lienor*: United States of America Department of Treasury – Internal Revenue Service<br><br>*Security*: All of debtor(s) right, title and interest to property - 26 U.S.C. § 6321. |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion/Complaint.

(3) That said sale hearing was duly advertised on the Court's website pursuant to *W. PA LBR 6004-1(c)(2)* on October 8, 2020, in the Pittsburgh Post Gazette on October 11, 2020 and in the Pittsburgh Legal Journal on October 14, 2020, as shown by the Proof of Publications duly filed.

(4) That at the sale hearing the highest/best offer received was that of the above Purchaser(s) and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $240,000.00 offered by Oakland Planning and Development Corporation at 235 Atwood Street, Pittsburgh, PA 15213 was a full and fair price for the property in question.

(6) That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d. 143 (3d Cir. 1986).

**NOW THEREFORE**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the sale by Special Warranty deed of the real property described as 3700 Orpwood Street, Pittsburgh, PA 15213. is hereby **CONFIRMED** to Oakland Planning and Development Corporation for $240,000.00 free and divested of the above recited liens and claims, and, that the Movant/Plaintiff is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

It is **FURTHER ORDERED**, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

It is **FURTHER ORDERED**, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this *Order*. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1) The following lien(s)/claim(s) and amounts: the first mortgage lien claim of Wells Fargo Bank, N.A. in the amount of $165,328.36 (good through November 27, 2020, with interest thereafter accruing at $15.39 per diem);

(2) Delinquent real estate taxes, if any;
(3) Current real estate taxes, pro-rated to the date of closing;
(4) The costs of local newspaper advertising in the amount of $430.00 reimbursed to the

Debtor's counsel, Robleto Kuruce, PLLC;
(5) The costs of legal journal advertising in the amount of $248.00 reimbursed to the Debtor's counsel, Robleto Kuruce, PLLC;
(6) The Court approved realtor commission in the amount of $14,400.00;

(7) Attorney fees/administrative expenses in the amount of $35,000.00, to be held in trust by Counsel for the Movant pending a later Order of this Court's authorizing such attorney fees/administrative expenses;

(8) The balance of funds realized from the within sale shall be held by the Attorney for the Movant/Plaintiff until further Order of Court, after notice and hearing; and,

(9) Other: N/A.

It is **FURTHER ORDERED** that:

(1) *Within seven (7) days of the date of this Order*, the Movant/Plaintiff shall serve a copy of the within *Order* on each Respondent/Defendant (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

(2) *Closing shall occur within thirty (30) days of this Order.*

(3) *Within seven (7) days following closing,* the Movant/Plaintiff shall file a *Report of Sale* which shall include a copy of the HUD-1 or other Settlement Statement; and,

(4) This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

_____asg
Thomas P. Agresti,
Judge United States Bankruptcy Court

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael K. Herron  
Debtor

Case No. 19-24527-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: agro   Page 1 of 3  
Date Rcvd: Jan 15, 2021   Form ID: pdf900   Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |
| aty | + | Alexander R Kalyniuk, U.S. Department of Justice Tax Division, 555 4th St. NW, Washington, DC 20001-2733 |
| aty | + | ROBLETO KURUCE, PLLC, 6101 Penn Avenue, Suite 201, Pittsburgh, PA 15206-3956 |
| cr | + | Bank of America Mortgage, a Division of Bank of Am, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| acc | + | Duggan, Joiner and Company, 334 N.W. 3rd Avenue, Ocala, FL 34475-8828 |
| op | + | M.J. Realty Corporation, 2147 Ardmore Blvd., Pittsburgh, PA 15221-4813 |
| r | + | Michael Kelly, MJ Kelly Realty, 2147 Ardmore Blvd., Pittsburgh, PA 15221-4813 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| cr | + | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 15180998 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15161402 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15161405 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 15161403 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15185590 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15181882 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15176816 | | Deutsche Bank National Trust Company, et.al., PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT,, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 15161407 | | Harrry Teichman, Older Lundy & Alvarez, 1000 W Cass St, Tampa, FL 33606-1307 |
| 15161410 | | Kelli Ann Lee, McGuireWoods LLP Tower Two-Sixty, 260 Forbes Ave Ste 1800, Pittsburgh, PA 15222-1892 |
| 15161412 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15161411 | | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 15178613 | | NexTier Bank, N.A., c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15178612 | + | NexTier Bank, N.A., 101 E. Diamond Street, Suite 110, Butler, PA 16001-5943 |
| 15161413 | | Phh Mortgage Servicing, Attn: Bankruptcy Department, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 15243979 | + | Steve B. Neff, 11050 Halls River Road, Homosassa, FL 34448-3421 |
| 15161416 | | Steven D. Fichtman, Law Office of Steven D. Fichtman, PLLC., PO Box 4290, Homosassa Springs, FL 34447-4290 |
| 15161417 | | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 W Interstate 10, San Antonio, TX 78288-1600 |
| 15186267 | + | WELLS FARGO BANK, NATIONAL ASSOCIATION, P.O. Box 619096, Dallas TX 75261-9096 |
| 15174148 | + | Wells Fargo Bank, N.A., et al... c/o, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15243572 | + | William G. Cherbonnier, Jr., 2550 Belle Chasse Hwy, Ste 215, Gretna, LA 70053-6758 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15161408 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2021 02:50:00 | Internal Revenue Serice, 1000 Liberty Ave, Pittsburgh, PA 15222-4004 |

Case 19-24527-TPA    Doc 309    Filed 01/17/21    Entered 01/18/21 00:34:49    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | | | |
|---|---|---|---|---|
| 15161406 | Email/PDF: ais.chase.ebn@americaninfosource.com | | Jan 16 2021 03:15:22 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15179030 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Jan 16 2021 02:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15161414 | Email/Text: bknotices@snsc.com | | Jan 16 2021 02:51:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. |
| cr | | Deutsche Bank National Trust Company, as Trustee f |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | Wells Fargo National Association, as Trustee for B |
| cr | *+ | NexTier Bank, N.A., 101 E. Diamond Street, Suite 110, Butler, PA 16001-5943 |
| cr | *+ | William G. Cherbonnier, Jr., 2550 Belle Chasse Hwy, Ste. 215, Gretna, LA 70053-6758 |
| 15161409 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Servic, 1000 Liberty Ave, Pittsburgh, PA 15222-4004 |
| 15193913 | *+ | WELLS FARGO BANK, NATIONAL ASSOCIATION, P.O. Box 619096, Dallas TX 75261-9096 |
| 15161404 | ##+ | Bank of America, Attn: Bankruptcy NC4-105-02-77, PO Box 26012, Greensboro, NC 27420-6012 |
| 15161415 | ## | Steve Neff, 11678 W Timberlane Dr, Homosassa, FL 34448-3348 |

TOTAL: 6 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021           Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |

| District/off: 0315-2 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 34 |

Aurelius P. Robleto
    on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust
    bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
    on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
    Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab
    on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
    Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
    Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com
    klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5,
    Asset-Backed Certificates, Series 2006-OPT5 mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Mark J. Pecarchik
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com,
    FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani
    on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song
    on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com


TOTAL: 27