FILED
1/22/21 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL K. HERRON,  :   Case No.  19-24527-TPA
   *Debtor*  :   Chapter 11
 :   Related to Doc. Nos. 265, 270

## ORDER

On January 14, 2021, a hearing was held on the confirmation of the ***Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated December 15, 2020*** ("Plan") (Doc. 265).  The Debtor seeks cram-down of the *Plan* under *11 U.S.C. §1129(b)* because not all of the impaired classes have voted in favor of confirmation in that creditors in some of the impaired classes did not return a ballot, which this Court treats as equivalent to a "no" vote, meaning *Section 1129(a)(8)* has not been satisfied.   However, none of the non-voting creditors appeared at the January 14, 2021 confirmation hearing, nor have they otherwise filed any objection to the *Plan*.  Additionally, the Court finds that on its face the *Plan* does not discriminate unfairly and is fair and equitable with respect to each class of claims that is impaired under and has not accepted the *Plan*.

***AND NOW***, this ***22nd*** day of ***January 2021***, the Debtor having filed ***Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated December 15, 2020*** (Doc. 265), and after notice and hearing, the Court having determined that the requirements for confirmation of the Plan under *11 U.S.C. §1129* are satisfied, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1)    The Debtor's request for cram-down of ***Debtor's Second Amended Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code Dated December 15,***

1

*2020* (Doc. 265), pursuant to *11 U.S.C. §1129(b)* is **GRANTED** and the Plan is **CONFIRMED**, including any stipulations or other amendments finally approved by the Court which are incorporated by reference into the Plan as if fully set forth therein.

(2)    This Order shall become effective as set forth in Paragraph 1, above, unless ***on or before February 8, 2021,*** any creditor that voted "no" on the Plan, or failed to vote, requests a hearing in the form of an ***Objection*** and sets forth cause for its objection.

(3)    In the event any *Objection* to confirmation is timely filed, a hearing on the cram down request will take place on ***February 18, 2021*** at ***10:00 A.M.***, the procedure for which will be subject to further Court Order and Judge Agresti's Procedures for evidentiary hearings.

(4)    The Debtor shall ***immediately*** serve this Order on all interested Parties having failed to vote or voting "no" on the December 15, 2020 *Plan,* which specifically include:

(a)    Bank of America, N.A.;
(b)    Wells Fargo Bank, N.A.;
(c)    PHH Mortgage Corporation;
(d)    US Bank;
(e)    Pennsylvania Department of Revenue;
(f)    Internal Revenue Services; and
(g)    William G. Cherbonnier, Jr.

(5)    ***On or before January 25, 2021,*** the Debtor shall file a ***Certificate of Service*** indicating service of the Parties as identified in Paragraph 4, above.

_____ asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
  Aurelius Robleto, Esq.
  Office of the U.S. Trustee
  Debtor

2

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-24527-TPA
Michael K. Herron | Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2
Date Rcvd: Jan 22, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 2 of 2 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

           on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine
           on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
           on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler
           on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab
           on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
           on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Christopher A. DeNardo
           on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Jill Locnikar
           on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
           on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel
           on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com

Kristen D. Little
           on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

Kristen D. Little
           on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
           on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels
           on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
           on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon
           on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark J. Pecarchik
           on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
           on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
           ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani
           on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song
           on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song
           on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com

Thomas Song
           on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

TOTAL: 27