**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

  MICHAEL K. HERRON,

        Debtor.

--------------------------------------------------------

  MICHAEL K. HERRON,

       Movant,

         v.

  No Respondents.

Bankr. No. 19-24527-TPA

Chapter 11

Doc. No. 323

Related to Doc. Nos. 321, 311

**CERTIFICATE OF SERVICE OF
POST CONFIRMATION ORDER [321] AND CONFIRMATION ORDER [311]**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 10, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via the ECF Notification System and first-class mail.

EXECUTED ON: February 10, 2021

     /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Ave., Ste. 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

**Notice by First-Class Mail to:**

Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
PO Box 660933
Dallas, TX 75266-0933

Wells Fargo Bank, N.A.
P.O. Box 619094
Dallas TX 75261-9096

Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

PHH Mortgage Corporation
MAILSTOP SBRP, P.O. BOX 5469
MT. LAUREL NJ 08054-7458

US Bank
c/o Brian E. Caine, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, NJ 08054

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

William G. Cherbonnier, Jr.
2550 Belle Chasse Hwy, Ste 215
Gretna, LA 70053-6758

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow
Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G164
22@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

James Warmbrodt on behalf of Creditor BANK OF AMERICA, N.A.
bkgroup@kmllawgroup.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the
United States Trustee
Norma.L.Hildenbrand@usdoj.gov