# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>  MICHAEL K. HERRON,<br>         Debtor.<br>---------------------------------------------------------<br>  MICHAEL K. HERRON,<br>         Movant,<br>              v.<br>  No Respondents. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Doc. No. 324<br><br>Related to Doc. Nos. 323, 321, 311 |

## AMENDED CERTIFICATE OF SERVICE OF
## POST CONFIRMATION ORDER [321] AND CONFIRMATION ORDER [311]

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 10, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via the ECF Notification System and first-class mail.

EXECUTED ON:  February 10, 2021         /s/ Aurelius Robleto
                                        Aurelius Robleto
                                        PA ID No. 94633
                                        ROBLETO KURUCE, PLLC
                                        6101 Penn Ave., Ste. 201
                                        Pittsburgh, PA 15206
                                        (412) 925-8194
                                        (412) 346-1035 Facsimile
                                        apr@robletolaw.com

**19-24527-TPA Notice will be electronically mailed to:**

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Catriona Madalyn Coppler on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Christopher A. DeNardo on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, logsecf@logs.com

Keri P. Ebeck on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Alexander R. Kalyniuk on behalf of Defendant Internal Revenue Service, United States of America
Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Defendant WELLS FARGO BANK, N.A.
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue
lmichaels@attorneygeneral.gov

Maria Miksich on behalf of Creditor BANK OF AMERICA, N.A.
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor BANK OF AMERICA, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Mark J. Pecarchik on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
pecarchik1@msn.com, FedPhe@hotmail.com

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.

cincompass.com

Aurelius P. Robleto on behalf of Plaintiff Michael K. Herron
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor BANK OF AMERICA, N.A.
pawb@fedphe.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

Thomas Song on behalf of Defendant BANK OF AMERICA N.A
pawb@fedphe.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo Bank, National Association
cwohlrab@rascrane.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
cwohlrab@rascrane.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee

```
Label Matrix for local noticing         Bank of America Mortgage a Division of Bank    Duggan, Joiner and Company
0315-2                                  c/o Aldridge Pite, LLP                          334 N.W. 3rd Avenue
Case 19-24527-TPA                       4375 Jutland Drive, Suite 200                   Ocala, FL 34475-8828
WESTERN DISTRICT OF PENNSYLVANIA        P.O. Box 17933
Pittsburgh                              San Diego, CA 92177-7921
Tue May 26 17:59:55 EDT 2020

M.J. Realty Corporation                 NexTier Bank, N.A.                              Office of Attorney General, Department of Re
2147 Ardmore Blvd.                      101 E. Diamond Street, Suite 110                Lauren A. Michaels
Pittsburgh, PA 15221-4813               Butler, PA 16001-5943                           1251 Waterfront Place
                                                                                        Mezzanine Level
                                                                                        Pittsburgh, PA 15222-4227


Wells Fargo Bank, National Association  -2-                                             American Express National Bank
Robertson, Anschutz & Schneid, P.L.     U.S. Bankruptcy Court                           c/o Becket and Lee LLP
6409 Congress Ave., Suite 100           5414 U.S. Steel Tower                           PO Box 3001
Boca Raton, FL 33487-2853               600 Grant Street                                Malvern  PA 19355-0701
                                        Pittsburgh, PA 15219-2703


Amex                                    Bank of America                                 (p)BANK OF AMERICA
Correspondence/Bankruptcy               4909 Savarese Cir                               PO BOX 982238
PO Box 981540                           Tampa, FL  33634-2413                           EL PASO TX 79998-2238
El Paso, TX  79998-1540


Bank of America                         Bank of America, N.A.                           Bank of America, N.A.
Attn: Bankruptcy NC4-105-02-77          P O Box 982284                                  PO Box 31785
PO Box 26012                            El Paso, TX 79998-2284                          Tampa, FL 33631-3785
Greensboro, NC 27420-6012


(p)JPMORGAN CHASE BANK  N A             Deutsche Bank National Trust Company, et.al.    Harrry Teichman
BANKRUPTCY MAIL INTAKE TEAM             PHH MORTGAGE CORPORATION                        Older Lundy & Alvarez
700 KANSAS LANE FLOOR 01                BANKRUPTCY DEPARTMENT,                          1000 W Cass St
MONROE LA 71203-4774                    P.O. BOX 24605                                  Tampa, FL  33606-1307
                                        WEST PALM BEACH FL 33416-4605


(p)INTERNAL REVENUE SERVICE             Kelli Ann Lee                                   Mr. Cooper
CENTRALIZED INSOLVENCY OPERATIONS       McGuireWoods LLP Tower Two-Sixty                Attn: Bankruptcy
PO BOX 7346                             260 Forbes Ave Ste 1800                         8950 Cypress Waters Blvd
PHILADELPHIA PA 19101-7346              Pittsburgh, PA  15222-1892                      Coppell, TX  75019-4620


Mr. Cooper                              NexTier Bank, N.A.                              Office of the United States Trustee
PO Box 60516                            c/o Brian M. Kile, Esquire                      Liberty Center.
City of Industry, CA  91716-0516        Grenen & Birsic, PC                             1001 Liberty Avenue, Suite 970
                                        One Gateway Center, 9th Floor                   Pittsburgh, PA 15222-3721
                                        Pittsburgh, PA  15222


Pennsylvania Department of Revenue      Phh Mortgage Servicing                          Sn Servicing Corporati
Bankruptcy Division PO Box 280946       Attn: Bankruptcy Department                     323 5th St
Harrisburg, PA  17128-0946              PO Box 5452                                     Eureka, CA  95501-0305
                                        Mount Laurel, NJ  08054-5452


Steve B. Neff                           Steve Neff                                      Steven D. Fichtman
11050 Halls River Road                  11678 W Timberlane Dr                           Law Office of Steven D. Fichtman, PLLC.
Homosassa, FL 34448-3421                Homosassa, FL  34448-3348                       PO Box 4290
                                                                                        Homosassa Springs, FL  34447-4290
```

| | | |
|---|---|---|
| Usaa Federal Savings Bank<br>Attn: Bankruptcy<br>10750 W Interstate 10<br>San Antonio, TX  78288-1600 | WELLS FARGO BANK NATIONAL ASSOCIATION<br>P.O. Box 619096<br>Dallas TX 75261-9096 | ~~Wells Fargo Bank, N.A., et al... c/o~~<br>~~Nationstar Mortgage LLC d/b/a Mr. Cooper~~<br>~~PO Box 619096~~<br>~~Dallas, TX 75261-9096~~ |
| William G. Cherbonnier, Jr.<br>2550 Belle Chasse Hwy, Ste 215<br>Gretna, LA 70053-6758 | ~~Aurelius P. Robleto~~<br>~~Robleto Kuruce, PLLC~~<br>~~6101 Penn Avenue~~<br>~~Suite 201~~<br>~~Suite 1306~~<br>~~Pittsburgh, PA 15206-3926~~ | ~~Michael K. Herron~~<br>~~1276 Tacoma Street~~<br>~~Hernando, FL 34442-3237~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ~~Bank of America~~<br>~~Attn: Bankruptcy~~<br>~~PO Box 982238~~<br>~~El Paso, TX  79998-2238~~ | ~~Chase Card Services~~<br>~~Attn: Bankruptcy~~<br>~~PO Box 15298~~<br>~~Wilmington, DE  19850-5298~~ | ~~Internal Revenue Serice~~<br>~~1000 Liberty Ave~~<br>~~Pittsburgh, PA  15222-4004~~ |
| (d)Internal Revenue Servic<br>1000 Liberty Ave<br>Pittsburgh, PA  15222-4004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| ~~(u)BANK OF AMERICA, N.A.~~ | ~~(u)DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al~~ | ~~(u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER~~ |
| ~~(d)NexTier Bank, N.A.~~<br>~~101 E. Diamond Street, Suite 110~~<br>~~Butler, PA 16001-5943~~ | ~~(d)William G. Cherbonnier, Jr.~~<br>~~2550 Belle Chasse Hwy~~<br>~~Ste. 215~~<br>~~Gretna, LA 70053-6758~~ | ~~End of Label Matrix~~<br>~~Mailable recipients    35~~<br>~~Bypassed recipients     5~~<br>~~Total                  40~~ |