# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>　　　　Debtor in Possession.<br>-------------------------------------------------------<br>MICHAEL K. HERRON,<br>　　v.<br>BANK OF AMERICA, N.A., CHERON SHELTON and CHANNEL FALLS. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Doc. No.<br><br>Related to Doc. No. 303, 304, 326<br><br>Hearing Date: February 18, 2021 at 9:30 a.m. |

**CERTIFICATE OF NO OBJECTION TO MOTION OF THE DEBTOR IN POSSESSION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9019 AUTHORIZING AND APPROVING A COMPROMISE AND SETTLEMENT OF THE CLAIM OF BANK OF AMERICA, N.A. RELATED TO THE DEBTOR'S INTEREST IN THE REAL PROPERTY LOCATED IN PITTSBURGH, PENNSYLVANIA AT 7167 ROSS GARDEN ROAD**

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 15, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 1, 2021. It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 15, 2021　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Aurelius Robleto
　　　　　　　　　　　　　　　　　　　　　　　　　Aurelius P. Robleto
　　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 94633
　　　　　　　　　　　　　　　　　　　　　　　　　ROBLETO KURUCE, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　6101 Penn Ave., Ste. 201
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15206
　　　　　　　　　　　　　　　　　　　　　　　　　Tel:　(412) 925-8194
　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　(412) 346-1035
　　　　　　　　　　　　　　　　　　　　　　　　　apr@robletolaw.com