UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL K. HERRON,<br>　　　　Debtor in Possession.<br><br>------------------------------------<br><br>MICHAEL K. HERRON,<br>　　v.<br><br>BANK OF AMERICA, N.A., CHERON SHELTON and CHANNEL FALLS. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. No. 284<br><br>Doc. No. |

## ORDER AUTHORIZING AND APPROVING THE PROPOSED SETTLEMENT BETWEEN THE DEBTOR IN POSSESSION AND BANK OF AMERICA, N.A. RELATED TO THE DEBTOR'S INTEREST IN THE REAL PROPERTY LOCATED IN PITTSBURGH, PENNSYLVANIA AT 7167 ROSS GARDEN ROAD

Upon the motion (the "*Motion*") of debtor in possession, Michael K. Herron (the "*Debtor*"), seeking entry of an order approving a proposed compromise and settlement (the "Settlement") by and among the Debtor and Bank of America, N.A. (the "*BofA*"), and authorizing entry into the Settlement Agreement and Release ("*Settlement Agreement*"), all as further described in the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon the record of all proceedings had before the Court; and the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest and that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due and deliberate and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Federal Rule of Bankruptcy Procedure 9019, the terms and conditions of the Settlement as expressed in the Motion and Settlement Agreement are approved and the Debtor is authorized to enter into the Settlement Agreement in accordance with such terms and conditions. The Court finds and determines that the proposed compromise and resolution embodied in the Settlement Agreement and incorporated herein by this reference are fair, reasonable and appropriate.

3. Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, the terms of this Order shall be immediately effective and enforceable upon its entry.

4. Nothing in this Order constitutes an admission or concession of any legal issue raised in or relating to the Motion or the Settlement.

5. Movant shall serve a copy of this Order on counsel for BofA, respondent(s), their counsel, and the United States Trustee. Movant shall file a certificate of service within three days of the date of entry of this Order.

6. The Court shall retain jurisdiction over the interpretation and enforcement of this Order.

ENTERED: February 17, 2021

THOMAS P. AGRESTI
United States Bankruptcy Judge