**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>  MICHAEL K. HERRON,<br>          Debtor.<br>---------------------------------------------------------<br>  MICHAEL K. HERRON,<br>          Movant,<br>               v.<br>  BANK OF AMERICA, N.A.,<br>  CHERON SHELTON, and<br>  CHANNEL FALLS,<br>          Respondents. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Doc. No. 329<br><br>Related to Doc. Nos. 328, 284 |

**CERTIFICATE OF SERVICE OF ORDER AUTHORIZING AND APPROVING THE PROPOSED SETTLEMENTBETWEEN THE DEBTOR IN POSSESSION AND BANK OF AMERICA, N.A. RELATED TO THE DEBTOR'S INTEREST IN THE REAL PROPERTY LOCATED IN PITTSBURGH, PENNSYLVANIA AT 7167 ROSS GARDEN ROAD**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 17, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via the ECF Notification System, email and first-class mail.

EXECUTED ON:  February 17, 2021         /s/ Aurelius Robleto
                                        Aurelius Robleto
                                        PA ID No. 94633
                                        ROBLETO KURUCE, PLLC
                                        6101 Penn Ave., Ste. 201
                                        Pittsburgh, PA 15206
                                        (412) 925-8194
                                        (412) 346-1035 Facsimile
                                        apr@robletolaw.com

**Notice by First-Class Mail to:**

Bank of America, N.A.
7105 Corporate Dr.
Plano, TX 75024

Cheron Shelton and Channel Falls
7168 Ross Garden Road
Pittsburgh, PA 15206

MILSTEAD & ASSOCS., LLC
attn:  Roger Fay, Esq. and
       Bernadette Irace, Esq.
1 East Stow Road
Marlton, NJ 08053

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

**Notice by E-Mail to:**

*Counsel to Bank of America*

Pividori@mcguirewoods.com
klee@mcguirewoods.com
DMastervich@mcguirewoods.com

**19-24527-TPA Notice will be electronically mailed to:ˆ**

Elisabeth Bruce on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
elisabeth.m.bruce@usdoj.gov, Wardlow.W.Benson@usdoj.gov;eastern.taxcivil@usdoj.gov

Brian E. Caine on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Catriona Madalyn Coppler on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Christopher A. DeNardo on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, logsecf@logs.com

Keri P. Ebeck on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com

Mario J. Hanyon on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Alexander R. Kalyniuk on behalf of Defendant Internal Revenue Service, United States of America
Alexander.R.Kalyniuk@usdoj.gov, Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov

Brian M. Kile on behalf of Creditor NexTier Bank, N.A.
bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Kristen D. Little on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little on behalf of Defendant WELLS FARGO BANK, N.A.
pabk@logs.com, klittle@logs.com;logsecf@logs.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Michaels on behalf of Creditor Office of Attorney General, Department of Revenue

lmichaels@attorneygeneral.gov

Maria Miksich on behalf of Creditor BANK OF AMERICA, N.A.
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor BANK OF AMERICA, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Mark J. Pecarchik on behalf of Creditor U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust
pecarchik1@msn.com, FedPhe@hotmail.com

Aurelius P. Robleto on behalf of Attorney ROBLETO KURUCE, PLLC
apr@robletolaw.com,
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto on behalf of Debtor Michael K. Herron
apr@robletolaw.com,
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto on behalf of Plaintiff Michael K. Herron
apr@robletolaw.com,
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Sheetal Ramesh Shah-Jani on behalf of Creditor Wells Fargo Bank, National Association
sshahjani@rascrane.com

Thomas Song on behalf of Creditor BANK OF AMERICA, N.A.
pawb@fedphe.com

Thomas Song on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al.
pawb@fedphe.com

Thomas Song on behalf of Defendant BANK OF AMERICA N.A
pawb@fedphe.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo Bank, National Association
cwohlrab@raslg.com

Charles Griffin Wohlrab on behalf of Creditor Wells Fargo National Association, as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11
cwohlrab@raslg.com

Norma Hildenbrand, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov