FILED
2/17/21 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

MICHAEL K. HERRON,

          Debtor in Possession.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL K. HERRON,

          v.

BANK OF AMERICA, N.A., CHERON
SHELTON and CHANNEL FALLS.

Bankr. No. 19-24527-TPA

Chapter 11

Related to Doc. No. 284

Doc. No.

### ORDER AUTHORIZING AND APPROVING THE PROPOSED SETTLEMENT
### BETWEEN THE DEBTOR IN POSSESSION AND BANK OF AMERICA, N.A.
### RELATED TO THE DEBTOR'S INTEREST IN THE REAL PROPERTY
### LOCATED IN PITTSBURGH, PENNSYLVANIA AT 7167 ROSS GARDEN ROAD

Upon the motion (the "*Motion*") of debtor in possession, Michael K. Herron (the

"*Debtor*"), seeking entry of an order approving a proposed compromise and settlement (the

"Settlement") by and among the Debtor and Bank of America, N.A. (the "*BofA*"), and

authorizing entry into the Settlement Agreement and Release ("*Settlement Agreement*"), all as

further described in the Motion, and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Motion being adequate and appropriate under the particular circumstances; and upon the record

of all proceedings had before the Court; and the Court having found and determined that the

relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all

other parties in interest and that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due and deliberate and sufficient cause appearing

therefor, it is **HEREBY ORDERED THAT**:

1.    The Motion is **GRANTED** as set forth herein.

2.    Pursuant to Federal Rule of Bankruptcy Procedure 9019, the terms and conditions

of the Settlement as expressed in the Motion and Settlement Agreement are approved and the

Debtor is authorized to enter into the Settlement Agreement in accordance with such terms and

conditions. The Court finds and determines that the proposed compromise and resolution

embodied in the Settlement Agreement and incorporated herein by this reference are fair,

reasonable and appropriate.

3.    Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to

the contrary, the terms of this Order shall be immediately effective and enforceable upon its

entry.

4.    Nothing in this Order constitutes an admission or concession of any legal issue

raised in or relating to the Motion or the Settlement.

5.    Movant shall serve a copy of this Order on counsel for BofA, respondent(s), their

counsel, and the United States Trustee. Movant shall file a certificate of service within three

days of the date of entry of this Order.

6.    The Court shall retain jurisdiction over the interpretation and enforcement of this

Order.

ENTERED: February 17, 2021

_____
THOMAS P. AGRESTI
United States Bankruptcy Judge

-2-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-24527-TPA

Michael K. Herron                                                                                        Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: agro | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

**Recip ID**           **Recipient Name and Address**
db            +  Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Alexander R. Kalyniuk
        on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov,
        Robert.D.Metcalfe@tax.usdoj.gov;eastern.taxcivil@usdoj.gov

Aurelius P. Robleto
        on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com,
        rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
        on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
        rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
        on behalf of Debtor Michael K. Herron apr@robletolaw.com
        rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas

District/off: 0315-2                                     User: agro                                           Page 2 of 2
Date Rcvd: Feb 17, 2021                                  Form ID: pdf900                                      Total Noticed: 1

on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile

on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Christopher A. DeNardo

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Elisabeth Bruce

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
elisabeth.m.bruce@usdoj.gov, Wardlow.W.Benson@usdoj.gov;eastern.taxcivil@usdoj.gov

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck

on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com

Kristen D. Little

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com
klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich

on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5,
Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark J. Pecarchik

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com,
FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani

on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song

on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com

Thomas Song

on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com


TOTAL: 28