FILED
3/12/21 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL K. HERRON          :    Case No. 19-24527TPA
                           :    Chapter 11
      *Debtor*         :
                           :    Related to Document No. 331

## ORDER

An Order to Show Cause was issued on March 2, 2021, at Doc. No. 331, against the Debtor to timely file Report of Sales as required under Orders at Doc. Nos. 298 and 299. Based on the filing of the Report of Sales at Doc. Nos. 334 and 335,

*AND NOW*, this *12th* day of *March, 2021,* it is hereby **ORDERED, ADJUDGED and DECREED** that, the *Order to Show Cause* is **VACATED** and the hearing scheduled for April 15, 2021 is CANCELLED.

_____asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael K. Herron  
    Debtor

Case No. 19-24527-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 3  
Date Rcvd: Mar 12, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

**Name**      **Email Address**

Alexander R. Kalyniuk  
     on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov, James.J.Wilkinson@usdoj.gov;eastern.taxcivil@usdoj.gov

Aurelius P. Robleto  
     on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto  
     on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto  
     on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas

Case 19-24527-TPA    Doc 339    Filed 03/14/21    Entered 03/15/21 01:34:10    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian E. Caine | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian M. Kile | |
| | on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Catriona Madalyn Coppler | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com |
| Elisabeth Bruce | |
| | on behalf of Defendant Internal Revenue Service  United States of America elisabeth.m.bruce@usdoj.gov, Wardlow.W.Benson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Elisabeth Bruce | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service elisabeth.m.bruce@usdoj.gov, Wardlow.W.Benson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | |
| | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | |
| | on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Michaels | |
| | on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov |
| Maria Miksich | |
| | on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark J. Pecarchik | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | |
| | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Sheetal Ramesh Shah-Jani | |
| | on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com |
| Thomas Song | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |

District/off: 0315-2 User: mgut Page 3 of 3
Date Rcvd: Mar 12, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 29