FILED
3/29/21 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. No. 19-24527-TPA |
| MICHAEL K. HERRON, | |
| Debtor. | Chapter 11 |
| ------------------------------------------------ | Related to Doc. No. 321, 340 |
| MICHAEL K. HERRON, | |
| Movant, | |
| v. | |
| No Respondents. | |

## ORDER EXTENDING TIME TO FILE POST-CONFIRMATION STATUS REPORT

Upon consideration of the Debtor's Motion to Extend Time to File Post-Confirmation Status Report (the "*Motion*"), and notice appearing appropriate and good cause appearing to grant the Motion, it is hereby

ORDERED that the period within which the Debtor may file its post-confirmation status report is hereby extended by fourteen days, from March 26, 2021 to April 9, 2021; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Dated: March 29, 2021

ORDERED:

_____
Thomas P. Agresti,
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael K. Herron  
    Debtor

Case No. 19-24527-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: Mar 29, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov, James.J.Wilkinson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | |

Case 19-24527-TPA    Doc 342    Filed 03/31/21    Entered 04/01/21 00:46:02    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Brian E. Caine | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian M. Kile | on behalf of Creditor NexTier Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Catriona Madalyn Coppler | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov |
| Charles Griffin Wohlrab | on behalf of Creditor Wells Fargo Bank National Association cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com |
| Elisabeth Bruce | on behalf of Defendant Internal Revenue Service United States of America elisabeth.m.bruce@usdoj.gov, Wardlow.W.Benson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Elisabeth Bruce | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service elisabeth.m.bruce@usdoj.gov, Wardlow.W.Benson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | on behalf of Defendant WELLS FARGO BANK N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark J. Pecarchik | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Wells Fargo Bank National Association sshahjani@rascrane.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com |
| Thomas Song | on behalf of Defendant BANK OF AMERICA N.A pawb@fedphe.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com |

District/off: 0315-2 User: mgut Page 3 of 3
Date Rcvd: Mar 29, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 29