# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MICHAEL K HERRON<br>    Debtor | Case No. 19-24527-TPA |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5<br>    Movant | Chapter 11<br><br>Hearing Date: 05/20/2021<br><br>Hearing Time: 9:30 am<br><br>Objection Date: 05/13/2021 |
| vs.<br>MICHAEL K HERRON<br>    Respondent | 11 U.S.C. §362 |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 FOR RELIEF FROM THE AUTOMATIC STAY**(*MODIFIED PROCEDURES FOR REMOTE PARTICIPATION*)
**EFFECTIVE OCTOBER 1, 2020**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than 05/13/2021, i.e., more than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **video conference** hearing will be held on **05/20/2021 at 9:30 am** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a

video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge- taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc- appearances.pdf).

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

April 21, 2021

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com



PHH Mortgage Services  
1 Mortgage Way  
Mt. Laurel, NJ 08054

Tel 877-688-7116  
Fax 856-917-8003

**\*\*IMPORTANT NOTICE\*\***

Upon written request, PHH Mortgage Services will provide the following information regarding the subject loan:

- A copy of the payment history through the date the account was last less than 60 days past due.
- A copy of the note.
- If foreclosure has been commenced or a POC has been filed, copies of any assignments of mortgage or deed of trust required to demonstrate the right to foreclose on the borrower's note under applicable state laws.
- The name of the investor that holds the loan.

Requests for this information/documentation can be sent to us at the following address:

PHH Mortgage Services  
Mailstop SBRP  
PO Box 5469  
Mt. Laurel, NJ 08054

This notice is being provided for informational and compliance purposes only. It is not an attempt to collect a debt.