# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MICHAEL K HERRON<br>　　Debtor | Case No. 19-24527-TPA<br><br>Chapter 11 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5<br>　　Movant | Hearing Date: 05/20/2021<br><br>Hearing Time: 9:30 am<br><br>Objection Date: 05/13/2021 |
| vs.<br>MICHAEL K HERRON<br>　　Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 21, 2021.

Michael K. Herron
1276 Tacoma Street
Hernando, FL 34442

Aurelius P. Robleto
Robleto Kuruce, PLLC
6101 Penn Avenue
Suite 201
Suite 1306
Pittsburgh, PA 15206

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankrtupcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420

Bank of America
Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998-2238

Bank of America
4909 Savarese Cir
Tampa, FL 33634-2413

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Internal Revenue Service
1000 Liberty Ave
Pittsburgh, PA 15222-4004

Mr. Cooper
PO Box 60516
City of Industry, CA 91716-0516

Usaa Federal Savings Bank
Attn: Bankrtupcy
10750 W Interstate 10
San Antonio, TX 78288-1600


April 21, 2021

                                   */s/ Mario Hanyon*
                                   Mario Hanyon
                                   (Bar No. 203993)
                                   Attorney for Creditor
                                   BROCK & SCOTT, PLLC
                                   302 Fellowship Road, Ste 130
                                   Mount Laurel, NJ 08054
                                   Telephone:  844-856-6646 x4560
                                   Facsimile:  704-369-0760
                                   E-Mail:  pabkr@brockandscott.com