# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>MICHAEL K HERRON<br>    Debtor | Case No. 19-24527-TPA |
| | Chapter 11 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5<br>    Movant | |
| | Hearing Date: 06/03/2021 |
| | Hearing Time: 9:30 am |
| | Objection Date: 05/27/2021 |
| vs.<br>MICHAEL K HERRON<br>    Respondent | 11 U.S.C. §362 |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5 FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

    You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for

Movant a response to the Motion by no later than <u>May 27, 2021</u> [more than seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found on his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order

granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on <u>June 3, 2021, at 9:30 a.m.</u> before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

May 4, 2021

> */s/ Mario Hanyon*
> Mario Hanyon
> (Bar No. 203993)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Ste 130
> Mount Laurel, NJ 08054
> Telephone:  844-856-6646 x4560
> Facsimile:  704-369-0760
> E-Mail:  pabkr@brockandscott.com



PHH Mortgage Services            Tel 877-688-7116
1 Mortgage Way            Fax 856-917-8003
Mt. Laurel, NJ 08054

## **IMPORTANT NOTICE**

Upon written request, PHH Mortgage Services will provide the following information regarding the subject loan:

- A copy of the payment history through the date the account was last less than 60 days past due.
- A copy of the note.
- If foreclosure has been commenced or a POC has been filed, copies of any assignments of mortgage or deed of trust required to demonstrate the right to foreclose on the borrower's note under applicable state laws.
- The name of the investor that holds the loan.

Requests for this information/documentation can be sent to us at the following address:

PHH Mortgage Services
Mailstop SBRP
PO Box 5469
Mt. Laurel, NJ 08054

This notice is being provided for informational and compliance purposes only. It is not an attempt to collect a debt.