**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankr. No. 19-24527-TPA |
| MICHAEL K. HERRON, | |
| Debtor. | Chapter 11 |
| ----------------------------------------------------- | |
| DUGGAN, JOINER & COMPANY, | Related to Doc. Nos. 357, 358 |
| Movant, | Doc. No. ____ |
| v. | |
| | Hearing Date: June 3, 2021 at 10:00 a.m. |
| MICHAEL K. HERRON, | |
| Respondent. | |

**CERTIFICATE OF NO OBJECTION TO APPLICATION FOR APPROVAL OF COMPENSATION FOR SERVICES FOR DUGGAN, JOINER & COMPANY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on May 10, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the May 10, 2021 Hearing Notice related to the Application, objections to the Application were to be filed and served no later than May 27, 2021. It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

EXECUTED ON: June 1, 2021                Respectfully submitted:

                                                                /s/ Aurelius Robleto
                                                            Aurelius P. Robleto
                                                            PA ID No. 94633
                                                            ROBLETO KURUCE, PLLC
                                                            6101 Penn Ave., Ste. 201
                                                            Pittsburgh, PA 15206
                                                           Tel:    (412) 925-8194
                                                           Fax:   (412) 346-1035
                                                           apr@robletolaw.com