FILED
6/4/21 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/3/2021 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**    #357 Final Application for Compensation for Duggan

**APPEARANCES:**

Debtor: Aurelius P. Robleto

**NOTES:**

Robleto:    This is the Debtor's accountant that handled his tax returns. There is money to make this payment.

**OUTCOME:**    GRANTED / OE

*[signature]*
asg