FILED
6/4/21 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/3/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #350 MFRS filed by Deutsche BK
         #360 Resp. by Debtor

**APPEARANCES:**

  Debtor:   Aurelius P. Robleto
  Deutsche BK: Mario Hanyon

**NOTES:**

Hanyon:   We would seek a continuance as we almost have this matter resolved.

**OUTCOME:**   On or before June 17, 2021 the Parties shall file a consent order. TO to be entered.

*[signature]*
asg