**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/24/21 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/24/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #370 Motion to Extend Time To File Consent Order

**APPEARANCES:**

Debtor:  Aurelius P. Robleto
Deutsche BK: Mario Hanyon

**NOTES:**

Hanyon:  I am ready to go, I will defer to Counsel for the Debtor.

Robleto:  I agree and this is pretty much the same as the last instane.

**OUTCOME:**  GRANTED / OE

*[signature]*
asg