FILED
6/24/21 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MICHAEL K HERRON | Case No. 19-24527-TPA<br>Chapter 11 |
| Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5,<br>    Movant<br><br>vs.<br><br>MICHAEL K HERRON,<br>    Debtor,<br><br>NORMA HILDENBRAND,<br>    Trustee,<br><br>    Respondent | |

ORDER

AND NOW, this **24th** day of **June, 2021**, based upon Movant's MOTION FOR EXTENSION OF TIME TO FILE CONSENT ORDER, said motion is granted. The Parties shall file a Stipulation and Consent Order resolving the Motion for Relief on or before July 2, 2021.

Thomas A. Agresti
Bankruptcy Judge

20-07484 BKMFR01

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael K. Herron  
    Debtor

Case No. 19-24527-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: Jun 24, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | on behalf of Defendant Internal Revenue Service United States of America Alexander.R.Kalyniuk@usdoj.gov, James.J.Wilkinson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | on behalf of Attorney ROBLETO KURUCE PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Accountant Duggan Joiner and Company apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com |

Case 19-24527-TPA    Doc 380    Filed 06/26/21    Entered 06/27/21 00:27:06    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
    on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab
    on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Elisabeth Bruce
    on behalf of Defendant Internal Revenue Service  United States of America elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Elisabeth Bruce
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Kristen D. Little
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark J. Pecarchik
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani

District/off: 0315-2     User: mgut     Page 3 of 3
Date Rcvd: Jun 24, 2021     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song

on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

TOTAL: 31