Case 19-24527-TPA    Doc 381    Filed 06/27/21    Entered 06/28/21 00:30:06    Desc
Imaged Certificate of Notice    Page 1 of 5

FILED
6/25/21 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>      Debtor.<br>--------------------------------------------------------<br>ROBLETO KURUCE, PLLC,<br>      Movant,<br>      v.<br>MICHAEL K. HERRON,<br>      Respondent. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 354 |

### ORDER APPROVING
### FINAL APPLICATION OF ROBLETO KURUCE, PLLC FOR APPROVAL OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF NECESSARY EXPENSES

Upon consideration of the Final Application (the "*Application*") of Robleto Kuruce, PLLC (the "*Applicant*") for Approval of Compensation for Services and Reimbursement of Necessary Expenses for the period from December 19, 2020 through May 10, 2021 (the "*Period*"), and notice appearing appropriate and good cause appearing therefor, it is hereby ordered that the Order issued June 22, 2021 (Doc. 372) is VACATED and the within Order controls. The approved fees are authorized to be paid immediately from the funds in escrow so long as payment of said fees does not jeopardize the successful Chapter 11 reorganization, and it is

FOUND that the fees requested in the Application represent reasonable compensation for actual, necessary services rendered by the Applicant on behalf of the Debtor during the Period; and it is further

FOUND that the expenses for which reimbursement is sought in the Application represent the Applicant's actual, necessary expenses, which it incurred on behalf of the Debtor during the Period; and it is further

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Applicant's fees in the amount of $23,139.00 and its expenses in the amount of $316.30, which together total $23,455.30 are hereby ALLOWED; and it is further

ORDERED that the Applicant's fees that had previously been allowed on an interim basis, in the amount of $39,195.00 and its previously allowed interim expenses in the amount of $726.70, are hereby ALLOWED on a final basis for a total fee award of $62,334.00 and a total expense award of $1,043.00, as illustrated below

| | |
|---|---:|
| *Previous Interim Fee Allowance*: | $39,195.00 |
| *Fees During this Period*: | $23,139.00 |
| Total Fees: | $62,334.00 |
| | |
| *Previous Interim Expenses*: | $726.70 |
| *Expenses During this Period*: | $316.30 |
| Total Expenses: | $1,043.00 |
| | |
| TOTAL FEES AND EXPENSES: | $63,377.00 |

and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Dated June 25, 2021

THOMAS P. AGRESTI,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael K. Herron  
    Debtor

Case No. 19-24527-TPA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 3  
Date Rcvd: Jun 25, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | on behalf of Defendant Internal Revenue Service United States of America Alexander.R.Kalyniuk@usdoj.gov, James.J.Wilkinson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | on behalf of Attorney ROBLETO KURUCE PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Accountant Duggan Joiner and Company apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Michael K. Herron apr@robletolaw.com |

Case 19-24527-TPA    Doc 381    Filed 06/27/21    Entered 06/28/21 00:30:06    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
    on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab
    on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Elisabeth Bruce
    on behalf of Defendant Internal Revenue Service  United States of America elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Elisabeth Bruce
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Kristen D. Little
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich
    on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark J. Pecarchik
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sheetal Ramesh Shah-Jani

District/off: 0315-2 User: mgut Page 3 of 3
Date Rcvd: Jun 25, 2021 Form ID: pdf900 Total Noticed: 1

    on behalf of Creditor Wells Fargo Bank National Association sshahjani@rascrane.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA N.A. pawb@fedphe.com

TOTAL: 31