**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| Michael K. Herron | : | Chapter: | 11 |
| *Debtor(s).* | : | Date: | 7/29/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**   #374 Motion to Dismiss Case for Failure to Timely File Tax Return
  #385 Resp. by Debtor

**APPEARANCES:**
  Debtor: Aurelius P. Robleto
  Trustee: Norma Hildenbrand
  IRS:   Jill Locnikar

**NOTES:**

Locnikar:   Non-compliance with post-petition taxes of $175,000. $945,000 is the prepetition claim. No longer an issue with extimated tax payments.

Robleto:   The LLC is set up because the Debtor is a physician. Came from 363 sales. IRS has claim proceeds of the sale. He has made 2 payments of $20,000 toward post-petition taxes.

Hildenbrand:   The post-confirmation reports are outstanding for 1st quarter 2021.

**OUTCOME:**   Continued to August 19, 2021 at 10am. Debtor is to appear.

*/s/ Norma Hildenbrand*
asg