# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  19-24527-TPA |
| | : | |
| Michael K. Herron | : | Chapter:  11 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:  8/19/2021 |
| | : | Time:  10:00 |

## PROCEEDING MEMO

**MATTER**  #374 Motion to Dismiss Case for Failure to Timely File Tax Return
#385 Resp. by Debtor

**APPEARANCES:**

Debtor: Aurelius P. Robleto + Debtor
Trustee: Norma Hildenbrand
IRS:     Jill Locnikar

**NOTES:**

Locnikar:  Large post-petition liability owed, roughly $15,000 was paid toward that. $170,000 liability, post-petition, offered to extend an offer of 6 months to make those payments. Sale proceeds attach to the liens. We are bound by the plan. There was about $100,000 of the post petition taxes had nothing to do with the sale.

Robleto:  These taxes arose from the capital gains taxes from the 363 sales. Would like to use the sale proceeds. (10:45)

**OUTCOME:**  On or before September 1, 2021, Counsel to resolve issues with IRS and file Stipulation. Continued hearing scheduled on 9/2/2021 at 10:00 AM., Debotor to personally appear. Text Order to be issued.

*asg*