## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Bankr. No. 19-24527-TPA

  MICHAEL K. HERRON,

       Debtor.                                     Chapter 11

                                                      Doc. No.

## DEBTOR'S POST-CONFIRMATION QUARTERLY SUMMARY REPORTS

Attached are the Debtor's Post-Confirmation Quarterly Summary Reports for the first quarter of 2021.

Dated:  September 1, 2021                     Respectfully submitted,

                                       By:    /s/  Aurelius P. Robleto
                                              Aurelius P. Robleto, Esq.
                                              PA ID No. 94633
                                                ROBLETO KURUCE, PLLC
                                                6101 Penn Avenue, Suite 201
                                                Pittsburgh, PA 15206
                                              Tel: (412) 925-8194
                                              Fax: (412) 346-1035
                                              apr@robletolaw.com

9435

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Michael K. Herron        Bank: TD Bank

Bankruptcy Number: 19-24527 TPA        Account Number: 9435

Date of Confirmation: January 22, 2021        Account Type: Checking

Reporting Period (month/year): Jan-Mar 2021

Beginning Cash Balance:        $ 24,456
All receipts received by the debtor:

    wages
    ~~Cash Sales~~:        $ 40,766,

    rental income
    ~~Collection of Accounts Receivable~~:        $ 4886

    payment for physician services
    ~~Proceeds from Litigation (settlement or otherwise)~~:        $ 25,000

    ~~Sale of Debtor's Assets~~:        $

    Capital Infusion pursuant to the Plan:        $

    Total of cash received:        $ 70,652

Total of cash available:        $ 95,108

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:        $ 36,105.

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals: US Trustee        $ 5525,

    All other disbursements made in the ordinary
    course:        $ 26,353

    Total Disbursements        $ 67,983

Ending Cash Balance        $ 27,125.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/20/21        Name: Michael K Herron

    Title:

0721

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Michael K. Herron

Bank: TD Bank

Bankruptcy Number: 19-24527 TPA

Account Number: 0721

Date of Confirmation: January 22, 2021

Account Type: checking

Reporting Period (month/year): Jan-Mar 2021

Beginning Cash Balance: $ 10,902.52
All receipts received by the debtor:

~~Cash Sales:~~ retirement - Navy $ 5,135.16

~~Collection of Accounts Receivable:~~ payment for physician services $ 1,284.23

Proceeds from Litigation (settlement or otherwise): $ ___

Sale of Debtor's Assets: $ ___

Capital Infusion pursuant to the Plan: $ ___

Total of cash received: $ ___

Total of cash available: $ ___

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals: $ ___

Disbursements made pursuant to the administrative claims of
bankruptcy professionals: $ ___

All other disbursements made in the ordinary
course: $ ___

Total Disbursements $ ___

Ending Cash Balance $ 17,321.91

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/20/21        Name: Michael K Herron

Title: ___

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Michael K. Herron                Bank: _-held by attorney-_

Bankruptcy Number: 19-24527 TPA                Account Number: _____

Date of Confirmation: January 22, 2021          Account Type: _Trust account_

Reporting Period (month/year): Jan-Mar 2021 _____

Beginning Cash Balance:                         $ _155,079_
All receipts received by the debtor:

    Cash Sales:                             $ _____

    Collection of Accounts Receivable:      $ _____

    Proceeds from Litigation (settlement or otherwise):   $ _4,000_

    Sale of Debtor's Assets:                $ _____

    Capital Infusion pursuant to the Plan:  $ _____

    Total of cash received:                 $ _4,000_

Total of cash available:                        $ _159,079_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:   $ _____

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:             $ _____

    All other disbursements made in the ordinary
        course:                                $ _____

    Total Disbursements                     $ _0_

Ending Cash Balance                             $ _159,079_

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: _8/20/21_                Name: _Michael K Herron_

                Title: _____