# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. No. 19-24527-TPA |
| MICHAEL K. HERRON, | Chapter 11 |
| Debtor. | |
| | Doc. No. |

## DEBTOR'S POST-CONFIRMATION QUARTERLY SUMMARY REPORTS

Attached are the Debtor's Post-Confirmation Quarterly Summary Reports for the second quarter of 2021.

Dated: September 1, 2021                                Respectfully submitted,

                                                        By:   /s/  Aurelius P. Robleto
                                                              Aurelius P. Robleto, Esq.
                                                              PA ID No. 94633
                                                              ROBLETO KURUCE, PLLC
                                                              6101 Penn Avenue, Suite 201
                                                              Pittsburgh, PA 15206
                                                              Tel: (412) 925-8194
                                                              Fax: (412) 346-1035
                                                              apr@robletolaw.com

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Michael K. Herron                      Bank: TD Bank

Bankruptcy Number: 19-24527 TPA                       Account Number: 9435

Date of Confirmation: January 22, 2021                Account Type: Checking

Reporting Period (month/year): Apr-Jun 2021

Beginning Cash Balance:                               $ 27,125
All receipts received by the debtor:

    ~~Cash Sales:~~ wages                       $ 78,377

    ~~Collection of Accounts Receivable:~~ rental income    $ 4,996

    ~~Proceeds from Litigation (settlement or otherwise):~~ payment for physician services    $ 19,000

    Sale of Debtor's Assets:                  $

    Capital Infusion pursuant to the Plan:    $

    Total of cash received:                   $ 102,373

Total of cash available:                              $ 129,498

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $ 58,413

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $

    All other disbursements made in the ordinary course:    $ 44,611

    Total Disbursements                       $ 103,024

Ending Cash Balance                                   $ 26,473

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/20/21          Name: Michael K Herron

                       Title:

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Michael K. Herron         Bank: TD Bank

Bankruptcy Number: 19-24527 TPA         Account Number: 0721

Date of Confirmation: January 22, 2021    Account Type: checking

Reporting Period (month/year): Apr-Jun 2021

Beginning Cash Balance:    $ 17321.91
All receipts received by the debtor:

~~Cash Sales:~~ retirement - Navy    $ 7702.74
payment for physician services
~~Collection of Accounts Receivable:~~    $ 2,176.57

Proceeds from Litigation (settlement or otherwise): $ —

Sale of Debtor's Assets: $ —

Capital Infusion pursuant to the Plan: $ —

Total of cash received: $ —

Total of cash available:    $ 27,201.22

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ —

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ —

All other disbursements made in the ordinary course:   $ 25,100.00

Total Disbursements    $ 25,100.00

Ending Cash Balance    $ 2,101.22

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/20/21     Name: Michael K Herron

Title: _____

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Michael K. Herron       Bank: —held by attorney—

Bankruptcy Number: 19-24527 TPA       Account Number: _____

Date of Confirmation: January 22, 2021    Account Type: trust account

Reporting Period (month/year): April-June 2021

Beginning Cash Balance:                $ 159,079
All receipts received by the debtor:

   Cash Sales:                         $ _____

   Collection of Accounts Receivable:  $ _____

   Proceeds from Litigation (settlement or otherwise): $ _____

   Sale of Debtor's Assets:            $ _____

   Capital Infusion pursuant to the Plan: $ _____

   Total of cash received:             $ 0

Total of cash available:                $ 159,079

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

   Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ _____

   Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 23,445

   All other disbursements made in the ordinary course: $ _____

   Total Disbursements                 $ 23,445

Ending Cash Balance                     $ 135,633

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/20/21    Name: Michael K Herron

Title: _____