## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>  MICHAEL K. HERRON,<br>          Debtor.<br>-----------------------------------------------------------<br>  UNITED STATES OF AMERICA,<br>         Movant,<br>        v.<br>  MICHAEL K. HERRON,<br>        Respondent. | Bankr. No. 19-24527-TPA<br><br>Chapter 11<br><br>Related to Doc. Nos. 374, 389<br><br>Doc. No. ____ |

### STATUS REPORT

The Debtor, Michael K. Herron, by and through its undersigned counsel, hereby submits this Status Report, as follows:

### Background

1. On November 21, 2019, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code. *Doc. No.* 1.

2. On January 22, 2021, this Court entered an Order confirming the Debtor's Chapter 11 Plan (the "*Plan*") dated December 15, 2020. *Doc. No.* 311.

3. On June 24, 2021, the IRS filed a Motion to Dismiss the Debtor's case for an alleged failure to file tax returns. *Doc. No. 374.*

4. On August 19, 2021, a hearing was held, where this court required the Debtor and IRS to resolve the issue of payment of the Debtor's 2020 federal income tax obligation.

5. The Court required that parties resolve the issue and file a stipulation no later than September 1, 2021.

**Status Report**

6.	The Debtor and the IRS have come to a substantive resolution regarding the timeframe and source of payment of the Debtor's 2020 obligation.

7.	The IRS was not able to reach its client in time to obtain the necessary documents to paper the agreement, largely due to unforeseen circumstances related to weather conditions.

8.	Accordingly, the Debtor and the IRS are still working out the details and drafting a stipulation to memorialize their substantive agreement and intend to file such stipulation on September 2, 2021.

Dated:  September 1, 2021                                            Respectfully submitted,

                                                                         /s/ Aurelius Robleto
Aurelius P. Robleto
PA I.D. No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue, Suite 201
Pittsburgh, PA 15206
Tel:    (412) 925-8194
Fax:    (412) 346-1035
apr@robletolaw.com