FILED
9/2/21 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24527-TPA |
| | : | | |
| Michael K. Herron | : | Chapter: | 11 |
| | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 9/2/2021 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**    #374 Motion to Dismiss Case for Failure to Timely File Tax Return

**APPEARANCES:**

    Debtor: Aurelius P. Robleto
    Trustee: Norma Hildenbrand
    IRS:    Jill Locnikar

**NOTES:**

Locnikar:    Debtor agrees to payment of the post-petition taxes over a period of 6 months. We are working on a Stipulation.

Robleto:    Agree, Thank you

**OUTCOME:**    Stipulation to be filed by Tuesday

*/s/ signature*
asg