Case 19-24527-TPA    Doc 397    Filed 09/10/21    Entered 09/11/21 00:34:25    FILED Desc
Imaged Certificate of Notice    Page 1 of 6

9/8/21 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
| MICHAEL K. HERRON, | ) |
|  | ) Bank. No. 19-24527 TPA |
|  | ) |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) Related to |
| Movant, | ) Document Nos. 395 |
|  | ) |
| vs. | ) |
|  | ) |
|  | ) |
| MICHAEL K. HERRON, | ) |
|  | ) |
|  | ) |
| Respondent. | ) |

### STIPULATION AND AGREED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Michael K. Herron, Debtor, as represented by counsel, and the United States of America, as represented by Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant U.S. Attorney, as follows:

1. The Internal Revenue Service has a post-petition claim against the Debtor for income tax for the year 2020.

2. Debtor will pay the IRS post-petition claim, together with accrued interest and penalty, in full by March 31, 2022. The approximate balance on that date will be $171,133.87. The IRS

will provide the final payoff prior to on March 1, 2022.

3.      Any further post-petition liabilities incurred by the Debtor will be paid promptly upon receipt of a balance due notice.

4.      Unless the Internal Revenue Service notifies the Debtor otherwise, all payments required under this stipulation shall be made to the Internal Revenue Service, for the attention of the Chief, Insolvency Section, Internal Revenue Service, Room 711B Federal Building, 1000 Liberty Avenue, Pittsburgh, PA 15222.

5.      Any refunds or credits to which the Debtor may become entitled at any time before the liabilities to be repaid pursuant to this stipulation are fully satisfied may be credited administratively against the outstanding balance.  In the event any refund check or checks are received by the Debtor prior to the full satisfaction of the tax liability, such check or checks shall be endorsed according to law and mailed to: Internal Revenue Service, Attention:  Chief, Insolvency Section, Internal Revenue Service, Room 711B Federal Building, 1000 Liberty Avenue, Pittsburgh, PA 15222.

6.      To the extent that there are nondischargeable tax debts in this case, the Debtor shall remain liable following the end of the bankruptcy case for any unpaid postpetition interest and penalties under Bruning v. United States, 376 U.S. 358 (1964).

7.      In the event that the Debtor fails to make any of the payments required under this stipulation **or** fails to comply with any of its postconfirmation federal tax obligations, the Internal Revenue Service may pursue collection of all unpaid preconfirmation and postconfirmation liabilities through any means authorized by the Internal Revenue Code or other applicable law, including levy and seizure of the Debtor's assets, including any exempt property. Notwithstanding the foregoing, the Debtor shall have thirty (30) days to cure all delinquent plan

payments and postconfirmation tax liabilities. This thirty-day period shall commence upon the issuance of a written notice of plan default by the Internal Revenue Service to the Debtor.

8.    This stipulation and agreement shall be deemed incorporated in the plan of reorganization and supersedes it where inconsistent with it.

STEPHEN R. KAUFMAN
Acting United States Attorney

/s/ Aurelius Robleto                     By:    /s/ Jill Locnikar
Aurelius P. Robleto                             JILL LOCNIKAR
Robleto Kuruce, PLLC                            Assistant U.S. Attorney
6101 Penn Avenue                                Joseph F. Weis, Jr. United States
Suite 201                                       Courthouse
Pittsburgh, PA 15206                            700 Grant Street, Suite 4000
412-925-8194                                    Pittsburgh, PA 15219
Fax : 412-346-1035                              Tel: (412) 894-7429
Email: apr@robletolaw.com                       Email: jill.locnikar@usdoj.gov
                                                PA ID No. 85892

IT IS SO ORDERED.

_____
U.S. Bankruptcy Judge                   September 8, 2021
                                        Date

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-24527-TPA

Michael K. Herron                                                                             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander R. Kalyniuk | |
| | on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov, James.J.Wilkinson@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Aurelius P. Robleto | |
| | on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | |
| | on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | |
| | on behalf of Accountant Duggan  Joiner and Company apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | |

District/off: 0315-2 | User: mgut | Page 2 of 3
Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Debtor Michael K. Herron apr@robletolaw.com
rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas

on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com

Brian Nicholas

on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian E. Caine

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile

on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo Bank  National Association cwohlrab@raslg.com

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Christopher A. DeNardo

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com
logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

Elisabeth Bruce

on behalf of Defendant Internal Revenue Service  United States of America elisabeth.m.bruce@usdoj.gov,
eastern.taxcivil@usdoj.gov

Elisabeth Bruce

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service
elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck

on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11,
Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com

Kristen D. Little

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com
klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Defendant WELLS FARGO BANK  N.A. pabk@logs.com, klittle@logs.com;logsecf@logs.com

Kristen D. Little

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... pabk@logs.com, klittle@logs.com;logsecf@logs.com

Lauren Michaels

on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Maria Miksich

on behalf of Creditor BANK OF AMERICA  N.A. mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5,
Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark J. Pecarchik

on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com,
FedPhe@hotmail.com

Norma Hildenbrand, on Behalf of the United States Trustee by
on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2            User: mgut            Page 3 of 3

Date Rcvd: Sep 08, 2021            Form ID: pdf900            Total Noticed: 1

Sheetal Ramesh Shah-Jani

         on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song

         on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

Thomas Song

         on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

TOTAL: 31