IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| MICHAEL K HERRON | : Bankruptcy No. 19-24527-TPA |
|     Debtor | : Chapter 11 |
| Deutsche Bank National Trust Company, as Trustee for | : Document No. 398 |
|     Movant | : Hearing Date & Time: 10/28/21 @ 10:00 am |
| | : |
|     v. | : |
| MICHAEL K HERRON | : |
| | |
|     and | |
| U.S. Trustee (TRUSTEE) | |
| | |
|     Respondent(s) | : |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM STAY STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY (DE 398)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on <u>September 23, 2021</u> has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than <u>October 11, 2021</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>October 19, 2021</u>  By: <u>/s/Mario Hanyon</u>
    Signature

Mario Hanyon
Typed Name

302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Address

844-856-6646 x4560
Phone No.

Pennsylvania Bar Number 203993
List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**

**PAWB Local Form 25 (07/13)**