## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL K. HERRON, | ) | |
| | ) | Bank. No. 19-24527 TPA |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ROBLETO KURUCE, PLLC, | ) | |
| | ) | |
| | ) | Related to |
| Movant, | ) | Document No.   404 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | Hearing Date:  Dec. 9, 2021 @ 10 |
| | ) | |
| MICHAEL K. HERRON, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## UNITED STATES' RESPONSE TO MOVANT'S SUPPLEMENTAL APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF NECESSARY EXPENSES

The United States of America, on behalf of the Internal Revenue Service (the "IRS"), by and through its attorneys, CINDY K. CHUNG,  United States Attorney, and Jill Locnikar, Assistant United States Attorney, files a response to the above captioned motion, as follows:

1.       Michael K. Herron ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on  November 21, 2019.

2.       The IRS filed an amended proof of claim at claim #11 on September 14, 2020 in the amount of $944,778.95, of which $518,691.13 is a secured claim and $426,087.82 is an unsecured claim.

3.      The IRS filed liens against the Debtor securing the claim.

4.      Respondent filed the instant Supplemental Application for Approval of

Compensation for Services and Reimbursement of Necessary Expenses on November 12, 2021.

5.      Respondent is seeking to be paid from escrow funds being held by them as a

result of selling assets of Debtor.

6.      The IRS does not dispute the expenses and fees requested by Debtor's counsel.

7.      The IRS, however, does dispute using the proceeds of the sale that are held in

escrow to pay the attorney fees as the IRS lien is attached to those proceeds.

8.      The only fees and expenses that Debtor's counsel is entitled to from the sale

proceeds being held in escrow are fees and expenses incurred in connection with legal work done

directly related to the sale of assets.  See 11 U.S.C.§ 506(c).

9.      According to Exhibit E attached to the Supplemental Application for Fees,

Debtor's counsel is seeking fees and expenses related to general legal work on the bankruptcy

case and has not limited the request to the "reasonable, necessary costs and expenses of

preserving, or disposing of, such property to the extent of any benefit to the holder of [a secured

claim]".  See 11 U.S.C.§ 506(c).

WHEREFORE, the United States respectfully requests that this Honorable Court deny

the Supplemental Application for Fees, except for any fees related to legal work performed in

connection with the sale of assets.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

Dated:  11/23/2021

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL K. HERRON, | ) |
| | ) Bank. No. 19-24527 TPA |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) |
| ROBLETO KURUCE, PLLC, | ) |
| | ) |
| | ) Related to |
| Movant, | ) Document No.    404 |
| | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date:  Dec. 9, 2021 @ 10 |
| | ) |
| MICHAEL K. HERRON, | ) |
| | ) |
| | ) |
| Respondent. | ) |

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the above-captioned Response to Supplement Application for

Approval of Compensation was served on the following by first-class mail or electronic means on November 23,

2021.


**Service by Electronic Notification:**

Aurelius Robleto on behalf of Debtor
apr@robletolaw.com

Norma Hildenbrand on behalf of the United States Trustee
Norma.L.Hildenbrand@usdoj.gov


**Debtor:**

**Michael K. Herron**
1276 Tacoma Street
Hernando, FL 34442

                                        CINDY K. CHUNG
                                        United States Attorney


                                        */s/ Jill Locnikar*
                                        JILL LOCNIKAR
                                        Assistant United States Attorney