# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| MICHAEL K. HERRON, | : | Bankruptcy Case No. 19-24527-TPA |
| Debtor. | : | Chapter 11 |
| MICHAEL K. HERRON, | : | |
| Movant, | : | Doc. No. _____ |
| v. | : | |
| No Respondent. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that Renee M. Kuruce hereby enters her appearance as counsel for Michael K. Herron in the above-captioned Chapter 11 case and requests that all notices and pleadings given or filed in this case be given and served upon the following:

Renee M. Kuruce
Email: rmk@robletolaw.com
ROBLETO KURUCE, PLLC
6101 Penn Avenue, Suite 201
Pittsburgh, PA  15206
Telephone:  (412) 925-8194

Please take further notice that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: December 8, 2021            Respectfully submitted,

 /s/ Renee M. Kuruce
Renee M. Kuruce
PA ID No. 94633
ROBLETO KURUCE, PLLC
6101 Penn Avenue, Suite 201
Pittsburgh, PA 15206
(412) 925-8194
(412) 346-1035 Facsimile
rmk@robletolaw.com

*Counsel for the Debtor*