FILED
12/9/21 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-24527-TPA |
| Michael K. Herron | : | Chapter: 11 |
| *Debtor(s).* | : | |
| | : | Date: 12/9/2021 |
| | : | Time: 10:00 |

### PROCEEDING MEMO

**MATTER**   #404 Supplemental Appl. for Comp. for Aurelius P. Robleto, Debtor's Atty.
   #409 Resp. by IRS

**APPEARANCES:**
   Debtor: Aurelius P. Robleto (Renee Kuruce)
   Trustee: Norma Hildenbrand
   IRS:   Jill Locnikar, Alexander Kalynuik

**NOTES:**

Kuruce:   We wanted to know if it was permitted to use funds for the sales proceeds of the property to fund the plan/our fees.

Locnikar:   The IRS almost never gets involved with fee applications. We request that the IRS be paid the sale proceeds we believe we are entitled to.

Kalynuik:   Provided background to discussions regarding adversary proceeding and post petition income taxes.

**OUTCOME:**   Continued Generally, taken under advisement.

*[signature]*

jlm