## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Michael K. Herron, | Bankr. No. 19-24527-TPA |
| Debtor. | Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Larry Wahlquist on behalf of the United States Trustee in the above captioned matter.

        Respectfully Submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        Regions 3 and 9

By:    /s/Larry Wahlquist
        Larry Wahlquist, Trial Attorney
        District of Columbia ID 492864
        Liberty Center, Suite 970
        1001 Liberty Avenue
        Pittsburgh, Pennsylvania 15222
        (412) 644-4756 Telephone
        Email: Larry.E.Wahlquist@usdoj.gov