UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

WITHDRAWAL OF APPEARANCE OF                     MISCELLANEOUS NO.   21-220-CMB
NORMA HILDENBRAND
IN VARIOUS OPEN CASES

ORDER OF COURT

AND NOW, ON THIS ___27th___ DAY OF _____December_____, 2021, the Motion of

Norma Hildenbrand for leave to withdraw her appearance on behalf of the United States Trustee

is GRANTED.

BY THE COURT:

_____
CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

dmk

FILED
12/27/21 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA