## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Entry of Appearance of Christopher
DeNardo, Esquire withdrawal of Kristen D.
Little, Esquire in various cases Related to
The Law Firm LOGS Legal Group LLP

.

.

MISCELLANEOUS NO.

22-222 CMB

### ORDER

AND NOW, this ___4th___ day of _____August_____, 2022, at the Western District
Bankruptcy Court of Pennsylvania, upon the consideration of the Motion of Movants Christopher
A. DeNardo, Esquire and Kristen D. Little, Esquire to substitute Attorney DeNardo's appearance
for various creditors over that of Attorney Little, and withdraw Attorney Little's appearance in
those same cases as her employment with the LOGS Legal Group has amicably ended, in various
cases as listed in the attachment to the accompanying Motion, Exhibit "A", and for good cause
shown, it is

ORDERED AND DECREED that the Motion is granted and that the appearance of Kristen
D. Little is substituted by Christopher A. DeNardo as to all creditors represented by the LOGS
Legal Group, LLP, in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

_Carlota M. Böhm_ dmk

HONORABLE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE

FILED
8/4/22 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA