### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael Herron                                                    Case No. 19-24527 TPA

Debtor(s).                                                               Chapter 11


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Jodi Hause on behalf of the United States Trustee in the above captioned matter.

                              Respectfully Submitted,

                              ANDREW R. VARA
                              UNITED STATES TRUSTEE
                              Regions 3 and 9


By:    /s/ Jodi L. Hause
          Jodi L. Hause, Trial Attorney
          Pennsylvania ID 90625
          Liberty Center, Suite 970
          1001 Liberty Avenue
          Pittsburgh, Pennsylvania 15222
          (412) 644-4756 Telephone
          Jodi.Hause@usdoj.gov