IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael K Herron
    Debtor,

Wells Fargo Bank, National Association, as
Trustee for Banc of America Alternative Loan
Trust 2005-11 Mortgage Pass-Through
Certificates, Series 2005-11
    Movant.

v.

Michael K Herron
    Debtor/Respondent,

Office of the United States Trustee, Trustee
    Additional Respondent.

BANKRUPTCY CASE NUMBER
19-24527-JAD

CHAPTER 11

Docs #s 426 and 427

FILED
3/3/23 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER**

    AND NOW, this ____3rd____ day of ____March____, 2023, upon
consideration of the Movant's Certification of Default filed with the Court on March 1, 2023,
Docket No. 426, it is hereby ORDERED that the Motion is GRANTED.   The Certification of

Default is DENIED as withdrawn.

           BY THE COURT:

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24527-JAD
Michael K. Herron                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                    Page 1 of 3
Date Rcvd: Mar 03, 2023                 Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

**Recip ID**              **Recipient Name and Address**
db               +   Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed
below:**

**Name**                         **Email Address**

Alexander R. Kalyniuk
                                 on behalf of Defendant Internal Revenue Service  United States of America Alexander.R.Kalyniuk@usdoj.gov,
                                 eastern.taxcivil@usdoj.gov

Aurelius P. Robleto
                                 on behalf of Debtor Michael K. Herron apr@robletolaw.com
                                 rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
                                 on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
                                 rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
                                 on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com,
                                 rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Accountant Duggan Joiner and Company apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas

on behalf of Defendant BANK OF AMERICA N.A bnicholas@kmllawgroup.com

Brian Nicholas

on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com

Brian E. Caine

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile

on behalf of Creditor NexTier Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler

on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 cwohlrab@raslg.com

Charles Griffin Wohlrab

on behalf of Creditor Wells Fargo Bank National Association cwohlrab@raslg.com

Christopher A. DeNardo

on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 logsecf@logs.com

Christopher A. DeNardo

on behalf of Defendant WELLS FARGO BANK N.A. logsecf@logs.com

Christopher A. DeNardo

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

Elisabeth Bruce

on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Elisabeth Bruce

on behalf of Defendant Internal Revenue Service United States of America elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause

on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Keri P. Ebeck

on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com

Kristen D. Little

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al... kdlittleecf@gmail.com

Larry E. Wahlquist

on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Lauren Michaels

on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov

Lorraine Gazzara Doyle

on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Mario J. Hanyon

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark J. Pecarchik

on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust pecarchik1@msn.com,

District/off: 0315-2                    User: auto                    Page 3 of 3
Date Rcvd: Mar 03, 2023                 Form ID: pdf900                Total Noticed: 1

FedPhe@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Renee M. Kuruce
on behalf of Debtor Michael K. Herron rmk@robletolaw.com
apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.
bestcase.com;kuruce.reneeb116873@notify.bestcase.com

Sheetal Ramesh Shah-Jani
on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song
on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

Thomas Song
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com


TOTAL: 33