**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOSEPH F. WEIS, JR. U.S. COURTHOUSE**
**700 GRANT STREET**
**PITTSBURGH, PA 15219**
WWW.PAWD.USCOURTS.GOV

BRANDY S. LONCHENA  
CLERK OF COURT  
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: February 12, 2024

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

IN RE:  UNITED STATES OF AMERICA v. HERRON

CIVIL ACTION NO. 2:21-cv-1434

BANKRUPTCY COURT NO. 19-24527-TPA

Dear Sir or Madam:

    I am enclosing herewith a certified copy of the order entered by the Honorable Judge Robert J. Colville in the above-entitled case on February 9, 2024, which remands the matter to Bankruptcy Court. The documents are available through PACER. Please confirm receipt of this letter & order.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By:  s/Karen Sawdy
      Karen Sawdy
      Deputy Clerk

Enclosures

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:21-cv-1434-RJC |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Judge Robert J. Colville |
| | ) | |
| MICHAEL K. HERRON, | ) | |
| | ) | |
| Appellee. | ) | |

| | | |
|---|---|---|
| MICHAEL K. HERRON, | ) | |
| | ) | No. 2:21-cv-1435-RJC |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Judge Robert J. Colville |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

## JUDGEMENT ORDER

AND NOW this 9th day of February 2024, for the reasons set forth in the Opinion and Order filed on this date, Judgment is hereby entered in favor of the United States of America in part and against Michael K. Herron in part. These cases are remanded to the Bankruptcy Court for further disposition consistent with the Opinion and Order. These cases shall be closed.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: February 9, 2024
cc: All counsel of record



CERTIFIED FROM THE RECORD
02/12/2024
**Brandy S. Lonchena**
*Karen Sawdy*
**Deputy Clerk**