# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael K. Herron                                    Case No. 19-24527 JAD

                                                                              Chapter 11

Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Elvina Rofael on behalf of the United States Trustee in the above captioned matter.

                                                      Respectfully Submitted,

                                                      ANDREW R. VARA
                                                      UNITED STATES TRUSTEE
                                                      Regions 3 and 9

By:    */s/ Elvina Rofael*
        Elvina Rofael, Trial Attorney
        California ID #333919
        William S. Moorhead Federal Building
        1000 Liberty Avenue, Suite 1316
        Pittsburgh, Pennsylvania 15222
        (412) 644-4756 Telephone
        Elvina.Rofael@usdoj.gov