Case 19-24527-JAD    Doc 446    Filed 04/10/24    Entered 04/10/24 10:04:37    Desc Main
Document    Page 1 of 1

FILED
4/10/24 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Bankruptcy No.  19-24527-JAD
Michael K. Herron
Debtor

_____
:
:
: Related to Docket No. 442
:
:
: 14-Day Transcript

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Olga L. Tobin, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    February 27, 2024.

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is April 24, 2024.

                  Michael R. Rhodes, Clerk
                  United States Bankruptcy Court

Date: 4/10/2024                  By:    /s/Geoffrey Dotson
                                                    Generalist Clerk

#61-M