# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MICHAEL K. HERRON,<br>    Debtor(s). | Case No. 19-24527-JAD<br><br>Chapter 11<br><br>Doc. No. ___ |

## NOTICE OF CHANGE OF ADDRESS

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

NEXTIER BANK
SPECIAL ASSETS
245 PITTSBURGH RD
BUTLER, PA 16001-3883

The updated address is:

NEXTIER BANK
101 E. DIAMOND STREET
SUITE 110
BUTLER, PA 16001

Dated: July 16, 2024     Respectfully submitted:


  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
3706 Butler Street
Pittsburgh, PA 15201
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com