

JUL 16 2024

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

*DIP/ Bankruptcy Quarterly Report*



America's Most Convenient Bank®

2nd Quarter, 2024

US Bankruptcy Court Western District of Pennsylvania                                                    TD Bank, N.A.

| Case Name | Case Number | Account No | Interest | Acct Balance | Less FDIC Insured | Req'd 115% Cushion |
|---|---|---|---|---|---|---|
| MICHAEL K HERRON | 19-24527 | 4445463229 | N | $7,143.33 | | |
| MICHAEL K HERRON | 19-24527 | 4418404177 | N | $750.00 | | |
| MICHAEL K HERRON | 19-24527 | 4418419217 | N | $6,084.00 | | |
| | 19-24527 Total | | | $13,977.33 | | |
| | Grand Total | | | $13,977.33 | $0.00 | $0.00 |

Internal                                                    Page 1 of 1