**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOSEPH F. WEIS, JR. U.S. COURTHOUSE**
**700 GRANT STREET**
**PITTSBURGH, PA 15219**
WWW.PAWD.USCOURTS.GOV

| | |
|---|---|
| BRANDY S. LONCHENA<br>CLERK OF COURT<br>412-208-7500 | IN REPLYING, GIVE NUMBER<br>OF CASE AND NAMES OF PARTIES |

DATE: September 27, 2024

FILED
9/27/24 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

IN RE:  UNITED STATES OF AMERICA v. HERRON

CIVIL ACTION NO. 2:21-cv-1434

BANKRUPTCY COURT NO. 19-24527-TPA

Dear Sir or Madam:

    I am enclosing herewith a certified copy of the order entered by the Honorable Judge Robert J. Colville in the above-entitled case on September 26, 2024, which remands the matter to Bankruptcy Court. The documents are available through PACER. Please confirm receipt of this letter & order.

    Very truly yours,

    BRANDY S. LONCHENA
    CLERK OF COURT


By:   s/Karen Sawdy
      Karen Sawdy
      Deputy Clerk

Enclosures