# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 2:21-cv-1434-RJC |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Judge Robert J. Colville |
| | ) | |
| MICHAEL K. HERRON, | ) | |
| | ) | |
| Appellee. | ) | |

| | | |
|---|---|---|
| MICHAEL K. HERRON, | ) | |
| | ) | No. 2:21-cv-1435-RJC |
| Appellant, | ) | |
| | ) | |
| vs. | ) | Judge Robert J. Colville |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

Upon review of Debtor Michael K. Herron's Motions to Reconsider and to Amend Opinion, Order, and Judgment (ECF Nos. 21 and 23) filed in the above-captioned actions, it is hereby ORDERED that the Motions are denied. The Court's reasoning for its holdings in these cases is set forth at length in its Opinion (ECF Nos. 18 and 19) filed in each of these matters, which the Court incorporates herein by reference. Whether brought pursuant to Fed. R. Civ. P. 59 or 60 or Fed. R. Bank. P. 8022,[1] 9023, or 9024, the Court finds that Debtor's Motions fail to articulate a basis for disturbing the Court's reasoning and judgment or reopening the hearing in this matter.

---

[1] *See In re New Century TRS Holdings, Inc.*, No. 21-3277, 2023 WL 155449, at *1 n.1 (3d Cir. Jan. 11, 2023); *In re Yormak*, No. 2:20-CV-384-JES, 2023 WL 1860630, at *1 (M.D. Fla. Feb. 9, 2023)

It is FURTHERED ORDERED that these cases are remanded to the Bankruptcy Court for further proceedings.

BY THE COURT:

*/s/Robert J. Colville*_____
Robert J. Colville
United States District Judge

DATED: September 26, 2024

cc: All counsel of record

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24527-JAD |
| Michael K. Herron | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237 |
| aty | + | Alexander R Kalyniuk, U.S. Department of Justice Tax Division, 555 4th St. NW, Washington, DC 20001-2733 |
| aty | #+ | ROBLETO KURUCE, PLLC, 6101 Penn Avenue, Suite 201, Pittsburgh, PA 15206-3956 |
| acc | + | Duggan, Joiner and Company, 334 N.W. 3rd Avenue, Ocala, FL 34475-8828 |
| op | + | M.J. Realty Corporation, 2147 Ardmore Blvd., Pittsburgh, PA 15221-4813 |
| r | + | Michael Kelly, MJ Kelly Realty, 2147 Ardmore Blvd., Pittsburgh, PA 15221-4813 |
| cr | ++ | NEXTIER BANK, SPECIAL ASSETS, 245 PITTSBURGH RD, BUTLER PA 16001-3883 address filed with court:, NexTier Bank, N.A., 101 E. Diamond Street, Suite 110, Butler, PA 16001 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| cr | + | William G. Cherbonnier, Jr., 2550 Belle Chasse Hwy, Ste. 215, Gretna, LA 70053-6758 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 27 2024 00:00:00 | Bank of America Mortgage, a Division of Bank of Am, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2024 00:00:00 | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | DEUTSCHE BANK NATIONAL TRUST COMPANY,et.al. |
| cr | | Deutsche Bank National Trust Company, as Trustee f |
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | Wells Fargo National Association, as Trustee for B |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Alexander R. Kalyniuk
on behalf of Defendant Internal Revenue Service  United States of America akalyniuk@bkbfirm.com, eastern.taxcivil@usdoj.gov

Aurelius P. Robleto
on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
on behalf of Accountant Duggan  Joiner and Company apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
on behalf of Debtor Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
on behalf of Plaintiff Michael K. Herron apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
on behalf of Defendant BANK OF AMERICA N.A brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

Brian E. Caine
on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian M. Kile
on behalf of Creditor NexTier Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

Catriona Madalyn Coppler
on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov

Charles Griffin Wohlrab
on behalf of Creditor Wells Fargo Bank  National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Charles Griffin Wohlrab
on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 logsecf@logs.com

Christopher A. DeNardo
on behalf of Defendant WELLS FARGO BANK  N.A. logsecf@logs.com

Christopher A. DeNardo
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

Denise Carlon
on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Elisabeth Bruce

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 12 |

| | |
|---|---|
| | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov |
| Elisabeth Bruce | on behalf of Defendant Internal Revenue Service  United States of America elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Keri P. Ebeck | on behalf of Creditor Wells Fargo National Association  as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper  et al... KRLITTLE@FIRSTAM.COM |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Lauren Michaels | on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mark J. Pecarchik | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Olga L Tobin | on behalf of Defendant Internal Revenue Service  United States of America olga.l.tobin@usdoj.gov |
| Renee M. Kuruce | on behalf of Debtor Michael K. Herron rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Roger Fay | on behalf of Creditor BANK OF AMERICA  N.A. rfay@alaw.net, bkecf@milsteadlaw.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com |

TOTAL: 35