# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA,<br><br>Appellant,<br><br>v.<br><br>MICHAEL K. HERRON,<br><br>Appellee. | No. 2:21-cv-1434-RJC<br><br>Judge Robert J. Colville |

## NOTICE OF APPEAL

Michael K. Herron hereby appeals to the United States Court of Appeals for the Third Circuit from the orders entered on (i) September 26, 2024, at doc. no. 24 (finding no basis under Fed. R. Civ. P. 59 or 60 or Fed. R. Bank. P. 8022, 9023, or 9024 for disturbing the Court's reasoning and judgment or reopening the hearing); and (ii) February 9, 2024, at doc. nos. 18-20 (affirming in part and reversing in part the October 5, 2021, Judgment Order of the United States Bankruptcy Court for the Western District of Pennsylvania).

The parties and names and addresses of their respective counsel are set forth below:

<u>Appellant:</u>

Michael K. Herron
1276 W. Tacoma St.
Hernando, FL 34442-3237

<u>Counsel:</u>

Aurelius P. Robleto, Esq.
Renee M. Kuruce, Esq.
ROBLETO KURUCE, PLLC
3706 Butler Street
Pittsburgh, PA 15201
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com
rmk@robletolaw.com

<u>Appellee:</u>

Internal Revenue Service
United States of America

<u>Counsel:</u>

Elisabeth M. Bruce, Esq.
Olga L. Tobin, Esq.

P.O. Box 7346  
Philadelphia, PA 19101-7346

Tax Division,  
United States Department of Justice  
P.O. Box 227  
Washington, D.C. 20044  
Tel: (202) 307-6322  
Fax: (202) 514-6866  
elisabeth.m.bruce@usdoj.gov  
olga.l.tobin@usdoj.gov

Dated:  October 24, 2024

Respectfully submitted:

  /s/ Aurelius Robleto  
Aurelius Robleto  
PA ID No. 94633  
ROBLETO KURUCE, PLLC  
3706 Butler Street  
Pittsburgh, PA 15201  
Tel:  (412) 925-8194  
Fax:  (412) 346-1035  
apr@robletolaw.com

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 24, 2024. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic mail.

Olga L. Tobin, Esq.  
olga.l.tobin@usdoj.gov

Elisabeth M. Bruce, Esq.  
elisabeth.m.bruce@usdoj.gov

EXECUTED ON: October 24, 2024

  /s/ Aurelius Robleto  
ROBLETO KURUCE, PLLC  
Aurelius P. Robleto  
PA ID No. 94633  
3706 Butler Street  
Pittsburgh, PA 15201  
Tel:  (412) 925-8194  
Fax:  (412) 346-1035  
apr@robletolaw.com