# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael K. Herron                                              Case No. 19-24527 JAD

                                                                                                 Chapter 11

Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

      Please enter the appearance of Marta Villacorta on behalf of the United States Trustee in the above captioned matter.

                                                  Respectfully Submitted,

                                                  ANDREW R. VARA
                                                  UNITED STATES TRUSTEE
                                                  Regions 3 and 9

                                      By:  <u>/s/*Marta Villacorta*</u>
                                                  Marta Villacorta, Assistant United States Trustee
                                                  New York Bar ID 4918280
                                                  William S. Moorhead Federal Building
                                                  1000 Liberty Avenue, Suite 1316
                                                  Pittsburgh, Pennsylvania 15222
                                                  412-644-4756
                                                  marta.villacorta@usdoj.gov