FILED
6/24/25 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL K. HERRON, | : | Case No. 19-24527-JAD |
| *Debtor* | : | |
| ——————————————— | : | Chapter 11 |
| MICHAEL K. HERRON, | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | ——————————————— |
| | : | |
| INTERNAL REVENUE SERVICE, | : | Adv. No. 20-2131-JAD |
| UNITED STATES OF AMERICA, | : | |
| *Defendant* | : | Related to Doc. No. 462 |
| ——————————————— x | | |

**ORDER DISMISSING REMAND PROCEEDINGS AS MOOT**

Upon consideration of the record in this case, including:

• The prior proceedings between the Debtor and the Internal Revenue Service concerning the extent, validity, priority, and potential avoidance or modification of certain IRS liens;
• The Memorandum Opinion and Order of the Honorable Thomas P. Agresti adjudicating those disputes;
• The subsequent appeal and cross-appeal, and the remand of the matter to this Court by the United States District Court following Judge Agresti's retirement;
• The multiple hearings held upon remand, including representations made on the record by counsel for the Debtor that sufficient funds were held in counsel's IOLTA account to fully satisfy the IRS's secured claims and that payment would render the remaining disputes moot; and
• The fact that a final hearing was scheduled for June 24, 2025, to address the status of payment and any remaining issues, but that no party or their counsel appeared at the scheduled hearing, nor was any written submission filed advising the Court that any issues remain for adjudication;

The Court FINDS that:

1. The parties have failed to prosecute the remand proceedings.
2. Counsel for the Debtor represented that payment in full to the IRS would be made prior to the scheduled hearing on June 24, 2025.
3. In the absence of any party appearing to report otherwise, the Court infers that payment has been made and that the matters on remand are now moot.

1

Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that:

1. Absent the filing of a written objection received by the Court on or before July 1, 2025, stating with specificity any basis for asserting that the IRS has not been paid in full or that any controversy remains, the IRS secured claims that were the subject of these remand proceedings shall be deemed satisfied in full, and the remand proceedings shall be **DISMISSED AS MOOT** without further notice or hearing.

2. In the event a timely objection is filed, the Court will schedule further proceedings as appropriate.

3. All counsel have an ethical duty of candor to the Court and if payment in full has not been made, the Court expects counsel to advise the Court of the same and explain why the hearing scheduled by the Court was ignored by counsel.

**IT IS SO ORDERED.**

BY THE COURT,

June 24, 2025

_sjk_
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
6/24/25 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24527-JAD |
| Michael K. Herron | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

**Recip ID        Recipient Name and Address**
db              + Michael K. Herron, 1276 Tacoma Street, Hernando, FL 34442-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 26, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

**Name            Email Address**

Alexander R. Kalyniuk
                on behalf of Defendant Internal Revenue Service  United States of America alexander.kalyniuk@rivhs.com, eastern.taxcivil@usdoj.gov

Aurelius P. Robleto
                on behalf of Defendant Internal Revenue Service  United States of America apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
                on behalf of Debtor Michael K. Herron apr@robletolaw.com
                rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
                on behalf of Plaintiff Michael K. Herron apr@robletolaw.com
                rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
                on behalf of Attorney ROBLETO KURUCE  PLLC apr@robletolaw.com,

Case 19-24527-JAD    Doc 472    Filed 06/26/25    Entered 06/27/25 00:34:12    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Accountant Duggan Joiner and Company apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Defendant BANK OF AMERICA N.A brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian E. Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian M. Kile | on behalf of Creditor NexTier Bank N.A. bkile@grenenbirsic, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Catriona Madalyn Coppler | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service Catriona.M.Coppler@usdoj.gov, eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov |
| Charles Griffin Wohlrab | on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wells Fargo Bank National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Defendant WELLS FARGO BANK N.A. logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Elisabeth Bruce | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov |
| Elisabeth Bruce | on behalf of Defendant Internal Revenue Service United States of America elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Keri P. Ebeck | on behalf of Creditor Wells Fargo National Association as Trustee for Banc of America, Alternative Loan Trust 2005-11, Mortgage Pass-Through Certificates, Series 2005-11 kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al... KRLITTLE@FIRSTAM.COM |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Lauren Michaels | on behalf of Creditor Office of Attorney General Department of Revenue lmichaels@attorneygeneral.gov |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Mark J. Pecarchik
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series III Trust pecarchik1@msn.com, FedPhe@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Olga L Tobin
    on behalf of Plaintiff Michael K. Herron olga.l.tobin@usdoj.gov

Olga L Tobin
    on behalf of Defendant Internal Revenue Service  United States of America olga.l.tobin@usdoj.gov

Olga L Tobin
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service olga.l.tobin@usdoj.gov

Renee M. Kuruce
    on behalf of Debtor Michael K. Herron rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com

Roger Fay
    on behalf of Creditor BANK OF AMERICA  N.A. rfay@alaw.net, bkecf@milsteadlaw.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor Wells Fargo Bank  National Association sshahjani@rascrane.com

Thomas Song
    on behalf of Creditor BANK OF AMERICA  N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pawb@fedphe.com

TOTAL: 38