# UNITED STATES BANKRUPTCY COURT

Western DISTRICT OF Pennsylvania

In re: Michael K Herron §  Case No. 19-24527
§
§
Debtor(s) §  ☐ Jointly Administered

## Amended Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025  Petition Date: 11/21/2019

Plan Confirmed Date: 01/22/2021  Plan Effective Date: 02/22/2021

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Michael K Herron  Michael K Herron
Signature of Responsible Party  Printed Name of Responsible Party

07/03/2025
Date

1132 SE Kings Bay Dr, Crystal River Florida 34429
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Michael K Herron                                            Case No. 19-24527

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $276,624 | $1,773,390 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $276,624 | $1,773,390 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $7,206 | $118,962 | $7,206 | $118,962 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Robleto Kuruce PLLC | Lead Counsel | $7,206 | $118,962 | $7,206 | $118,962 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Michael K Herron                                                                 Case No.  19-24527

|       |   |   |   |   |   |   |
|-------|---|---|---|---|---|---|
| xxx   |   |   |   |   |   |   |
| xxxi  |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii|   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv  |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |
| xxxvii|   |   |   |   |   |   |
| xxxvii|   |   |   |   |   |   |
| xxxix |   |   |   |   |   |   |
| xl    |   |   |   |   |   |   |
| xli   |   |   |   |   |   |   |
| xlii  |   |   |   |   |   |   |
| xliii |   |   |   |   |   |   |
| xliv  |   |   |   |   |   |   |
| xlv   |   |   |   |   |   |   |
| xlvi  |   |   |   |   |   |   |
| xlvii |   |   |   |   |   |   |
| xlviii|   |   |   |   |   |   |
| xlix  |   |   |   |   |   |   |
| l     |   |   |   |   |   |   |
| li    |   |   |   |   |   |   |
| lii   |   |   |   |   |   |   |
| liii  |   |   |   |   |   |   |
| liv   |   |   |   |   |   |   |
| lv    |   |   |   |   |   |   |
| lvi   |   |   |   |   |   |   |
| lvii  |   |   |   |   |   |   |
| lviii |   |   |   |   |   |   |
| lix   |   |   |   |   |   |   |
| lx    |   |   |   |   |   |   |
| lxi   |   |   |   |   |   |   |
| lxii  |   |   |   |   |   |   |
| lxiii |   |   |   |   |   |   |
| lxiv  |   |   |   |   |   |   |
| lxv   |   |   |   |   |   |   |
| lxvi  |   |   |   |   |   |   |
| lxvii |   |   |   |   |   |   |
| lxviii|   |   |   |   |   |   |
| lxix  |   |   |   |   |   |   |
| lxx   |   |   |   |   |   |   |
| lxxi  |   |   |   |   |   |   |

Debtor's Name Michael K Herron    Case No. 19-24527

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)    4

Debtor's Name Michael K Herron                                                                 Case No. 19-24527

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Michael K Herron                                                                                  Case No. 19-24527

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Michael K Herron                                                                 Case No.  19-24527

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $119,676 | $500 | $119,676 | $119,676 | 100% |
| b. Secured claims | $1,260,830 | $125,389 | $1,149,155 | $1,149,155 | 100% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $10,000 | $2,000 | $7,372 | $7,372 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                   Yes ○    No ⊙

    If yes, give date Final Decree was entered:                          _____

    If no, give date when the application for Final Decree is anticipated:    _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⊙    No ○

UST Form 11-PCR (12/01/2021)                                      7

| Debtor's Name Michael K Herron | Case No. 19-24527 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/Michael K Herron                                          Michael K Herron
Signature of Responsible Party                               Printed Name of Responsible Party

debtor                                                       07/03/2025
Title                                                        Date

Debtor's Name Michael K Herron                                                                                          Case No.  19-24527



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                    9

| Debtor's Name Michael K Herron | Case No. 19-24527 |
|---|---|



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                            10